**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

| | |
|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself, )<br>)<br>)<br>)<br>) | |
| Plaintiffs, )<br>) | |
| v. ) | CASE NO. 1:10-cv-253-SPM-GRJ |
| ) | |
| KOPPERS INC., f/k/a KOPPERS INDUSTRIES, INC., BEAZER EAST, INC., f/k/a KOPPERS COMPANY, INC., KOPPERS HOLDINGS, INC., HEIDELBERG CEMENT AG, MCCLELLAN LOGGING, INC., and UNNAMED TRUCKING COMPANIES, )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

David A. Kanter of the law firm of Wildman, Harrold, Allen & Dixon LLP hereby gives notice of his appearance in this matter on behalf of Defendants Koppers Inc., f/k/a Koppers Industries, Inc., and Beazer East, Inc., f/k/a Koppers Company, Inc., and Koppers Holdings, Inc.

The undersigned also certifies that he is admitted to practice in this Court and is registered with CM/ECF.

Date:  December 23, 2010          Respectfully submitted,

/s/ David A. Kanter
David A. Kanter (ILBN 6187653)
*Admitted to Northern District Bar 9/30/10*
Paul K. Freeborn (ILBN 6277489)
*Admitted to Northern District Bar 10/28/10*

WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229
Telephone: 312-201-2000
Facsimile: 312-201-2555
E-mail: freeborn@wildman.com

**ATTORNEYS FOR DEFENDANTS**
**KOPPERS INC., BEAZER EAST, INC., and**
**KOPPERS HOLDINGS, INC.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 23, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.


          /s/ David A. Kanter