IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself,<br><br>Plaintiffs,<br><br>v.<br><br>KOPPERS INC., f/k/a KOPPERS INDUSTRIES, INC., BEAZER EAST, INC., f/k/a KOPPERS COMPANY, INC., KOPPERS HOLDINGS, INC., HEIDELBERG CEMENT AG, MCCLELLAN LOGGING, INC., and UNNAMED TRUCKING COMPANIES,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 1:10-cv-00253-SPM-GRJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF PENDENCY OF OTHER SIMILAR ACTIONS

Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc. (the "Removing Defendants"), by and through their undersigned counsel and pursuant to Local Rule 5.1(G), hereby give notice of the following similar action currently pending in this District:

1. *Maria Parsons, et al. v. Koppers Inc. f/k/a Koppers Industries, Inc., Beazer East, Inc. f/k/a Koppers Company, Inc., Koppers Holdings, Inc. and Beazer Limited*, Case No.: 1:10-cv-00071-MP-GRJ (Northern District of Florida, Gainesville Division) (the "*Parsons* Case"). The *Parsons* Case was brought by a group of alleged current and former residents of Gainesville, Florida, including property owners, tenants

and minors, purporting to assert nuisance, trespass, negligence, negligence *per se*, medical monitoring, strict liability and statutory claims against various defendants, including the Removing Defendants, based on the alleged emission of chemicals and dust during and after commercial wood treatment and charcoal/wood oil production operations conducted at the Superfund site in Gainesville, Florida which is also the subject of the above-captioned action.  The two actions involve similar causes of action premised on alleged damages arising from operations at the same industrial facility.

Date:   December 23, 2010                           Respectfully submitted,

s/ Dennis P. Waggoner
Benjamin H. Hill, III (FBN 094585)
bhill@hwhlaw.com
Dennis P. Waggoner (FBN 509426)
dwaggoner@hwhlaw.com
Casey G. Reeder (FBN 041986)
creeder@hwhlaw.com
HILL, WARD & HENDERSON P.A.
101 East Kennedy Blvd., Suite 3700
P.O. Box 2231
Tampa, FL 33602
Phone: (813) 221-3900
Fax: (813) 221-2900

**ATTORNEYS FOR DEFENDANTS KOPPERS INC., BEAZER EAST, INC., and KOPPERS HOLDINGS, INC.**

1985771v1