IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 1:10-cv-253-SPM-GRJ |
| KOPPERS INC., f/k/a KOPPERS INDUSTRIES, INC., BEAZER EAST, INC., f/k/a KOPPERS COMPANY, INC., KOPPERS HOLDINGS, INC., HEIDELBERG CEMENT AG, MCCLELLAN LOGGING, INC., and UNNAMED TRUCKING COMPANIES, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Megan C. Millirons of the law firm of Wildman, Harrold, Allen & Dixon LLP hereby gives notice of her appearance in this matter on behalf of Defendants Koppers Inc., f/k/a Koppers Industries, Inc., and Beazer East, Inc., f/k/a Koppers Company, Inc., and Koppers Holdings, Inc.

The undersigned also certifies that she is admitted to practice in this Court and is registered with CM/ECF.

Date:   December 27, 2010         Respectfully submitted,

/s/ Megan C. Millirons
David A. Kanter (ILBN 6187653)
*Admitted to Northern District Bar 9/30/10*
kanter@wildman.com
Paul K. Freeborn (ILBN 6277489)

*Admitted to Northern District Bar 10/28/10*
freeborn@wildman.com
Megan C. Millirons (ILBN 6290249)
*Admitted to Northern District Bar 9/29/10*
millirons@wildman.com
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606-1229
Telephone:  312-201-2000
Facsimile:  312-201-2555

**ATTORNEYS FOR DEFENDANTS
KOPPERS INC., BEAZER EAST, INC., and
KOPPERS HOLDINGS, INC.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 27, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ Megan C. Millirons