**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

LISA LEE-BOLTON and RICHARD
BOLTON, on behalf of themselves and all
others similarly situated, and ROY
GEIERSBACH on behalf of himself,

        Plaintiffs,

      v.                             Case No:  1:10-cv-00253-SPM-GRJ

KOPPERS INC., f/k/a KOPPERS
INDUSTRIES, INC., BEAZER EAST,
INC., f/k/a KOPPERS COMPANY, INC.,
KOPPERS HOLDINGS, INC.,
HEIDELBERG CEMENT AG,
MCCLELLAN LOGGING, INC., and
UNNAMED TRUCKING COMPANIES,

        Defendants.
_____/

## DEFENDANT KOPPERS HOLDINGS, INC.'S SUPPLEMENTAL LOCAL RULE 7.1 CERTIFICATE OF CONFERENCE RELATING TO ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant Koppers Holdings, Inc. ("Defendant"), by and through undersigned counsel, respectfully submits the following Supplemental Local Rule 7.1 Certificate of Conference relating to its Motion to Dismiss For Lack of Personal Jurisdiction and Memorandum in Support (Doc. No. 10) ("Defendant's Motion"), which was filed on December 29, 2010:

Pursuant to Local Rule 7.1, the undersigned hereby certifies that, prior to filing Defendant's Motion, counsel for Defendant attempted in good faith to confer with counsel for Plaintiffs to resolve by agreement the issues raised in Defendant's Motion but

due to the holidays counsel for Plaintiffs was unavailable.  Counsel for Defendant was able to confer with counsel for Plaintiffs regarding Defendant's Motion via telephone on January 3, 2011.  During the course of said conference, counsel did not reach agreement regarding any of the issues raised in Defendant's Motion and, accordingly, Plaintiffs oppose the relief requested in Defendant's Motion.


Date:   January 3, 2011                          Respectfully submitted,


                                                 s/ Dennis P. Waggoner
                                                 Benjamin H. Hill, III (FBN 094585)
**OF COUNSEL:**                                  bhill@hwhlaw.com
Robert L. Shuftan (ILBN 3124475)                 Dennis P. Waggoner (FBN 509426)
*Northern District Bar application to be*         dwaggoner@hwhlaw.com
*submitted*                                       Casey G. Reeder (FBN 0041986)
shuftan@wildman.com                              creeder@hwhlaw.com
David A. Kanter (ILBN 6187653)                   HILL, WARD & HENDERSON P.A.
kanter@wildman.com                               101 East Kennedy Blvd., Suite 3700
Brent R. Austin (ILBN 6220501)                   P.O. Box 2231
austin@wildman.com                               Tampa, FL 33602
Paul K. Freeborn (ILBN 6277489)                  Phone: (813) 221-3900
freeborn@wildman.com                             Fax: (813) 221-2900
Megan C. Millirons (ILBN 6290249)
millirons@wildman.com
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive, Suite 2800                  **ATTORNEYS FOR DEFENDANTS**
Chicago, IL 60606                                **KOPPERS INC., BEAZER EAST, INC.**
Phone: 312-201-2000                              **AND KOPPERS HOLDINGS, INC.**
Fax: 312-201-2555

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

s/ Dennis P. Waggoner

3