IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself, <br><br> Plaintiffs, <br><br> v. <br><br> KOPPERS INC., f/k/a KOPPERS INDUSTRIES, INC., BEAZER EAST, INC., f/k/a KOPPERS COMPANY, INC., KOPPERS HOLDINGS, INC., HEIDELBERG CEMENT AG, MCCLELLAN LOGGING, INC., and UNNAMED TRUCKING COMPANIES, <br><br> Defendants. | Case No:   1:10-cv-00253-SPM-GRJ |

**DEFENDANT MCCLELLAN LOGGING, INC's. UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT AND MEMORANDUM IN SUPPORT**

COMES NOW the Defendant, MCCLELLAN LOGGING, INC. ("MCCLELLAN") by and through its undersigned attorneys, and pursuant to Federal Rules of Civil Procedure 6(b) and 12(b), and Local Rule 7.1 hereby files its Unopposed Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint and Memorandum in Support.  MCCLELLAN respectfully motions this Court to enter an Order allowing MCCLELLAN up to and including January 13, 2011 to respond to Plaintiff's Class Action Complaint originally filed in the Circuit Court of the Eighth Judicial Circuit, in and for Alachua County Florida.  In support thereof, MCCLELLAN would state as follows:

1.      On November 18, 2010, Plaintiffs LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH, on behalf of himself, filed a Class Action Complaint against multiple defendants including MCCLELLAN in the Circuit Court of the Eighth Judicial Circuit, in and for Alachua County, Florida, Case No. 10-CA-6486 ("the State Court action").

2.      MCCLELLAN was served with the Class Action Complaint on December 3, 2010, and Plaintiffs' counsel agreed to an extension of up to and including January 3, 2011 for Defendant MCCLELLAN to respond to Plaintiff's Class Action Complaint as filed in the State Court action.

3.      On January 1, 2011, MCCLELLAN learned for the first time that Defendants KOPPERS INC., BEAZER EAST, INC. and KOPPERS HOLDINGS, INC. removed the State Court action to this Court.

4.      MCCLELLAN requests an additional ten (10) days or up to and including January 13, 2011 to respond to Plaintiff's Class Action Complaint.

5.      "Good cause" exists for this Motion.  *See Lujan vs. National Wildlife Federation,* 497 U.S. 871, 896, 110 S.Ct. 3177, 111 L.Ed.2d 695 (1990).  Due to the number and complexity of issues contained in those Counts against MCCLELLAN, defense counsel's work schedule and other professional and personal commitments[1], MCCLELLAN respectfully requests an extension up to and including January 13, 2011, to respond to Plaintiffs' Class Action Complaint.

---

[1] Attorney Susan B. Harwood is assisting the undersigned in the drafting of MCCLELLAN's response to Plaintiffs' Class Action Complaint, and she will be filing a Motion for Pro Hac Vice Appearance in the near future.  Due to a personal commitment on January 3, 2011 and the illness of her secretary on January 3, 2011, "good cause" exists for the granting of this Motion.

6. MCCLELLAN contemplates the filing of a Motion to Dismiss relative to the Counts set forth against it in Plaintiffs' Class Action Complaint, and those issues will be discussed with Plaintiffs' counsel in the coming days.

7. **Certificate of Compliance with Local Rule 7.1(b):** The undersigned counsel for MCCLELLAN certifies that defense counsel conferred with Plaintiffs' counsel and counsel for the Co-Defendants with regard to this Motion, and no party has an objection to this Motion. Counsel for Defendant HEIDELBERG CEMENT AG is presently unknown and therefore cannot be contacted.

Dated this **3rd** day of **January, 2011**.

                /s/ Randy Fischer
               RANDY FISCHER, ESQUIRE
               *rfischer@boehmbrown.com*
               Florida Bar No. 0218456
               Boehm, Brown, Fischer, Harwood,
                Kelly & Scheihing, P.A.
               233 SW 3rd Street, Suite 500
               Ocala, Florida 34471
               Telephone (352) 622-8160
               Facsimile (352) 732-8808
               KELLY WILSON-TIMMINS,
               ATTORNEY-AT-LAW
               *Kwilson@boehmbrown.com*
               Florida Bar No. 0065121
               Boehm, Brown, Fischer, Harwood,
                Kelly & Scheihing, P.A.
               101 Southhall Lane, Suite 375
               Maitland, Florida 32751
               Telephone (407) 660-0990
               Facsimile (407) 660-5052
               *Attorney(s) for McClellan Logging, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **3rd** day of **January, 2011**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

This **3rd** day of **January, 2011**.

        /s/ *Randy Fischer*
        RANDY FISCHER