IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON and RICHARD
BOLTON, on behalf of themselves and
all others similarly situated, and ROY
GEIERSBACH on behalf of himself,

    Plaintiffs,

v.                                                    CASE NO. 1:10-cv-00253-SPM-GRJ

KOPPERS INC., f/k/a/ KOPPERS
INDUSTRIES, INC.,  BEAZER EAST,
INC., f/k/a KOPPERS COMPANY,
INC., KOPPERS HOLDINGS, INC.,
HEIDELBERG CEMENT AG,
MCCLELLAN LOGGING, INC., and
UNNAMED TRUCKING COMPANIES,

    Defendants.
_____ /

## O R D E R

Pending before the Court is Defendant McClellan Logging, Inc.'s Unopposed Motion For Extension Of Time To Respond To Plaintiff's Class Action Complaint. (Doc. 13.)  Defendant McClellan Logging, Inc. ("McClellan") requests an extension of time to respond to Plaintiff's Class Action Complaint up to and including January 13, 2011. Pursuant to Local Rule 7.1(B) Defendant McClellan represents that Plaintiffs' counsel and counsel for the other Defendants have been contacted[1] and that neither Plaintiffs' counsel nor counsel for any other Defendant objected to the relief requested in Defendant McClellan's motion.

Upon due consideration, it is **ORDERED** that:

---

[1] Defendant McClellan Logging, Inc. represents that it was unable to contact counsel for Defendant Heidelberg Cement AG, whose counsel is currently unknown.

*Page 2 of 2*

(1)     Defendant McClellan Logging, Inc.'s Unopposed Motion For Extension Of Time To Respond To Plaintiff's Class Action Complaint (Doc. 13) is **GRANTED**.

(2)     Defendant McClellan shall file its response to Plaintiff's Class Action Complaint (Doc. 1) on or before **January 13, 2011**.

**DONE AND ORDERED** this 4th day of January, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge