# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

LISA LEE-BOLTON and RICHARD
BOLTON, on behalf of themselves and all
others similarly situated, and ROY
GEIERSBACH on behalf of himself,

      Plaintiffs,

  v.                  Case No:  1:10-cv-00253-SPM-GRJ

KOPPERS INC., f/k/a KOPPERS
INDUSTRIES, INC., BEAZER EAST,
INC., f/k/a KOPPERS COMPANY, INC.,
KOPPERS HOLDINGS, INC.,
HEIDELBERG CEMENT AG,
MCCLELLAN LOGGING, INC., and
UNNAMED TRUCKING COMPANIES,

      Defendants.
_____/

## **DEFENDANT MCCLELLAN LOGGING, INC.'S CONSENT TO REMOVAL**

Defendant McClellan Logging, Inc., by and through undersigned counsel, hereby joins in and consents to the removal of the state court action styled *Lisa Lee-Bolton, et al. v. Koppers Inc., et al.*, Case No.:  10-CA-6486, from the Circuit Court of the Eighth Judicial Circuit in and for Alachua County, Florida, to the United States District Court for the Northern District of Florida, Gainesville Division, pursuant to Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.'s Notice of Removal of Civil Action (Doc. No. 1).

Date:   January 4, 2011                           Respectfully submitted,

                s/ Randy Fischer
                Randy Fischer          (FBN 0218456)
                rfischer@boehmbrown.com
                BOEHM, BROWN, FISCHER, HARWOOD,
                KELLY & SCHEIHING, P.A.
                233 SW 3rd Street Suite 500
                Ocala, Florida 34471
                Phone: (352) 622-8160 ext 101
                Fax:   (352) 732-8808

                **ATTORNEYS FOR DEFENDANT**
                **MCCLELLAN LOGGING, INC.**

## CERTIFICATE OF SERVICE

  I hereby certify that on January 4, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                s/ Randy Fischer