IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>KOPPERS INC., f/k/a KOPPERS INDUSTRIES, INC., BEAZER EAST, INC., f/k/a KOPPERS COMPANY, INC., KOPPERS HOLDINGS, INC., HEIDELBERG CEMENT AG, MCCLELLAN LOGGING, INC., and UNNAMED TRUCKING COMPANIES,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No:　1:10-cv-00253-SPM-GRJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT MCCLELLAN LOGGING, INC.**

　　I HEREBY disclose the following pursuant to this Court's Initial Scheduling Order:

　　**1.** The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

　　a. Lisa Lee-Bolton (Plaintiff)
　　b. Richard Bolton (Plaintiff)
　　c. Roy Geiersbach (Plaintiff)
　　d. Paul Stuart Rothstein, Esquire (counsel for Plaintiffs Lisa Lee-Bolton, Richard Bolton and Roy Geiersbach)
　　e. Paul S. Rothstein P.A. (law firm representing Plaintiffs)
　　f. Benjamin Harvey Hill, III, Esquire (counsel for Defendants Koppers Industries, Inc., Beazer East, Inc. and Koppers Holdings, Inc.)
　　g. Casey G. Reeder, Esquire (counsel for Defendants Koppers Industries, Inc., Beazer East, Inc. and Koppers Holdings, Inc.)

*Lee-Bolton et al. v. McClellan Logging, Inc. et al.*
*Case number 1:10-cv-00253-SPM-GRJ*
*Defendant McClellan Logging, Inc.'s Certificate of Interested Persons and Corporate Disclosure Statement*
*Page 2 of 6*

h. Dennis Parker Waggoner, Esquire (counsel for Defendants Koppers Industries, Inc., Beazer East, Inc. and Koppers Holdings, Inc.)
i. Hill Ward & Henderson, P.A. (law firm representing Defendants Koppers Industries, Inc, Beazer East, Inc. and Koppers Holdings, Inc.)
j. David A. Kanter, Esquire (counsel for Defendants Koppers Industries, Inc., Beazer East, Inc. and Koppers Holdings, Inc.)
k. Megan Colleen Millirons, Attorney at Law (counsel for Defendants Koppers Industries, Inc., Beazer East, Inc. and Koppers Holdings, Inc.)
l. Paul Keller Freeborn, Esquire (counsel for Defendants Koppers Industries, Inc., Beazer East, Inc. and Koppers Holdings, Inc.)
m. Wildman Harrold Allen et al. (law firm representing Defendants Koppers Industries, Inc, Beazer East, Inc. and Koppers Holdings, Inc.)
n. Kopper Industries, Inc. (Defendant)
o. Beazer East, Inc. formerly known as Koppers Company, Inc. (Defendant)
p. Koppers Holdings, Inc. (Defendant)
q. Heidelberg Cement AG (Defendant)
r. Randy Fischer, Esquire (counsel for Defendant McClellan Logging, Inc.)
s. Susan B. Harwood, Attorney at Law (counsel for Defendant McClellan Logging, Inc.)(to make pro hac vice application)
t. Kelly Wilson-Timmons, Attorney at Law (counsel for Defendant McClellan Logging, Inc.)
u. Boehm, Brown, Fischer, Harwood, Kelly & Scheihing, P.A. (law firm representing Defendant McClellan Logging, Inc.)
v. McClellan Logging, Inc. (Defendant)
w. Margie J. McClellan (owner of McClellan Logging, Inc.)
x. Dewey McClellan (owner of McClellan Logging, Inc.)
y. Unnamed Trucking Companies (Defendant(s))

## CORPORATE DISCLOSURE STATEMENT

**2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

None known at this time.

**3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None known at this time.

Case 1:10-cv-00253-SPM -GRJ   Document 19    Filed 01/07/11   Page 3 of 6

*Lee-Bolton et al. v. McClellan Logging, Inc. et al.*
*Case number 1:10-cv-00253-SPM-GRJ*
*Defendant McClellan Logging, Inc.'s Certificate of Interested Persons and Corporate Disclosure Statement*
*Page 3 of 6*

4. **The name of each victim (individual and corporate), of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

   None known at this time.

5. **Check one of the following:**

   _X_ a.  I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

   -or-

   ___ b.  I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

**January 6, 2011**

**RANDY FISCHER, ESQUIRE**
*rfischer@boehmbrown.com*
Florida Bar No. 0218456
Boehm, Brown, Fischer, Harwood,
 Kelly & Scheihing, P.A.
Post Office Box 4140
Ocala, Florida 34478-4140
Telephone    (352) 622-8160
Facsimile    (352) 732-8808
**KELLY WILSON-TIMMINS, ATTORNEY-AT-LAW**
*Kwilson@boehmbrown.com*
Florida Bar No. 0065121
Boehm, Brown, Fischer, Harwood,
 Kelly & Scheihing, P.A.
101 Southhall Lane, Suite 375
Maitland, Florida 32751
Telephone    (407) 660-0990
Facsimile    (407) 660-5052
*Attorney(s) for McClellan Logging, Inc.*

*Lee-Bolton et al. v. McClellan Logging, Inc. et al.*
*Case number 1:10-cv-00253-SPM-GRJ*
*Defendant McClellan Logging, Inc.'s Certificate of Interested Persons and Corporate Disclosure Statement*
*Page 4 of 6*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on <u>January 6, 2011</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. This **6th** day of **January, 2011**.

       *s/ Randy Fischer*
**RANDY FISCHER, ESQUIRE**
*rfischer@boehmbrown.com*
Florida Bar No. 0218456
Boehm, Brown, Fischer, Harwood,
 Kelly & Scheihing, P.A.
Post Office Box 4140
Ocala, Florida 34478-4140
Telephone     (352) 622-8160
Facsimile      (352) 732-8808
**KELLY WILSON-TIMMINS,**
**ATTORNEY-AT-LAW**
*Kwilson@boehmbrown.com*
Florida Bar No. 0065121
Boehm, Brown, Fischer, Harwood,
 Kelly & Scheihing, P.A.
101 Southhall Lane, Suite 375
Maitland, Florida 32751
Telephone     (407) 660-0990
Facsimile      (407) 660-5052
*Attorney(s) for McClellan Logging, Inc.*

*Lee-Bolton et al. v. McClellan Logging, Inc. et al.*
*Case number 1:10-cv-00253-SPM-GRJ*
*Defendant McClellan Logging, Inc.'s Certificate of Interested Persons and Corporate Disclosure Statement*
*Page 5 of 6*

SERVICE LIST

LEE-BOLTON ET AL. V. MCCLELLAN LOGGING, INC. ET AL.

**United States District Court, Northern District of Florida, Gainesville Division**

**Paul Stuart Rothstein, Esquire**
psr@rothsteinforjustice.com
Paul S. Rothstein, P.A.
626 N.E. 1st Street
Gainesville, Florida 32601-3391
(352) 376-7650 Telephone
(453) 374-7133 Facsimile
Attorneys for Plaintiffs
CM/ECF

**Benjamin Harvey Hill, III, Esquire**
bhill@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Casey G. Reeder, Esquire**
creeder@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

*Lee-Bolton et al. v. McClellan Logging, Inc. et al.*
*Case number 1:10-cv-00253-SPM-GRJ*
*Defendant McClellan Logging, Inc.'s Certificate of Interested Persons and Corporate Disclosure Statement*
*Page 6 of 6*

**Dennis Parker Waggoner, Esquire**
dwaggoner@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**David A. Kanter, Esquire**
kanter@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2683 Telephone
(312) 416-4545 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Megan Colleen Millirons, Attorney at Law**
millirons@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2874 Telephone
(312) 416-4811 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Paul Keller Freeborn, Esquire**
freeborn@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2000 Telephone
(312) 201-2555 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF