IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON, et al.,

    Plaintiffs,

vs.                                        Case No.:1:10-CV-253-SPM/GRJ

KOPPERS INC, et al.,

    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court on the Plaintiffs' Motion to Stay Determination of Defendants' Motions to Dismiss (doc. 16). Good cause having been found, it is hereby ORDERED AND ADJUDGED as follows:

1. The Motion to Stay (doc. 16) is GRANTED.

2. Plaintiffs shall respond to the Motions to Dismiss (docs. 9, 10) by January 24, 2011, or within 14 days of the Court's ruling on the Plaintiffs' Motion for Remand, if such motion is filed and denied.

DONE and ORDERED this seventh day of January, 2011.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              Chief United States District Judge