UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE, DIVISION

LISA LEE-BOLTON and RICHARD BOLTON,
on behalf of themselves and all others similarly situated,
and ROY GEIERSBACH on behalf of himself,

        Plaintiffs,

vs.                                      Case No. 1:10-cv-253-SPM-GRJ

KOPPERS INC. f/k/a KOPPERS
INDUSTRIES, INC., a Pennsylvania corporation,
BEAZER EAST, INC. f/k/a KOPPERS
COMPANY, INC., a Delaware corporation,
KOPPERS HOLDINGS, INC., a Pennsylvania
corporation, HEIDELBERG CEMENT AG,
a foreign corporation, MCCLELLAN LOGGING, INC.,
a Florida corporation, and UNNAMED
TRUCKING COMPANIES,

        Defendants.

_____

**BEAZER EAST, INC.'S CORPORATE DISCLOSURE STATEMENT**
_____

Pursuant to Fed. R. Civ. P. 7.1, Beazer East, Inc. ("Beazer") submits this Corporate Disclosure Statement and states as follows:

    1.    There is no corporation that owns 10% or more of the capital stock of Beazer.

    2.    HBMA Holdings LLC ("HBMAH"), a Delaware limited liability company that is not publicly traded, owns 100% of the capital stock of Beazer.

Date:   January 10, 2011                                 Respectfully submitted,

**OF COUNSEL:**                                          s/ Megan C. Millirons
Robert L. Shuftan (ILBN 3124475)                         Benjamin H. Hill, III (FBN 094585)
*Northern District Bar application to be*                bhill@hwhlaw.com
*submitted*                                              Dennis P. Waggoner (FBN 509426)
shuftan@wildman.com                                      dwaggoner@hwhlaw.com
David A. Kanter (ILBN 6187653)                           HILL, WARD & HENDERSON P.A.
*Admitted to Northern District Bar 9/30/10*              101 East Kennedy Blvd., Suite 3700
kanter@wildman.com                                       P.O. Box 2231
Brent R. Austin (ILBN 6220501)                           Tampa, FL 33602
*Admitted to Northern District Bar 9/29/10*              Phone: (813) 221-3900
austin@wildman.com                                       Fax: (813) 221-2900
Paul K. Freeborn (ILBN 6277489)
*Admitted to Northern District Bar 10/28/10*
freeborn@wildman.com
Megan C. Millirons (ILBN 6290249)
*Admitted to Northern District Bar 9/29/10*
millirons@wildman.com
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive, Suite 2800
Chicago, IL 60606
Phone: 312-201-2000
Fax: 312-201-2555

                                                         **ATTORNEYS FOR DEFENDANTS**
                                                         **KOPPERS INC., BEAZER EAST, INC.**
                                                         **AND KOPPERS HOLDINGS INC.**

.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2011 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                                         s/ Megan C. Millirons

2