UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE, DIVISION

LISA LEE-BOLTON and RICHARD BOLTON,
on behalf of themselves and all others similarly situated,
and ROY GEIERSBACH on behalf of himself,

    Plaintiffs,

vs.           Case No. 1:10-cv-253-SPM-GRJ

KOPPERS INC. f/k/a KOPPERS
INDUSTRIES, INC., a Pennsylvania corporation,
BEAZER EAST, INC. f/k/a KOPPERS
COMPANY, INC., a Delaware corporation,
KOPPERS HOLDINGS, INC., a Pennsylvania
corporation, HEIDELBERG CEMENT AG,
a foreign corporation, MCCLELLAN LOGGING, INC.,
a Florida corporation, and UNNAMED
TRUCKING COMPANIES,

    Defendants.

## KOPPERS INC.'S CORPORATE DISCLOSURE STATEMENT

  Pursuant to Fed. R. Civ. P. 7.1, Koppers Inc. ("Koppers") submits this Corporate Disclosure Statement and states as follows:

  1. Koppers is a wholly-owned subsidiary of Koppers Holdings, Inc., a publicly traded corporation.

Date: January 10, 2011      Respectfully submitted,

                s/ Megan C. Millirons
**OF COUNSEL:**        Benjamin H. Hill, III (FBN 094585)
Robert L. Shuftan (ILBN 3124475)  bhill@hwhlaw.com

| | |
|---|---|
| *Northern District Bar application to be submitted*<br>shuftan@wildman.com<br>David A. Kanter (ILBN 6187653)<br>*Admitted to Northern District Bar 9/30/10*<br>kanter@wildman.com<br>Brent R. Austin (ILBN 6220501)<br>*Admitted to Northern District Bar 9/29/10*<br>austin@wildman.com<br>Paul K. Freeborn (ILBN 6277489)<br>*Admitted to Northern District Bar 10/28/10*<br>freeborn@wildman.com<br>Megan C. Millirons (ILBN 6290249)<br>*Admitted to Northern District Bar 9/29/10*<br>millirons@wildman.com<br>Wildman, Harrold, Allen & Dixon LLP<br>225 W. Wacker Drive, Suite 2800<br>Chicago, IL 60606<br>Phone: 312-201-2000<br>Fax: 312-201-2555 | Dennis P. Waggoner (FBN 509426)<br>dwaggoner@hwhlaw.com<br>HILL, WARD & HENDERSON P.A.<br>101 East Kennedy Blvd., Suite 3700<br>P.O. Box 2231<br>Tampa, FL 33602<br>Phone: (813) 221-3900<br>Fax: (813) 221-2900 |

**ATTORNEYS FOR DEFENDANTS KOPPERS INC., BEAZER EAST, INC. AND KOPPERS HOLDINGS INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2011 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

s/ Megan C. Millirons