UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself, ) ) ) ) | |
| Plaintiffs, ) | Case No.: 1:10-cv-00253-SPM -GRJ |
| v. ) | |
| KOPPERS INC. f/k/a KOPPERS INDUSTRIES, INC., a Pennsylvania corporation, BEAZER EAST, INC. f/k/a KOPPERS COMPANY, INC., a Delaware corporation, KOPPERS HOLDINGS, INC., a Pennsylvania corporation, HEIDELBERG CEMENT AG, a foreign corporation, MCCLELLAN LOGGING, INC., a Florida corporation, and UNNAMED TRUCKING COMPANIES, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## PLAINTIFFS' UNOPPOSED MOTION TO STAY DETERMINATION OF DEFENDANT MCCLELLAN LOGGING, INC.'S MOTIONS TO DISMISS

Plaintiffs, LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and Plaintiff ROY GEIERSBACH, on behalf of himself, by and through their undersigned counsel, hereby move this Court for an order staying the determination of Defendant McClellan Logging, Inc's. Motion to Dismiss Counts III, V, VIII and X of Plaintiffs' Class Action Complaint and Incorporated Memorandum of Law pending the determination of whether this action should be remanded to state court, and in support thereof, state:

1

1.      On December 23, 2010 Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings Inc. removed this action to this Court from the Circuit Court of the Eighth Judicial Circuit of Alachua County, Florida. Defendant McClellan Logging, Inc. ("McClellan") joined in that removal on January 4, 2011 by filing a Notice of Consent to Removal (Doc. 15).

2.      Defendants removed this action based in part on the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. 1332(d).

3.      Plaintiffs are conferring with Defendants regarding Plaintiffs' forthcoming motion to remand in an effort to narrow the issues to be addressed in that motion. Defendants have all agreed to extend the time in which Plaintiffs may file a motion to remand until February 3, 2011, as set forth in the contemporaneously-filed Plaintiffs' Motion for Extension of Time to File Motion to Remand.

4.      Defendant McClellan filed its Motion to Dismiss on January 13, 2011. Pursuant to this Court's Local Rule 7.1(C)(1), Plaintiffs must respond to Defendant McClellan's Motion to Dismiss within fourteen days of filing, or on January 27, 2011.

5.      To rule on Defendant McClellan's Motion to Dismiss before Plaintiffs have filed their forthcoming motion for remand, which will determine in which court this action will proceed, would be detrimental to judicial efficiency.

6.      Counsel for Plaintiffs has conferred with counsel for Defendant McClellan (the movant in the motion to dismiss at issue in this motion) regarding this motion, and Defendant McClellan is not opposed to this motion. Counsel for Plaintiffs has conferred with counsel for Defendants Koppers, Inc., Beazer East, and Koppers Holdings regarding this motion, and counsel for those Defendants is not opposed to this motion.

WHEREFORE, for the reasons set forth herein, Plaintiffs respectfully request that this Court enter an order:

(a) Staying determination of Defendant McClellan's Motion to Dismiss until after this Court rules on Plaintiffs' forthcoming motion for remand; and

(b) Providing that if Plaintiffs' motion for remand is denied, that Plaintiffs shall have fourteen (14) days after the date the Court denies Plaintiffs' motion for remand to respond to Defendant McClellan's Motion to Dismiss.

Respectfully submitted this 20th day of January, 2011.

/s/ Paul S. Rothstein
Paul S. Rothstein
Attorney for Plaintiffs
Florida Bar No.: 310123
626 N. E. First Street
Gainesville, Florida 32601
Phone: (352) 376-7650
Fax: (352) 374-7133

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 20th, 2011 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ Paul S. Rothstein
Paul S. Rothstein