UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself, <br><br> Plaintiffs, <br><br> v. <br><br> KOPPERS INC. f/k/a KOPPERS INDUSTRIES, INC., a Pennsylvania corporation, BEAZER EAST, INC. f/k/a KOPPERS COMPANY, INC., a Delaware corporation, KOPPERS HOLDINGS, INC., a Pennsylvania corporation, HEIDELBERG CEMENT AG, a foreign corporation, MCCLELLAN LOGGING, INC., a Florida corporation, and UNNAMED TRUCKING COMPANIES, <br><br> Defendants. | Case No.: 1:10-cv-00253-SPM -GRJ |

## PLAINTIFFS' UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE MOTION TO REMAND

Plaintiffs, LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and Plaintiff ROY GEIERSBACH, on behalf of himself, by and through their undersigned counsel, hereby move this Court for an order extending the time in which Plaintiffs have to file a motion to remand, and in support thereof state:

1.   On January 7, 2011 this Court entered an Order (Doc. 20) staying determination of Defendants Koppers Inc.'s, Beazer East, Inc.'s, and Koppers Holdings, Inc.'s Motions to Dismiss pending determination of Plaintiffs' forthcoming motion to remand. At the time of that order, Plaintiffs

1

were researching the merits of filing a motion to remand, and did not know whether the would file a motion to remand or not. That Order extended the time that Plaintiffs have to respond to Defendants' Koppers Inc.'s, Beazer East, Inc.'s and Koppers Holdings, Inc.'s motions to dismiss until either after the Court ruled on a motion to remand, or, if no motion to remand was filed, until January 24, 2011

2. Plaintiffs are still evaluating their options regarding the filing of a motion to remand. Plaintiffs have conferred with Defendants Koppers Inc., Beazer East, Inc., and Koppers Holdings, Inc. to attempt to narrow the issues to be addressed regarding the basis for Defendants' Notice of Removal. Information has been provided by Plaintiffs to Defendants and Defendants have agreed to respond to that information. Plaintiffs request an extension of time until February 3, 2011 to file their motion to remand, and may seek further extensions depending upon the exchange of information between the parties.

3. Counsel for Plaintiffs has conferred with counsel for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc. and counsel for Defendant McClellan Logging, Inc., and all Defendants are not opposed to this motion.

WHEREFORE, for the reasons set forth herein, Plaintiffs respectfully request that this Court enter an order extending the time in which Plaintiffs have to file a motion to remand until February 3, 2011.

Respectfully submitted this 20th day of January, 2011.

/s/ Paul S. Rothstein
Paul S. Rothstein
Attorney for Plaintiffs
Florida Bar No.: 310123
626 N. E. First Street
Gainesville, Florida 32601
Phone: (352) 376-7650
Fax: (352) 374-7133

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20th, 2011 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ Paul S. Rothstein
Paul S. Rothstein