IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON, et al.,

    Plaintiffs,

vs.                              Case No.:1:10-CV-253-SPM/GRJ

KOPPERS INC, et al.,

    Defendants.

_____/

## ORDER OF REFERENCE

THIS CAUSE comes before the Court upon the Plaintiffs' Motion to Remand (doc. 30). Pursuant to the provisions of 28 U.S.C. § 636(b)(1), it is hereby ORDERED that the Motion to Remand be referred to the Honorable Gary R. Jones, United States Magistrate Judge, to make a report and recommendation to the District Judge for the disposition thereof.

DONE and ORDERED this <u>eleventh</u> day of February, 2011.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge