IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON and RICHARD
BOLTON, on behalf of themselves
and all others similarly situated,
and ROY GEIERSBACH
on behalf of himself,

    Plaintiffs,

v.                              CASE NO. 1:10-cv-00253-SPM-GRJ

KOPPERS INC.,
f/k/a/ KOPPERS INDUSTRIES, INC.,
BEAZER EAST, INC.,
f/k/a KOPPERS COMPANY, INC.,
KOPPERS HOLDINGS, INC.,
HEIDELBERG CEMENT AG,
MCCLELLAN LOGGING, INC.,
and UNNAMED TRUCKING COMPANIES,

    Defendants.
_____ /

## O R D E R

Pending before the Court is Defendants Koppers Inc., Beazer East, Inc., and Koppers Holdings, Inc.'s Unopposed Motion For Extension Of Time To Respond To Plaintiffs' Motion To Remand.  (Doc. 33.)  Defendants Koppers Inc., Beazer East, Inc., and Koppers Holdings, Inc. ("Defendants") request an extension of time up to and including February 28, 2011 to respond to Plaintiffs' Motion To Remand. (Doc. 30.) Pursuant to Local Rule 7.1(B) Defendants represents that Plaintiffs' counsel has no objection to the requested extension of time.

Upon due consideration, it is **ORDERED** that:

(1)    Defendants Koppers Inc., Beazer East, Inc., And Koppers Holdings, Inc.'s

        Unopposed Motion For Extension Of Time To Respond To Plaintiffs'

Motion To Remand (Doc. 33) is **GRANTED**.

(2) Defendants Koppers Inc., Beazer East, Inc., and Koppers Holdings, Inc. shall file their response to Plaintiffs' Motion To Remand (Doc. 30) on or before **February 28, 2011**.

**DONE AND ORDERED** this 15th day of February, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge