IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself, <br><br> Plaintiffs, <br><br> v. <br><br> KOPPERS INC., f/k/a KOPPERS INDUSTRIES, INC., BEAZER EAST, INC., f/k/a KOPPERS COMPANY, INC., KOPPERS HOLDINGS, INC., HEIDELBERG CEMENT AG, MCCLELLAN LOGGING, INC., and UNNAMED TRUCKING COMPANIES, <br><br> Defendants. | Case No: 1:10-cv-00253-SPM-GRJ |

### DEFENDANT MCCLELLAN LOGGING, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND

COMES NOW the Defendant MCCLELLAN LOGGING, INC. ("MCCLELLAN"), by and through its undersigned counsel, and pursuant to Fed.R.Civ.P. 6(b) and Local Rule 6.1, respectfully move this Court for an extension of time to respond to Plaintiffs' Motion to Remand. MCCLELLAN seeks an extension through February 28, 2011. Plaintiffs' counsel has no objection to the requested extension. In support of this motion, MCCLELLAN states as follows:

1. Plaintiffs initially filed this putative class action lawsuit on November 18, 2010 in the Circuit Court of the Eighth Judicial Circuit of Alachua County, Florida.

2. Defendants Koppers Inc., Beazer East, Inc. and Koppers Holding, Inc. removed this action to this Court on December 23, 2010 (Doc. 1). MCCLELLAN joined in the removal on January 4, 2011 by filing a Notice of Consent to Removal (Doc. 15).

3. On February 3, 2011, Plaintiffs filed a Motion to Remand and Memorandum of Support (Doc. 30). Defendants' Response to the Motion to Remand is currently due on February 17, 2011.

4. MCCLELLAN needs additional time to evaluate the issues raised on Plaintiffs' Motion to Remand and to prepare an appropriate response.

5. The applicable rules of procedure governing this action permit this Court, in its discretion, to enlarge a period of time for "good cause" when a request is made prior to the expiration of time originally allowed. Fed.R.Civ.P. 6(b); see also Local Rule 6.1 (providing that "stipulations between counsel with respect to extensions of time … shall not be effective until approved by the court for good cause shown.").

6. MCCLELLAN respectfully submits that the foregoing constitutes good cause to justify the exercise of this Court's discretion to grant the requested extension of time.

WHEREFORE, MCCLELLAN respectfully request that this Court enter an order granting them an extension of time, through and including February 28, 2011, to respond to Plaintiffs' Motion to Remand.

### CERTIFICATION UNDER RULE 7.1(B)

Counsel for MCCLELLAN has conferred with counsel for Plaintiffs regarding the relief requested herein and certifies that counsel for Plaintiffs has no objection to the requested extension of time.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of February, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other

authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated this 15th day of February, 2011.

/s/ Kelly L. Wilson-Timmins
**RANDY FISCHER, ESQUIRE**
Florida Bar No. 0218456
*rfischer@boehmbrown.com*
Boehm, Brown, Fischer, Harwood,
 Kelly & Scheihing, P.A.
233 SW 3rd Street
Ocala, Florida 34471
Telephone    (352) 622-8162
Facsimile    (352) 732-8808
**KELLY L. WILSON-TIMMINS,**
 **ATTORNEY-AT-LAW**
Florida Bar No. 65121
*kwilson@boehmbrown.com*
Boehm, Brown, Fischer, Harwood,
 Kelly & Scheihing, P.A.
101 Southhall Lane, Suite 375
Maitland, Florida 32751
Telephone    (407) 660-0990
Facsimile    (407) 660-5052
**Attorneys for McClellan Logging, Inc.**

# SERVICE LIST
## LEE-BOLTON ET AL. V. MCCLELLAN LOGGING, INC. ET AL.

### United States District Court, Northern District of Florida, Gainesville Division

**Paul Stuart Rothstein, Esquire**
psr@rothsteinforjustice.com
Paul S. Rothstein, P.A.
626 N.E. 1st Street
Gainesville, Florida 32601-3391
(352) 376-7650 Telephone
(453) 374-7133 Facsimile
Attorneys for Plaintiffs
CM/ECF

**Benjamin Harvey Hill, III, Esquire**
bhill@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Casey G. Reeder, Esquire**
creeder@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Dennis Parker Waggoner, Esquire**
dwaggoner@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**David A. Kanter, Esquire**
kanter@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2683 Telephone
(312) 416-4545 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Megan Colleen Millirons, Attorney at Law**
millirons@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2874 Telephone
(312) 416-4811 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Paul Keller Freeborn, Esquire**
freeborn@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2000 Telephone
(312) 201-2555 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF