IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON and RICHARD
BOLTON, on behalf of themselves
and all others similarly situated,
and ROY GEIERSBACH
on behalf of himself,

    Plaintiffs,

v.                                    CASE NO. 1:10-cv-00253-SPM-GRJ

KOPPERS INC.,
f/k/a/ KOPPERS INDUSTRIES, INC.,
BEAZER EAST, INC.,
f/k/a KOPPERS COMPANY, INC.,
KOPPERS HOLDINGS, INC.,
HEIDELBERG CEMENT AG,
MCCLELLAN LOGGING, INC.,
and UNNAMED TRUCKING COMPANIES,

    Defendants.
_____/

# O R D E R

Pending before the Court is Defendant McClellan Logging, Inc.'s Unopposed Motion For Extension Of Time To Respond To Plaintiffs' Motion To Remand.  (Doc. 35.) Defendant McClellan Logging, Inc. ("Defendant") requests an extension of time up to and including February 28, 2011 to respond to Plaintiffs' Motion To Remand. (Doc. 30.) Pursuant to Local Rule 7.1(B) Defendant represents that Plaintiffs' counsel does not object to the requested extension of time.

Upon due consideration, it is **ORDERED** that:

(1)    Defendant McClellan Logging, Inc.'s Unopposed Motion For Extension Of Time To Respond To Plaintiffs' Motion To Remand (Doc. 35) is **GRANTED**.

(2)     Defendant McClellan Logging, Inc. shall file its response to Plaintiffs'

Motion To Remand (Doc. 30) on or before **February 28, 2011**.

**DONE AND ORDERED** this 16th day of February, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge