IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON and RICHARD
BOLTON, on behalf of themselves
and all others similarly situated,
and ROY GEIERSBACH
on behalf of himself,

    Plaintiffs,

v.                                          CASE NO. 1:10-cv-00253-SPM-GRJ

KOPPERS INC.,
f/k/a/ KOPPERS INDUSTRIES, INC.,
BEAZER EAST, INC.,
f/k/a KOPPERS COMPANY, INC.,
KOPPERS HOLDINGS, INC.,
HEIDELBERG CEMENT AG,
MCCLELLAN LOGGING, INC.,
and UNNAMED TRUCKING COMPANIES,

    Defendants.
_____ /

# O R D E R

Pending before the Court is Plaintiffs' Unopposed Motion For An Extension Of Time To File Time Records. (Doc. 37.) Plaintiffs request an extension of time within which to file their attorney's fees records pursuant to Local Rule 54.1(B) until fourteen (14) days after the Court rules on Plaintiffs' Motion To Remand. (Doc. 30.) Pursuant to Local Rule 7.1(B) Plaintiffs' counsel represents that counsel for all Defendants has been contacted and that no Defendant objects to the relief requested in Plaintiffs' motion.

Upon due consideration, it is hereby **ORDERED** that:

(1)    Plaintiffs' Unopposed Motion For An Extension Of Time To File Time Records (Doc. 37) is **GRANTED**.

(2)  Plaintiffs shall file their records of attorney's fees incurred through January 30, 2011 pursuant to Local Rule 54.1(B) within 14 days of the Court's ruling on Plaintiffs' Motion To Remand. (Doc. 30.)

**DONE AND ORDERED** this 18th day of February, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge