**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself, )<br>)<br>)<br>)<br>) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | Case No:   1:10-cv-00253-SPM-GRJ |
| ) | |
| KOPPERS INC., f/k/a KOPPERS INDUSTRIES, INC., BEAZER EAST, INC., f/k/a KOPPERS COMPANY, INC., KOPPERS HOLDINGS, INC., HEIDELBERG CEMENT AG, MCCLELLAN LOGGING, INC., and UNNAMED TRUCKING COMPANIES, )<br>)<br>)<br>)<br>)<br>)<br>) | |
| ) | |
| Defendants. ) | |

**DEFENDANT MCCLELLAN LOGGING, INC.'S RESPONSE**
**IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND TO STATE COURT**

COMES NOW the Defendant MCCLELLAN LOGGING, INC. ("MCCLELLAN"), by and through its undersigned counsel, and pursuant to Local Rule 7.1(C)(1), hereby files its Response to Plaintiffs' Motion to Remand to State Court (Doc. 30) and would state as follows:

1.  Without admitting to the amount of damages allegedly suffered by Plaintiffs, MCCLELLAN joins in Defendants Koppers, Inc., f/k/a Koppers Industries, Inc., Beazer East, Inc, f/k/a Koppers Company, Inc., Koppers Holdings, Inc. and Heidelberg Cement Ag's ("Koppers") Response in Opposition to Plaintiffs' Motion to

Remand to State Court (Doc. 39) and Koppers' Motion to Strike Paragraph 15 of Arjona Affidavit and Paragraph 5 of Turlington Affidavit (Doc. 40).

2. With regard to the issue of the fraudulent joinder of MCCLELLAN so as to defeat diversity, MCCLELLAN joins in the arguments set forth in Koppers' Response in Opposition to Plaintiffs' Motion to Remand to State Court (Doc. 39) and further incorporates by reference herein the arguments and citations set forth in MCCLELLAN's Motion to Dismiss Counts III, V, VII and X of Plaintiffs' Class Action Complaint and Incorporated Memorandum of Law (Doc. 24).

WHEREFORE, MCCLELLAN respectfully requests that this Honorable Court will deny Plaintiffs' Motion to Remand to State Court.

### CERTIFICATION UNDER RULE 7.1(B)

Counsel for MCCLELLAN has attempted to confer with counsel for Plaintiffs in a good faith effort to resolve by agreement the issues raised in Koppers' Motion to Strike Paragraph 15 of Arjona Affidavit and Paragraph 5 of Turlington Affidavit (Doc. 40), in which MCCLELLAN has joined as discussed herein.  On February 25, 2011, MCCLELLAN's counsel called the office of Plaintiffs' counsel and left a detailed message for Plaintiffs' counsel regarding the issues discussed in Koppers' Motion to Strike and requesting Plaintiffs' counsel to return this call.  Subsequent to leaving this message with Plaintiffs' counsel's assistant, also on this date, MCCLELLAN's counsel sent an email to Plaintiffs' counsel regarding the issues discussed in Koppers' Motion to

Case No. 1:10-cv-00253-SPM-GRJ
Defendant McClellan Logging, Inc.'s Response to Plaintiffs' Motion to Remand and Memorandum of Support
Page 3 of 6

Strike and seeking to confer with Plaintiffs' counsel regarding the issues discussed therein. As of the time of this filing, the issues raised within Koppers' Motion to Strike remain unresolved.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated this 25th day of February, 2011.

/s/   Kelly L. Wilson-Timmins
**RANDY FISCHER, ESQUIRE**
Florida Bar No. 0218456
*rfischer@boehmbrown.com*
Boehm, Brown, Fischer, Harwood,
   Kelly & Scheihing, P.A.
233 SW 3rd Street
Ocala, Florida 34471
Telephone     (352) 622-8162
Facsimile     (352) 732-8808
**KELLY L. WILSON-TIMMINS,**
   **ATTORNEY-AT-LAW**
Florida Bar No. 65121
*kwilson@boehmbrown.com*
Boehm, Brown, Fischer, Harwood,
   Kelly & Scheihing, P.A.

    101 Southhall Lane, Suite 375
    Maitland, Florida 32751
    Telephone    (407) 660-0990
    Facsimile    (407) 660-5052
    **Attorneys for McClellan Logging, Inc.**

## SERVICE LIST
## LEE-BOLTON ET AL. V. MCCLELLAN LOGGING, INC. ET AL.

### United States District Court, Northern District of Florida, Gainesville Division

**Paul Stuart Rothstein, Esquire**
psr@rothsteinforjustice.com
Paul S. Rothstein, P.A.
626 N.E. 1st Street
Gainesville, Florida 32601-3391
(352) 376-7650 Telephone
(453) 374-7133 Facsimile
Attorneys for Plaintiffs
CM/ECF

**Benjamin Harvey Hill, III, Esquire**
bhill@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Casey G. Reeder, Esquire**
creeder@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Dennis Parker Waggoner, Esquire**
dwaggoner@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**David A. Kanter, Esquire**
kanter@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2683 Telephone
(312) 416-4545 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Megan Colleen Millirons, Attorney at Law**
millirons@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2874 Telephone
(312) 416-4811 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Paul Keller Freeborn, Esquire**
freeborn@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2000 Telephone
(312) 201-2555 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF