UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself, <br><br>  Plaintiffs, <br><br> v. <br><br> KOPPERS INC. f/k/a KOPPERS INDUSTRIES, INC., a Pennsylvania corporation, BEAZER EAST, INC. f/k/a KOPPERS COMPANY, INC., a Delaware corporation, KOPPERS HOLDINGS, INC., a Pennsylvania corporation, HEIDELBERG CEMENT AG, a foreign corporation, MCCLELLAN LOGGING, INC., a Florida corporation, and UNNAMED TRUCKING COMPANIES, <br><br>  Defendants. | Case No.: 1:10-cv-00253-SPM -GRJ |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' RESPONSES TO PLAINTIFFS' MOTION TO REMAND**

Plaintiffs, LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and Plaintiff ROY GEIERSBACH, on behalf of himself (collectively, "Plaintiffs") by their attorney, pursuant to N.D. Florida Local Rule 7.1(C)(2), hereby move this Court for leave to file a reply to Defendants' responses to Plaintiffs' Motion to Remand, and in support of this motion state:

1. Plaintiffs filed their Motion to Remand (Doc. 30) on February 3, 2011. Defendants Koppers Inc., Beazer East, Inc., and Koppers Holdings, Inc. filed their Response to Plaintiffs' Motion to Remand (Doc. 39) on February 25, 2011. Defendant McClellan Logging, Inc. filed its

1

Response In Opposition to Plaintiffs' Motion to Remand to State Court (Doc. 41) on February 25, 2011. Defendant McClellan essentially adopts the arguments of the other Defendants in its response, and incorporates its own Motion to Dismiss Counts III, V, VII, and X of Plaintiffs' Class Action Complaint and Incorporated Memorandum of Law (Doc. 24).[1]

    2.    Plaintiffs respectfully submit that there exists good cause for a reply in this case. Defendants have added two additional persons to their putative class member count. Plaintiff has uncovered evidence that those two persons, like others included in Defendants' putative class member count, are deceased. Plaintiff requires an opportunity to reply to Defendants' inclusion of those two deceased persons, as well as to other arguments raised in Defendants' responses to Plaintiffs' Motion to Remand (Doc. 39 and Doc. 41).

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file a reply to the responses to Plaintiffs' Motion to Remand filed by Defendants (Doc. 39 and Doc. 41). If the Court grants this motion, Plaintiffs will file a reply within seven (7) days from the date this Court enters an order granting Plaintiffs leave to file a reply to Defendants' responses to Plaintiffs' Motion to Remand.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, the undersigned hereby certifies that counsel for Plaintiffs has conferred with counsel for Defendants Koppers Inc., Beazer East, Inc., and Koppers Holdings, Inc., and with counsel for McClellan Logging, Inc. in a good faith attempt to resolve by agreement the issues raised in the foregoing motion but did not reach agreement regarding any of the issues raised

---

[1] Defendant McClellan's incorporation of the arguments and citations from its own Motion to Dismiss Counts III, V, VII, and X of Plaintiffs' Class Action Complaint and Incorporated Memorandum of Law (Doc. 24) is the subject of Plaintiffs' contemporaneously-filed Motion to Strike.

in Plaintiffs' motion.  Defendants oppose this motion.

Respectfully submitted this 3rd day of March, 2011.


       /s/ Paul S. Rothstein
Paul S. Rothstein


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3rd, 2011 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

       /s/ Paul S. Rothstein
Paul S. Rothstein
Attorney for Plaintiffs
Florida Bar No.: 310123
626 N. E. First Street
Gainesville, Florida 32601
Phone: (352) 376-7650
Fax: (352) 374-7133