IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself,<br><br>Plaintiffs,<br><br>v.<br><br>KOPPERS INC., et al.,<br><br>Defendants. | CASE NO. 1:10-cv-253-SPM-GRJ |

**DEFENDANTS KOPPERS INC., BEAZER EAST, INC., AND KOPPERS HOLDINGS, INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE TO MOTION TO REMAND**

Defendants Koppers Inc., Beazer East, Inc., and Koppers Holdings, Inc. (hereinafter collectively referenced as "Defendants"), by their attorneys, submit their response to Plaintiffs' Motion for Leave to File Reply as follows:

1. Defendants removed this action on December 23, 2010. After obtaining an agreed upon extension of time to assess Defendants' Notice of Removal, on February 3, 2011, Plaintiffs filed a Motion to Remand. (Doc. 30). Defendants filed their response to Plaintiffs' Motion to Remand on February 25, 2011. (Doc. 39). Defendants' response did not raise any new legal theories or arguments that were not previously set forth in their Notice of Removal.

2. Local Rule 7.1(C)(2) states: "No reply memoranda shall be filed absent a showing of good cause." N.D. Fla. Local Rule 7.1(C)(2). Plaintiffs bear the burden of showing good cause for the filing of a reply brief, and if they fail that burden, the Court

should deny their motion. *Streeter v. City of Pensacola*, No. 3:05cv286/MCR, 2009 WL 248103, at *2 (N.D. Fla. Feb. 2, 2009), vacated on other grounds, *Glover v. City of Pensacola*, 372 Fed. Appx. 952 (11th Cir. 2010).

3. Plaintiffs contend that good cause exists for a reply because Defendants, in their response to Plaintiffs' Motion to Remand, identified two additional members of the putative class whom Plaintiffs contend are deceased. Plaintiffs seek leave to submit evidence that those two individuals (William Forrester and Johnnie Boggs) are deceased and should be excluded from the proposed class. Defendants do not oppose or object to Plaintiffs submitting evidence on this limited issue.

4. However, Plaintiffs' Motion for Leave is not limited to a proposed showing that those two individuals are deceased. Instead, Plaintiffs further request leave to reply to unspecified "other arguments raised" in Defendants' response to their Motion to Remand. Plaintiffs have failed to offer, and cannot offer, any basis for this Court to conclude that good causes exists to submit a reply brief. Plaintiffs' failure to articulate the basis for their motion (other than the status of Forrester and Boggs) deprives Defendants and the Court of the ability to assess whether good cause exists. Defendants have not raised any new substantive arguments of which Plaintiffs were not aware or unable to address in their Motion to Remand. Therefore, the Court should deny Plaintiffs' Motion for Leave insofar as it relates to unspecified "other arguments raised" in Defendants' response brief. *Streeter*, 2009 WL 248103, at *2.

WHEREFORE, Defendants Koppers Inc., Beazer East, Inc., and Koppers Holdings, Inc., respectfully request that the Court deny Plaintiffs' Motion for Leave to

File Reply to the extent that it seeks leave to address any issues beyond the status of William Forrester and Johnnie Boggs.

Date: March 14, 2011					Respectfully submitted,

						/s/ Paul K. Freeborn
						Benjamin H. Hill, III (FBN 094585)
						bhill@hwhlaw.com
						Dennis P. Waggoner (FBN 509426)
						dwaggoner@hwhlaw.com
						HILL, WARD & HENDERSON P.A.
						101 East Kennedy Blvd., Suite 3700
						P.O. Box 2231
						Tampa, FL 33602
						Phone: (813) 221-3900
						Fax: (813) 221-2900

**OF COUNSEL:**
David A. Kanter (ILBN 6187653)
*Admitted to Northern District Bar 9/30/10*
Brent R. Austin (ILBN 6220501)
*Admitted to Northern District Bar 9/29/10*
Paul K. Freeborn (ILBN 6277489)
*Admitted to Northern District Bar 10/28/10*
Megan C. Millirons (ILBN 6290249)
*Admitted to Northern District Bar 9/29/10*
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606-1229
Telephone:  312-201-2000
Facsimile:  312-201-2555

						**ATTORNEYS FOR DEFENDANTS**
						**KOPPERS INC., BEAZER EAST, INC., and**
						**KOPPERS HOLDINGS, INC.**

4

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 14, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

      /s/ Paul K. Freeborn