IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON, et al.,

    Plaintiffs,

vs.                              Case No.:1:10-CV-253-SPM/GRJ

KOPPERS INC, et al.,

    Defendants.

_____/

**ORDER OF REFERENCE**

Pursuant to the provisions of 28 U.S.C. § 636(b)(1), it is hereby ORDERED that the motion to dismiss (doc. 24) be referred to the Honorable Gary R. Jones, United States Magistrate Judge, to make a report and recommendation to the District Judge for the disposition thereof.

DONE and ORDERED this <u>fifteenth</u> day of March, 2011.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Chief United States District Judge