IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON and RICHARD
BOLTON, on behalf of themselves
and all others similarly situated,
and ROY GEIERSBACH
on behalf of himself,

    Plaintiffs,

v.                                CASE NO. 1:10-cv-00253-SPM-GRJ

KOPPERS INC.,
f/k/a/ KOPPERS INDUSTRIES, INC.,
BEAZER EAST, INC.,
f/k/a KOPPERS COMPANY, INC.,
KOPPERS HOLDINGS, INC.,
HEIDELBERG CEMENT AG,
MCCLELLAN LOGGING, INC.,
and UNNAMED TRUCKING COMPANIES,

    Defendants.
_____ /

## O R D E R

Pending before the Court is Plaintiffs' Motion For Leave To File A Reply To Defendants' Responses To Plaintiffs' Motion To Remand (Doc. 42), to which Defendants Koppers Inc., Beazer East, Inc., and Koppers Holdings, Inc. (collectively, "Defendants") have filed a response in opposition. (Doc. 45).

Plaintiffs request leave to submit evidence that two members -- who appear on Defendants' list of putative class members -- are deceased.  Plaintiffs also request leave to file a reply memorandum addressing the arguments raised in Defendants' response (Doc. 39) and in Defendant McClellan Logging, Inc.'s response (Doc. 41) to Plaintiffs' pending Motion To Remand. (Doc. 30.)  Defendants do not oppose Plaintiffs' request to submit additional evidence concerning the two individuals who are deceased

but oppose Plaintiffs' request to file a reply.

Local Rule 7.1(C)(2) provides that "[n]o reply memoranda shall be filed absent a showing of good cause and upon leave of the court." While there is good cause for submission of additional evidence concerning the putative class members who are deceased there is no compelling reason to file a reply. The briefing by the parties on the motion to remand adequately presents the arguments of the parties and therefore additional briefing would not aid the Court.

Accordingly, upon due consideration, it is **ORDERED** that:

(1)   Plaintiffs' Motion For Leave To File A Reply To Defendants' Responses To Plaintiffs' Motion To Remand (Doc. 42) is due to be **GRANTED** to the limited extent that Plaintiffs are permitted to submit additional evidence regarding the putative class members who may be deceased. Plaintiffs' request for leave to file a reply is, however, due to be **DENIED** in all other respects.

(2)   Plaintiffs' counsel shall submit any such evidence to the Court by **March 25, 2011.**

**DONE AND ORDERED** this 16th day of March, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge