**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

| | |
|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself,<br><br>Plaintiffs,<br><br>v.<br><br>KOPPERS INC., f/k/a KOPPERS INDUSTRIES, INC., BEAZER EAST, INC., f/k/a KOPPERS COMPANY, INC., KOPPERS HOLDINGS, INC., HEIDELBERG CEMENT AG, MCCLELLAN LOGGING, INC., and UNNAMED TRUCKING COMPANIES,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No: 1:10-cv-00253-SPM-GRJ |

**DEFENDANT MCCLELLAN LOGGING, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE ORDER DENYING PLAINTIFFS LEAVE TO REPLY TO DEFENDANTS' RESPONSES IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND (DOC. 50)**

COMES NOW Defendant MCCLELLAN LOGGING, INC. ("MCCLELLAN"), by and through its undersigned counsel, and pursuant to Local Rule 7.1(C)(1), hereby files its Response to Plaintiffs' Motion for Reconsideration of the Order Denying Plaintiffs Leave to Reply to Defendants' Responses in Opposition to Plaintiffs' Motion to Remand (Doc. 50) as follows:

1. On February 3, 2011, Plaintiffs filed their Motion to Remand (Doc. 30).

2. On February 25, 2011, Defendants KOPPERS INC., BEAZER EAST, INC., and KOPPERS HOLDINGS, INC. (collectively "KOPPERS") filed their Response to Plaintiffs' Motion to Remand (Doc. 39).

3. On February 25, 2011, MCCLELLAN filed its Response in Opposition to Plaintiffs' Motion to Remand to State Court (Doc. 41).

4. On March 3, 2011, Plaintiffs filed their Motion for Leave to File a Reply to Defendants' Responses to Plaintiffs' Motion to Remand (Doc. 42).

5. On March 16, 2011, United States Magistrate Judge Gary R. Jones issued an Order (Doc. 47) denying Plaintiffs' request for leave to file a reply, stating as follows:

> Local Rule 7.1(C)(2) provides that "[n]o reply memorandum shall be filed absent a showing of good cause and upon leave of the court." […] [T]here is no compelling reason to file a reply. The briefing of the parties on the motion to remand adequately presents the arguments of the parties and therefore additional briefing would not aid the Court.

6. On March 25, 2011, Plaintiffs filed their Motion for Reconsideration of the Order Denying Plaintiffs Leave to Reply to Defendants' Responses in Opposition to Plaintiffs' Motion to Remand (Doc. 50).

Case No. 1:10-cv-00253-SPM-GRJ
Defendant McClellan Logging, Inc.'s Response to Plaintiffs' Motion for Reconsideration of the Order
Denying Plaintiffs Leave to Reply to Defendants' Responses in Opposition to Plaintiffs' Motion to Remand
Page 3 of 7

7. A district judge may reconsider any nondispositive pretrial order made by a magistrate only if the Court finds that the order of the magistrate is clearly erroneous or is contrary to law. Fed.R.Civ.P. 72(a); 28 U.S.C. §636(b)(1)(A); Beaulieu v. Board of Trustees of University of West Florida, 2008 WL 4097455 at *2 (N.D. Fla. Aug. 27, 2008); Merritt v. International Brotherhood of Boilermakers, 649 F.2d 1013, 1017 (5th Cir. 1981). Pretrial orders of a magistrate under Rule 636(b)(1)(A) of the Federal Rules of Civil Procedure are not subject to a de novo determination as are a magistrate's proposed findings and recommendations under Rule 636(b)(1)(B) of the Federal Rules of Civil Procedure. Merritt, 649 F.2d 1013, 1017. It is the burden of the movant to demonstrate that the magistrate's order is clearly erroneous or contrary to law. Beaulieu, 2008 WL 4097455 at *2.

8. Magistrate Judge Jones has found that Plaintiffs failed to show good cause on the basis that the briefing of the parties on the motion to remand adequately presents the arguments of the parties and that additional briefing would not aid the Court in its decision regarding Plaintiffs' motion to remand. Plaintiffs have failed to demonstrate that Magistrate Judge Jones's decision is clearly erroneous or is contrary to law; and, therefore, Plaintiffs are not entitled to the relief they request in their Motion for Reconsideration.

9. MCCLELLAN further adopts and incorporates by reference the arguments set forth in KOPPERS's Response in Opposition to Plaintiffs' Motion for Reconsideration (Doc. 53).

WHEREFORE, MCCLELLAN respectfully requests that this Honorable Court will deny Plaintiffs' Motion for Reconsideration of the Order Denying Plaintiffs Leave to Reply to Defendants' Responses in Opposition to Plaintiffs' Motion to Remand.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of April, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated this 8th day of April, 2011.

/s/  Kelly L. Wilson-Timmins
**RANDY FISCHER, ESQUIRE**
Florida Bar No. 0218456
*rfischer@boehmbrown.com*
Boehm, Brown, Fischer, Harwood,
  Kelly & Scheihing, P.A.
233 SW 3rd Street
Ocala, Florida 34471
Telephone    (352) 622-8162
Facsimile    (352) 732-8808

Case No. 1:10-cv-00253-SPM-GRJ
Defendant McClellan Logging, Inc.'s Response to Plaintiffs' Motion for Reconsideration of the Order
Denying Plaintiffs Leave to Reply to Defendants' Responses in Opposition to Plaintiffs' Motion to Remand
Page 5 of 7

**KELLY L. WILSON-TIMMINS,
    ATTORNEY-AT-LAW**
Florida Bar No. 65121
*kwilson@boehmbrown.com*
Boehm, Brown, Fischer, Harwood,
   Kelly & Scheihing, P.A.
101 Southhall Lane, Suite 375
Maitland, Florida 32751
Telephone     (407) 660-0990
Facsimile     (407) 660-5052
**Attorneys for McClellan Logging, Inc.**

Case No. 1:10-cv-00253-SPM-GRJ
Defendant McClellan Logging, Inc.'s Response to Plaintiffs' Motion for Reconsideration of the Order
Denying Plaintiffs Leave to Reply to Defendants' Responses in Opposition to Plaintiffs' Motion to Remand
Page 6 of 7

## SERVICE LIST
## LEE-BOLTON ET AL. V. MCCLELLAN LOGGING, INC. ET AL.

### United States District Court, Northern District of Florida, Gainesville Division

**Paul Stuart Rothstein, Esquire**
psr@rothsteinforjustice.com
Paul S. Rothstein, P.A.
626 N.E. 1st Street
Gainesville, Florida 32601-3391
(352) 376-7650 Telephone
(453) 374-7133 Facsimile
Attorneys for Plaintiffs
CM/ECF

**Benjamin Harvey Hill, III, Esquire**
bhill@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Casey G. Reeder, Esquire**
creeder@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Dennis Parker Waggoner, Esquire**
dwaggoner@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**David A. Kanter, Esquire**
kanter@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2683 Telephone
(312) 416-4545 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Megan Colleen Millirons, Attorney at Law**
millirons@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2874 Telephone
(312) 416-4811 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Paul Keller Freeborn, Esquire**
freeborn@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2000 Telephone
(312) 201-2555 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF