IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    Case No:   1:10-cv-00253-SPM-GRJ |
| | ) |
| KOPPERS INC., f/k/a KOPPERS INDUSTRIES, INC., BEAZER EAST, INC., f/k/a KOPPERS COMPANY, INC., KOPPERS HOLDINGS, INC., HEIDELBERG CEMENT AG, MCCLELLAN LOGGING, INC., and UNNAMED TRUCKING COMPANIES, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**DEFENDANT MCCLELLAN LOGGING, INC.'S RESPONSE IN
OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE
SUPPLEMENTARY EXHIBITS AND MOTION FOR LEAVE TO
<u>FILE ADDITIONAL AFFIDAVITS (DOC. 51)</u>**

COMES NOW Defendant MCCLELLAN LOGGING, INC. ("MCCLELLAN"), by and through its undersigned counsel, and pursuant to Local Rule 7.1(C)(1), hereby files its Response to Plaintiffs' Motion for Leave to File Supplementary Exhibits in Support of Motion to Remand and Motion for Leave to File Additional Affidavits in Support of Motion to Remand If Defendants' Motion to Strike Is Granted (Doc. 51) as follows:

MCCLELLAN adopts and incorporates by reference the arguments set forth in KOPPERS's Response in Opposition to Plaintiffs' Motion for Leave (Doc. 54).

WHEREFORE, MCCLELLAN respectfully requests that this Honorable Court deny Plaintiffs' Motion for Leave to File Supplementary Exhibits in Support of Motion to Remand and Motion for Leave to File Additional Affidavits in Support of Motion to Remand if Defendants' Motion to Strike Is Granted.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of April, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated this 8th day of April, 2011.

/s/   Kelly L. Wilson-Timmins
**RANDY FISCHER, ESQUIRE**
Florida Bar No. 0218456
*rfischer@boehmbrown.com*
Boehm, Brown, Fischer, Harwood,
   Kelly & Scheihing, P.A.
233 SW 3rd Street
Ocala, Florida 34471
Telephone     (352) 622-8162
Facsimile     (352) 732-8808
**KELLY L. WILSON-TIMMINS,**
   **ATTORNEY-AT-LAW**
Florida Bar No. 65121
*kwilson@boehmbrown.com*

      Boehm, Brown, Fischer, Harwood,
        Kelly & Scheihing, P.A.
101 Southhall Lane, Suite 375
Maitland, Florida 32751
Telephone    (407) 660-0990
Facsimile     (407) 660-5052
**Attorneys for McClellan Logging, Inc.**

## SERVICE LIST
## LEE-BOLTON ET AL. V. MCCLELLAN LOGGING, INC. ET AL.

### United States District Court, Northern District of Florida, Gainesville Division

**Paul Stuart Rothstein, Esquire**
psr@rothsteinforjustice.com
Paul S. Rothstein, P.A.
626 N.E. 1st Street
Gainesville, Florida 32601-3391
(352) 376-7650 Telephone
(453) 374-7133 Facsimile
Attorneys for Plaintiffs
CM/ECF

**Benjamin Harvey Hill, III, Esquire**
bhill@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Casey G. Reeder, Esquire**
creeder@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Dennis Parker Waggoner, Esquire**
dwaggoner@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**David A. Kanter, Esquire**
kanter@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2683 Telephone
(312) 416-4545 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Megan Colleen Millirons, Attorney at Law**
millirons@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2874 Telephone
(312) 416-4811 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Paul Keller Freeborn, Esquire**
freeborn@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2000 Telephone
(312) 201-2555 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF