IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No: 1:10-cv-00253-SPM-GRJ |
| KOPPERS INC., f/k/a KOPPERS INDUSTRIES, INC., BEAZER EAST, INC., f/k/a KOPPERS COMPANY, INC., KOPPERS HOLDINGS, INC., HEIDELBERG CEMENT AG, MCCLELLAN LOGGING, INC., and UNNAMED TRUCKING COMPANIES, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**DEFENDANT MCCLELLAN LOGGING, INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO SERVE DEFENDANT HEIDELBERG CEMENT, AG AND DEFENDANT UNNAMED TRUCKING COMPANIES**

COMES NOW the Defendant MCCLELLAN LOGGING, INC. ("MCCLELLAN"), by and through its undersigned counsel, and pursuant to Rule 7.1 of the Local Rules of the Northern District of Florida, hereby files its Response to Plaintiffs' Motion for Extension of Time to Serve Defendant Heidelberg Cement, AG and Defendant Unnamed Trucking Companies (Doc. 52), stating as follows:

1. On April 4, 2011, Plaintiffs LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself ("Plaintiffs") filed their Motion for Extension of Time to Serve Defendant Heidelberg Cement, AG and Defendant Unnamed Trucking Companies ("4/4/11 Motion for Extension of Time").

2. With regard to the Certificate of Conference found at page 5 of Plaintiffs' 4/4/11 Motion for Extension of Time, Plaintiffs note that "McClellan Logging objects to this motion."

3. MCCLELLAN withdraws its objection and takes no position with regard to the relief requested in Plaintiffs' 4/4/11 Motion for Extension of Time.

WHEREFORE, MCCLELLAN withdraws its objection to Plaintiffs' 4/4/11 Motion for Extension of Time.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the

attached Service List in the manner specified.

Dated this 18th day of April, 2011.

                          */s/   Kelly L. Wilson-Timmins*
                          **RANDY FISCHER, ESQUIRE**
                          Florida Bar No. 0218456
                          *rfischer@boehmbrown.com*
                          Boehm, Brown, Fischer, Harwood,
                            Kelly & Scheihing, P.A.
                          233 SW 3rd Street
                          Ocala, Florida 34471
                          Telephone     (352) 622-8162
                          Facsimile     (352) 732-8808
                          **KELLY L. WILSON-TIMMINS,**
                          **ATTORNEY-AT-LAW**
                          Florida Bar No. 65121
                          *kwilson@boehmbrown.com*
                          Boehm, Brown, Fischer, Harwood,
                            Kelly & Scheihing, P.A.
                          101 Southhall Lane, Suite 375
                          Maitland, Florida 32751
                          Telephone     (407) 660-0990
                          Facsimile     (407) 660-5052
                          **Attorneys for McClellan Logging, Inc.**

## SERVICE LIST
## LEE-BOLTON ET AL. V. MCCLELLAN LOGGING, INC. ET AL.

### United States District Court, Northern District of Florida, Gainesville Division

**Paul Stuart Rothstein, Esquire**
psr@rothsteinforjustice.com
Paul S. Rothstein, P.A.
626 N.E. 1st Street
Gainesville, Florida 32601-3391
(352) 376-7650 Telephone
(453) 374-7133 Facsimile
Attorneys for Plaintiffs
CM/ECF

**Benjamin Harvey Hill, III, Esquire**
bhill@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Casey G. Reeder, Esquire**
creeder@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Dennis Parker Waggoner, Esquire**
dwaggoner@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**David A. Kanter, Esquire**
kanter@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2683 Telephone
(312) 416-4545 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Megan Colleen Millirons, Attorney at Law**
millirons@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2874 Telephone
(312) 416-4811 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Paul Keller Freeborn, Esquire**
freeborn@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2000 Telephone
(312) 201-2555 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF