UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself,<br><br>Plaintiffs,<br><br>v.<br><br>KOPPERS INC. f/k/a KOPPERS INDUSTRIES, INC., a Pennsylvania corporation, BEAZER EAST, INC. f/k/a KOPPERS COMPANY, INC., a Delaware corporation, KOPPERS HOLDINGS, INC., a Pennsylvania corporation, HEIDELBERG CEMENT AG, a foreign corporation, MCCLELLAN LOGGING, INC., a Florida corporation, and UNNAMED TRUCKING COMPANIES,<br><br>Defendants. | Case No.: 1:10-cv-00253-SPM -GRJ |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION TO REMAND**

Plaintiffs, LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and Plaintiff ROY GEIERSBACH, on behalf of himself (collectively, "Plaintiffs") by their attorney, move this Court for an extension of time until August 5, 2011 in which to file an objection to the Magistrate Judge's Report and Recommendation (Doc. 58), and in support thereof state:

    1.    On June 6, 2011 Magistrate Judge Gary R. Jones filed his Report and

1

Recommendation (Doc. 58) recommending that Plaintiffs' Motion to Remand be denied. Plaintiffs were served the Report and Recommendations on June 7, 2011. Pursuant to Rule 72(b)(2), Fed. R. Civ. P., Plaintiffs have fourteen (14) days from the date of service of the Report and Recommendation to file objections, giving Plaintiffs until June 21, 2011 to file objections.

     2.     Plaintiffs' Motion to Remand deals with complex questions which are highly significant to the prosecution of this case. Plaintiffs are in the process of researching and considering objections to the Report and Recommendation. Plaintiffs respectfully submit that additional time is necessary in order to investigate and determine the merits, if any, of those objections.

     3.     Plaintiffs' counsel has conferred with counsel for Defendants, and Defendants are not opposed to an extension of time up to and including July 8, 2011. Defendants oppose any extension beyond that date. However, Plaintiffs' counsel Paul S. Rothstein intends to be on vacation and out of the office for the entire month of July. Based on that and the ongoing investigation of objections to the Report and Recommendation, Plaintiffs respectfully submit that an extension until August 5, 2011 is warranted.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, the undersigned hereby certifies that counsel for Plaintiffs has conferred with counsel for Defendants Koppers Inc., Beazer East, Inc., and Koppers Holdings, Inc., and with counsel for McClellan Logging, Inc. in a good faith attempt to resolve by agreement the issues raised in the foregoing motion. Defendants do not oppose an extension of time up to and including July 8, 2011, however, Defendants oppose any extension beyond that date.

Respectfully submitted this 17th day of June, 2011.

      /s/ Paul S. Rothstein
Paul S. Rothstein
Attorney for Plaintiffs
Florida Bar No.: 310123
626 N. E. First Street
Gainesville, Florida 32601
Phone: (352) 376-7650
Fax: (352) 374-7133
psr@rothsteinforjustice.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2011 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

      /s/ Paul S. Rothstein
Paul S. Rothstein