IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON and RICHARD
BOLTON, on behalf of themselves
and all others similarly situated,
and ROY GEIERSBACH
on behalf of himself,

    Plaintiffs,

v.                                                             CASE NO. 1:10-cv-253-SPM-GRJ

KOPPERS INC.,
f/k/a/ KOPPERS INDUSTRIES, INC.,
BEAZER EAST, INC.,
f/k/a KOPPERS COMPANY, INC.,
KOPPERS HOLDINGS, INC.,
HEIDELBERG CEMENT AG,
MCCLELLAN LOGGING, INC.,
and UNNAMED TRUCKING COMPANIES,

    Defendants.
_____/

## AMENDED ORDER

This order amends the Court's previous order (Doc. 62) solely to the extent that the decretal portion of the previous order incorrectly gave Defendants – rather than Plaintiffs – an extension of time to file objections.

The Plaintiffs request an extension of time until August 5, 2011 to file objections to the report and recommendation entered on June 6, 2011, recommending that Plaintiffs' Motion To Remand be denied. (Doc. 58.)

In support of their request, Plaintiffs advise that their counsel requires additional time to research and consider objections to the report and recommendation and that their counsel is scheduled to be out of the office on vacation the entire month of July.

...

Page 2 of 2

Pursuant to Local Rule 7.1, Plaintiffs represent that although Defendants are not opposed to an extension until July 8, 2011 the Defendants are opposed any extension beyond that date.

Although a seven week extension of time to research and prepare objections may be more than necessary, in view of the fact that counsel represents he will be out of the office on vacation for much of that time, an extension of time until early August is due to be granted.

Accordingly, upon due consideration, it is **ORDERED** that:

(1) Plaintiffs' Motion For Extension Of Time To Respond To Magistrate Judge's Report And Recommendation Regarding Motion To Remand (Doc. 60) is **GRANTED**. The clerk is directed to remove the Court's previous order (Doc. 62.)

(2) Plaintiffs shall file any objections to the Report And Recommendation (Doc. 58) on or before **August 5, 2011.**

**DONE** and **ORDERED** this 20th day of June, 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge