### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Case No:   1:10-cv-00253-SPM-GRJ<br>) |
| KOPPERS INC., f/k/a KOPPERS INDUSTRIES, INC., BEAZER EAST, INC., f/k/a KOPPERS COMPANY, INC., KOPPERS HOLDINGS, INC., HEIDELBERG CEMENT AG, MCCLELLAN LOGGING, INC., and UNNAMED TRUCKING COMPANIES, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### DEFENDANT MCCLELLAN LOGGING, INC.'S
### RESPONSE IN OPPOSITION TO PLAINTIFFS' OBJECTIONS
### TO MAGISTRATE REPORT AND RECOMMENDATION (DOC. 64)

COMES NOW Defendant MCCLELLAN LOGGING, INC. ("MCCLELLAN"), by and through its undersigned counsel, and pursuant to United States Magistrate Judge Gary R. Jones's Report and Recommendation (Doc. 58) and the Federal Rules of Civil Procedure, hereby files its Response in Opposition to Plaintiffs' Objections to Magistrate Report and Recommendation (Doc. 64), stating as follows:

1.      As set forth in United States Magistrate Judge Gary R. Jones's Report and Recommendation (Doc. 58), a party may respond to another party's objections to a Magistrate Judge's proposed findings and recommendations within 14 days after being served with a copy of such objections.

2. Plaintiffs served their Objections to Magistrate Report and Recommendation (Doc. 64) on August 5, 2011.

3. This Response in Opposition to Plaintiffs' Objections to Magistrate Judge Report and Recommendation is timely filed.

4. As to the grounds for opposing Plaintiffs' Objections to Magistrate Judge Report and Recommendation (Doc. 64), MCCLELLAN joins in Defendants Koppers, Inc., f/k/a Koppers Industries, Inc., Beazer East, Inc, f/k/a Koppers Company, Inc., and Koppers Holdings, Inc.'s Response to Plaintiffs' Objections to Magistrate Report and Recommendation (Doc. 65).

WHEREFORE, MCCLELLAN respectfully requests that this Honorable Court overrule Plaintiffs' Objections to Magistrate Report and Recommendation, adopt Magistrate Judge Jones's Report and Recommendation in full, and deny Plaintiffs' Motion to Remand.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner

Case No. 1:10-cv-00253-SPM-GRJ
Defendant McClellan Logging, Inc.'s Response in Opposition to Plaintiffs' Objections to Magistrate
Report and Recommendation
Page 3 of 5

for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated this 19th day of August, 2011.

    /s/ Kelly L. Wilson-Timmins
**RANDY FISCHER, ESQUIRE**
Florida Bar No. 0218456
*rfischer@boehmbrown.com*
Boehm, Brown, Fischer, Harwood,
  Kelly & Scheihing, P.A.
233 SW 3rd Street
Ocala, Florida 34471
Telephone   (352) 622-8162
Facsimile   (352) 732-8808
**KELLY L. WILSON-TIMMINS,**
  **ATTORNEY-AT-LAW**
Florida Bar No. 65121
*kwilson@boehmbrown.com*
Boehm, Brown, Fischer, Harwood,
  Kelly & Scheihing, P.A.
101 Southhall Lane, Suite 375
Maitland, Florida 32751
Telephone   (407) 660-0990
Facsimile   (407) 660-5052
**Attorneys for McClellan Logging, Inc.**

## SERVICE LIST
## LEE-BOLTON ET AL. V. MCCLELLAN LOGGING, INC. ET AL.

### United States District Court, Northern District of Florida, Gainesville Division

**Paul Stuart Rothstein, Esquire**
psr@rothsteinforjustice.com
Paul S. Rothstein, P.A.
626 N.E. 1st Street
Gainesville, Florida 32601-3391
(352) 376-7650 Telephone
(453) 374-7133 Facsimile
Attorneys for Plaintiffs
CM/ECF

**Benjamin Harvey Hill, III, Esquire**
bhill@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Casey G. Reeder, Esquire**
creeder@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Dennis Parker Waggoner, Esquire**
dwaggoner@hwhlaw.com
Hill, Ward & Henderson P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
(813) 221-3900 Telephone
(813) 221-2900 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**David A. Kanter, Esquire**
kanter@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2683 Telephone
(312) 416-4545 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Megan Colleen Millirons, Attorney at Law**
millirons@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2874 Telephone
(312) 416-4811 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF

**Paul Keller Freeborn, Esquire**
freeborn@wildman.com
Wildman, Harrold, Allen, et al.
225 W. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2000 Telephone
(312) 201-2555 Facsimile
Attorneys for Defendants Koppers Inc., Beazer East, Inc. and Koppers Holdings, Inc.
CM/ECF