UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself, <br><br> Plaintiffs, <br><br> v. <br><br> KOPPERS INC. f/k/a KOPPERS INDUSTRIES, INC., a Pennsylvania corporation, BEAZER EAST, INC. f/k/a KOPPERS COMPANY, INC., a Delaware corporation, KOPPERS HOLDINGS, INC., a Pennsylvania corporation, HEIDELBERG CEMENT AG, a foreign corporation, MCCLELLAN LOGGING, INC., a Florida corporation, and UNNAMED TRUCKING COMPANIES, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:10-cv-00253-SPM -GRJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT
OF OBJECTIONS TO MAGISTRATE REPORT AND RECOMMENDATION AND
MEMORANDUM OF LAW IN SUPPORT**

Representative Plaintiffs LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and Named Plaintiff ROY GEIERSBACH, on behalf of himself (collectively, "Plaintiffs") request leave to file a brief reply in support of Plaintiffs' objections to the Report and Recommendation of the Magistrate Judge regarding Plaintiffs' Motion to Remand, and in support thereof state:

    1.    On June 6, 2011 Magistrate Judge Gary R. Jones filed his Report and Recommendation (Doc. 58) recommending that Plaintiffs' Motion to Remand be denied.

1

Plaintiffs timely filed objections to that Report and Recommendation. See Doc. 64. Defendants have filed responses to those objections (Doc. 65 and Doc. 66).[1]

  2. Plaintiffs respectfully submit that good cause exists to allow them to file a brief reply in order to respond to Defendants' arguments regarding the standard of review of the Report and Recommendation, and to respond to Defendants' arguments regarding the consideration of argument and evidence presented initially upon objection to a magistrate's Report and Recommendation.

  3. Replies in support of objections to a magistrate's report and recommendation have been considered by courts. *See, e.g., Isola Condominium Ass', Inc. v. QBE Ins. Corp.*, 2008 WL 5169458, *1 (S.D. Fla. 2008); *American Airlines, Inc. v. Vidal*, 2010 WL 3125942, *1 (S.D. Fla. 2010). The Middle District of Florida has indicated that the local rule regarding responses and replies to motions should apply to the filing of a reply to a response to an objection to a magistrate's report and recommendation. *See Michael Moecker & Associates, Inc. v. Honeywell Intern., Inc.*, 2001 WL 34098639, *1 (M.D. Fla. 2001) (finding that where the local rule governing replies "prescribed that no other brief or legal memoranda shall be filed or served by any party unless requested by the Court," and the court had not requested a reply, none would be permitted). The Northern District of Florida's Local Rule 7.1(C)(2) states that "No reply memoranda shall be filed absent a showing of good cause and upon leave of the court." Rule 7.1(C)(2) should apply to this motion, and Plaintiff respectfully submits that the need to respond

---

[1] Plaintiffs' Reply responds both to "Defendants Koppers Inc., Beazer East, Inc., and Koppers Holdings, Inc.'s Response to Plaintiffs' Objections to Magistrate's Report and Recommendation" (Doc. 65) and "Defendant McClellan Logging, Inc.'s Response in Opposition to Plaintiffs' Objections to Magistrate Report and Recommendation (Doc. 64)" (Doc. 66), as McClellan's response merely joins in Koppers' response. *See* Doc. 66, ¶ 4.

to Defendants' arguments regarding the standard of review and the propriety of considering new evidence on review of a Report and Recommendation constitute good cause. If Plaintiffs' are not permitted to file their Reply, the Court may apply the incorrect standard of review urged by Defendants, and may fail to consider its equal discretion to consider new evidence upon objection to the Magistrate Judge's Report and Recommendation.

      4.      Plaintiffs' Reply has already been prepared, however, based on Local Rule 7.1(C)(2), Plaintiff has not attached the Reply to this motion. Should the Court grant this motion, Plaintiffs are prepared to file their Reply the same day.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order granting leave to file a brief reply in support of Plaintiffs' objections to the Report and Recommendation, and granting all other relief that this Court deems just and proper.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, the undersigned hereby certifies that counsel for Plaintiffs has conferred with counsel for Defendants Koppers Inc., Beazer East, Inc., and Koppers Holdings, Inc., and with counsel for McClellan Logging, Inc. in a good faith attempt to resolve by agreement the issues raised in the foregoing motion, but did not reach an agreement regarding any of the issues raised in this motion.

Respectfully submitted this 26th day of August, 2011.

                                              /s/ Paul S. Rothstein
                                              Paul S. Rothstein
                                              Attorney for Plaintiffs
                                              Florida Bar No.: 310123
                                              626 N. E. First Street
                                              Gainesville, Florida 32601

Phone: (352) 376-7650  
Fax: (352) 374-7133  
psr@rothsteinforjustice.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2011 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

    /s/ Paul S. Rothstein  
Paul S. Rothstein