IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON, et al.

      Plaintiffs,

vs.                            CASE NO.: 1:10-CV-253-SPM/GRJ

KOPPERS INC., et al.,

      Defendants.

_____/

**ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY**

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Leave to File Reply (doc. 67) in Support of Objections to Magistrate Report and Recommendation. It is

ORDERED AND ADJUDGED as follows:

1.     Plaintiffs' motion for leave to file reply (doc. 67) is hereby *granted*.

2.     Plaintiffs' motion indicates that the reply has already been prepared. Accordingly, Plaintiffs shall file the reply by September 9, 2011.

DONE AND ORDERED this 9th day of September, 2011.

                                        *S/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Senior United States District Judge