UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself, <br><br>  Plaintiffs, <br><br> v. <br><br> KOPPERS INC. f/k/a KOPPERS INDUSTRIES, INC., a Pennsylvania corporation, BEAZER EAST, INC. f/k/a KOPPERS COMPANY, INC., a Delaware corporation, KOPPERS HOLDINGS, INC., a Pennsylvania corporation, HEIDELBERG CEMENT AG, a foreign corporation, MCCLELLAN LOGGING, INC., a Florida corporation, and UNNAMED TRUCKING COMPANIES, <br><br>  Defendants. | ) ) ) ) ) ) Case No.: 1:10-cv-00253-SPM -GRJ ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO KOPPERS HOLDINGS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Plaintiffs, LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and Plaintiff ROY GEIERSBACH, on behalf of himself (collectively, "Plaintiffs") by their attorney, hereby move this Court for an order granting Plaintiffs an extension of 60 days from September 27, 2011 in which to respond to Koppers Holdings, Inc.'s ("Koppers Holdings") Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 10), and in support thereof state:

1. Pursuant to this Court's order, Plaintiffs' response to Koppers Holdings' Motion

1

to Dismiss is due on September 27, 2011 (14 days after the Court entered its order denying Plaintiffs' Motion to Remand).

2. Koppers Holdings' Motion to Dismiss is based on its argument that Koppers Holdings is not subject to personal jurisdiction in this Court. In support of that argument, Koppers Holdings attached the affidavit of Steven R. Lacy, the Senior Vice President, Administration, General Counsel, and Secretary of Koppers Holdings, to its Motion to Dismiss.

3. In order to properly respond to Koppers Holdings' Motion to Dismiss, Plaintiffs require discovery, including but not limited to the taking of the depositions of Steven R. Lacy and the corporate representative for Koppers Holdings. Pursuant to Rule 26, "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f). . ." Rule 26(d)(1), Fed. R. Civ. P.

5. The deadline for the parties to conduct their Rule 26(f) conference is September 27, 2011. Following the Rule 26(f) conference, Plaintiffs intend to serve discovery requests and subpoena notices upon Koppers Holdings in order to initiate discovery to establish jurisdictional facts sufficient to defeat Koppers Holdings' Motion to Dismiss.

6. In order to permit Plaintiffs time to take depositions and discover jurisdictional facts sufficient to defeat Koppers Holdings Motion to Dismiss, Plaintiffs submit that good cause exists for an extension of time to respond to Koppers Holdings' Motion to Dismiss.

WHEREFORE, Plaintiffs respectfully request an extension of 60 days from September 27, 2011 in which to respond to Koppers Holdings Motion to Dismiss.

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, the undersigned hereby certifies that counsel for Plaintiffs has

conferred with counsel for Defendants Koppers Inc., Beazer East, Inc., and Koppers Holdings, Inc., and with counsel for McClellan Logging, Inc. in a good faith attempt to resolve by agreement the issues raised in the foregoing motion. Defendants Koppers Inc., Beazer East, Inc., and Koppers Holdings, Inc. agree to Plaintiffs' request for the 60 day extension, but that agreement does not encompass at this time an agreement to produce Steven R. Lacy for a deposition. Defendant McClellan Logging, Inc. does not oppose this motion.

Respectfully submitted this 23rd day of September 2011.

       /s/ Paul S. Rothstein
Paul S. Rothstein
Attorney for Plaintiffs
Florida Bar No.: 310123
626 N. E. First Street
Gainesville, Florida 32601
Phone: (352) 376-7650
Fax: (352) 374-7133

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 23, 2011 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

       /s/ Paul S. Rothstein
Paul S. Rothstein