IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON, et al.,

    Plaintiffs,

vs.                          CASE NO.: 1:10-CV-253-SPM/GRJ

KOPPERS INC., et al.,

    Defendants.

_____/

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

THIS CAUSE comes before the Court for consideration of Plaintiffs' Motion for Extension of Time (doc. 76) to file a response to Defendants' Motion to Dismiss for Lack of Jurisdiction (doc. 10). Good cause having been found, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     Plaintiffs' Motion for Extension of Time (doc. 76) is GRANTED.

2.     Plaintiffs shall have until November 28, 2011, to respond to Defendants' Motion to Dismiss for Lack of Jurisdiction (doc. 10).

DONE AND ORDERED this 27th day of September, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge