IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON, et al.,

    Plaintiffs,

vs.                              CASE NO.: 1:10-CV-253-SPM/GRJ

KOPPERS INC., et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION TO APPOINT INTERNATIONAL PROCESS SERVER

THIS CAUSE comes before the Court for consideration of Plaintiffs' Motion to Appoint International Process Server (doc. 77). It is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion to Appoint International Process Server (doc. 77) is GRANTED.

2. Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on November 15, 1965, and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, OR

97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

DONE AND ORDERED this 27th day of September, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge