IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON, et al.,

    Plaintiffs,

vs.                              CASE NO.: 1:10-CV-253-SPM/GRJ

KOPPERS INC., et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

THIS CAUSE comes before the Court for consideration of Plaintiffs' Unopposed Second Motion for Extension of Time (doc. 89) to Respond to Koppers Holdings, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (doc. 10). Good cause having been found, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion for Extension of Time (doc. 89) is **GRANTED**.

2. Plaintiffs shall have until December 16, 2011, to respond to Defendants' Motion to Dismiss for Lack of Jurisdiction (doc. 10).

DONE AND ORDERED this 15th day of November, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge