UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON and RICHARD BOLTON, on behalf of themselves and all others similarly situated, and ROY GEIERSBACH on behalf of himself,<br><br>Plaintiffs,<br><br>v.<br><br>KOPPERS INC. f/k/a KOPPERS INDUSTRIES, INC., a Pennsylvania corporation, BEAZER EAST, INC. f/k/a KOPPERS COMPANY, INC., a Delaware corporation, KOPPERS HOLDINGS, INC., a Pennsylvania corporation, HEIDELBERG CEMENT AG, a foreign corporation, MCCLELLAN LOGGING, INC., a Florida corporation, and UNNAMED TRUCKING COMPANIES,<br><br>Defendants. | Case No.: 1:10-cv-00253-SPM -GRJ |

## SUMMONS IN A CIVIL ACTION

To:   Heidelberg Cement AG
      Berliner Strasse 6
      69120 Heidelberg, Germany
      +49-(0)6221-481-0

      A lawsuit has been filed against you.

      Within 21 calendar days after service of this summons on you (not counting the day you received it) — or 60 calendar days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Paul S. Rothstein
      626 N.E. 1st Street
      Gainesville, Florida 32601, U.S.A.

1

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                    CLERK OF COURT

Date: _____       _____
                     Signature of Clerk or Deputy Clerk