UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

LISA LEE-BOLTON and RICHARD BOLTON,   )
on behalf of themselves and all others similarly situated,   )
and ROY GEIERSBACH on behalf of himself,   )
)
    Plaintiffs,   )
v.   )  Case No.: 1:10-cv-00253-SPM -GRJ
)
KOPPERS INC., et al.   )
)
    Defendants.   )

## SUMMONS IN A CIVIL ACTION

To:    Heidelberg Cement AG
    Berliner Strasse 6
    69120 Heidelberg, Germany
    +49-(0)6221-481-0

A lawsuit has been filed against you.

Within 21 calendar days after service of this summons on you (not counting the day you received it) — or 60 calendar days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Paul S. Rothstein
    626 N.E. 1st Street
    Gainesville, Florida 32601, U.S.A.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

    JESSICA J LYUBLANOVITS,
    CLERK OF COURT

Date: 12/5/2011    s/ KELLI MALU, Deputy Clerk
    Signature of Clerk or Deputy Clerk

