IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON, *et al.*,

      Plaintiffs,                                      CASE NO.: 1:10-CV-253-SPM -GRJ

v.

KOPPERS INC., *et al.*

      Defendants.
_____/

## ORDER

This cause comes before the Court on the Joint Motion for Stay (doc. 129). All parties were present through counsel. Upon due consideration, and being otherwise advised of the premises during the telephonic status conference conducted before the Court on March 22, 2012, it is

**ORDERED AND ADJUDGED:**

1.     The above-styled action is stayed for 120 days.

2.     Defendants Koppers Inc., Beazer East, Inc., and McClellan Logging, Inc. shall have until 20 days after this stay is lifted to answer Plaintiffs' Substituted First Amended Class Action Complaint (doc. 126).

3.     Plaintiffs shall have until 90 days after this stay is lifted to serve the following Defendants: HEIDELBERG CEMENT, AG; BEAZER LIMITED; HANSON PLC; A.L. BAXLEY AND SONS, INC.; CALLAHAN TIMBER COMPANY, INC.; CREMER WOOD, INC.;

        CREMER WOOD PROCUREMENT, INC.; GEORGIA-PACIFIC LLC; GEORGIA-PACIFIC TREATED LUMBER LLC; GEORGIA-PACIFIC WOOD PRODUCTS LLC; GREAT SOUTH TIMBER & LUMBER, INC.; GREENVILLE TIMBER CORPORATION; HARDEE TIMBER, INC.; J. FAIRCLOTH INC.; JOHN L. SHADD TRUCKING, INC.; JOHNS & CONNOR, INC.; LEWIS TIMBER CO., INC.; M & L TIMBER, INC.; MILLS WOOD PRODUCTS, INC.; PLUM CREEK TIMBER I, L.L.C.; PLUM CREEK TIMBER OPERATIONS I, L.L.C.; PLUM CREEK TIMBERLANDS, L.P.; RYDER SYSTEM, INC.; SOUTHERN TIMBERCO, INC.; SUWANNEE LUMBER CO.; TIMBER HARVESTERS, LLC; and WILLISTON TIMBER COMPANY, INC.

4. The Court will defer ruling on Koppers Holdings, Inc.'s Motion to Dismiss (doc. 10) until after this stay is lifted.

5. The Initial Scheduling Order (doc. 7) is hereby vacated.  The Parties will submit a proposed new scheduling order to the Court within 60 days after the stay is lifted.

6. The Court will schedule and conduct a status conference (a) 60 days after the entry of this stay, and (b) 120 days after the entry of this stay.

DONE AND ORDERED this 27th day of March, 2012.

                                      *S/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Senior United States District Judge