AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern _____ **District of** _____ Florida

| | |
|---|---|
| LISA LEE-BOLTON, et. al. | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| KOPPERS, INC. et. al. | CASE NUMBER: 1:10-CV-253-SPM-GRJ |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __McCLELLAN LOGGING, INC.__ substitutes
(Party (s) Name)

__Ronald Reed, Esq., Childs Reed, P.A.__, State Bar No. __376981__ as counsel of record in
(Name of New Attorney)

place of __Randy Fischer, Esq., Boehm, Brown, Fischer, Harwood, Kelly & Scheihing, P.A.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Childs Reed, P.A.
Address:       1551 Atlantic Blvd., Jacksonville, FL 32207-3359
Telephone:     (904) 396-3007          Facsimile  (904) 396-3047
E-Mail (Optional):  rreed@childsreed.com

I consent to the above substitution.
Date: 4/10/12

*McClellan Logging, Inc.*
*by: Margie McClellan*
(Signature of Party (s))

I consent to being substituted.
Date: 04/11/2012

*[signature]*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/30/12

*[signature]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____     _____
                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]