UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON, *et al.*, on behalf of themselves and all others similarly situated, and RICHARD BOLTON and ROY GEIERSBACH on behalf of themselves,<br><br>Plaintiffs,<br><br>v.<br><br>KOPPERS INC. f/k/a KOPPERS INDUSTRIES, INC., a Pennsylvania corporation, *et al.*,<br><br>Defendants. | Case No.: 1:10-cv-00253-SPM-GRJ |

## PLAINTIFFS' SUMMARY OF ATTORNEY TIME RECORDS

### JULY 2012

Pursuant to N.D. Fla. Loc. R. 54.1, Plaintiffs file their summary of time records for JULY 2012 as follows:

TOTAL ATTORNEY HOURS JULY 2012:          7.09

TOTAL NON-ATTORNEY HOURS JULY 2012:  109.81

1

Undersigned counsel will file separstely under seal in CM/ECF its complete and accurate record of time for each attorney and non-attorney and each specific activity.

Respectfully submitted this 15th day of August, 2012.

/s/ W. Stuart Calwell, Jr.
W. Stuart Calwell, Jr.
THE CALWELL PRACTICE, PLLC
Law & Arts Center West
500 Randolph Street
Charleston, WV 25302
Tel: (Toll Free): (800) 876-5529
Tel: (Local): (304) 343-4323
Fax: (304) 344-3684
Email: scalwell@calwelllaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 15th day of August, 2012, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

By:  /s/ W. Stuart Calwell, Jr.
W. Stuart Calwell, Jr.