**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| LISA LEE-BOLTON, *et al.*, on behalf of themselves and all others similarly situated, and RICHARD BOLTON and ROY GEIERSBACH on behalf of themselves, | ) ) ) ) |
| Plaintiffs, | ) Case No.: 1:10-cv-00253-SPM -GRJ ) |
| v. | ) ) |
| KOPPERS INC. f/k/a KOPPERS INDUSTRIES, INC., a Pennsylvania corporation, *et al.* Defendants. | ) ) ) ) |

---

**PLAINTIFFS' SUMMARY OF ATTORNEY TIME RECORDS**

**AUGUST 2012**

---

Pursuant to N.D. Fla. Loc. R. 54.1, Plaintiffs file their summary of time records for

August 2012 as follows:

TOTAL ATTORNEY HOURS AUGUST 2012: 69.2 Hours

TOTAL NON-ATTORNEY HOURS AUGUST 2012: 7.7 Hours

1

Undersigned counsel will file separately under seal in CM/ECF its complete and accurate record of time for each attorney and non-attorney and each specific activity.

Respectfully submitted this 15th day of September, 2012.

    /s/ Paul S. Rothstein
Paul S. Rothstein
Attorney for Plaintiffs
Florida Bar No.: 310123
626 N. E. First Street
Gainesville, Florida 32601
Phone: (352) 376-7650
Fax: (352) 374-7133
psr@rothsteinforjustice.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 15th day of September, 2012, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

By:   /s/ Paul S. Rothstein

Paul S. Rothstein

2