UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON, et al., on behalf of themselves and all others similarly situated, and RICHARD BOLTON and ROY GEIERSBACH on behalf of themselves,<br><br>Plaintiffs,<br><br>v.<br><br>KOPPERS INC. f/k/a KOPPERS INSDUSTRIES, INC., a Pennsylvania corporation, et al.<br><br>Defendants. | Case No.: 1:10-cv-00253-SPM-GRJ |

## PLAINTIFFS' NOTICE OF FILING ATTORNEY TIME RECORDS UNDER SEAL

### FOR AUGUST 2012

Pursuant to N.D. Fla. Loc. R. 54.1, Plaintiffs hereby file their accurate record of time, recorded contemporaneously with the time expended for each attorney and non-attorney and each specific activity, for all time in the month of August 2012, attached hereto as Exhibit "A".

Respectfully submitted this 14th day of September, 2012

/s/ Peter J. Cambs, Sr.
Peter J. Cambs, Sr.
Parker Waichman LLP
Attorney for Plaintiffs
3301 Bonita Beach Road
Bonita Springs, Florida 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
pcambs@yourlawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 14th day of September, 2012, by using CM/ECF system which will send notice of electronic filing to all parties of record.

By: /s/ Peter J. Cambs, Sr.
Peter J. Cambs, Sr.