# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON, *et al.,* on behalf of themselves and all others similarly situated, and RICHARD BOLTON and ROY GEIERSBACH on behalf of themselves,<br><br>      Plaintiffs,<br><br>v.<br><br>KOPPERS INC. f/k/a KOPPERS INDUSTRIES, INC., a Pennsylvania corporation, *et al.,*<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Case No.: 1:10-cv-00253-SPM-GRJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' SUMMARY OF ATTORNEY TIME RECORDS

### SEPTEMBER 2012

Pursuant to N.D. Fla. Loc. R. 54.1, Plaintiffs file their summary of time records for SEPTEMBER 2012 as follows:

TOTAL ATTORNEY HOURS SEPTEMBER 2012:     76.03

TOTAL NON-ATTORNEY HOURS SEPTEMBER 2012:     179.47

Undersigned counsel will file separately under seal in CM/ECF its complete and accurate record of time for each attorney and non-attorney and each specific activity.


Respectfully submitted this 15th day of October, 2012.

> _/s/ W. Stuart Calwell, Jr._
> W. Stuart Calwell, Jr.
> THE CALWELL PRACTICE, PLLC
> Law & Arts Center West
> 500 Randolph Street
> Charleston, WV 25302
> Tel: (Toll Free): (800) 876-5529
> Tel: (Local): (304) 343-4323
> Fax: (304) 344-3684
> Email: scalwell@calwelllaw.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 15th day of October, 2012, by using the CM/ECF system which will send notice of electronic filing to all parties of record.


> By:   _/s/ W. Stuart Calwell, Jr._
> W. Stuart Calwell, Jr.