UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON, et al., on behalf of themselves and all others similarly situated, and RICHARD BOLTON and ROY GEIERSBACH on behalf of themselves,<br><br>     Plaintiffs,<br><br>v.<br><br>KOPPERS INC. f/k/a KOPPERS INSDUSTRIES, INC., a Pennsylvania corporation, et al.<br><br>     Defendants. | Case No.: 1:10-cv-00253-SPM-GRJ |

**PLAINTIFFS' SUMMARY OF ATTORNEY TIME RECORDS**

**SEPTEMBER 2012**

Pursuant to N.D. Fla. Loc. R. 54.1, Plaintiffs file their summary of time records for August 2012 as follows:

TOTAL ATTORNEY HOURS SEPTEMBER 2012:        32.35 Hours

TOTAL NON-ATTORNEY HOURS SEPTEMBER 2012:     9.00 Hours

Undersigned counsel will file separately under seal in CM/ECF its complete and accurate records of time for each attorney and non-attorney and each specific activity.

Respectfully submitted this 15th day of October, 2012.

/s/ William J. Dubanevich
William J. Dubanevich
Parker Waichman, LLP
Attorney for Plaintiffs
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 466-6500
Fax: (516) 723-4733
wdubanevich@yourlawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 15th day of October, 2012, by using CM/ECF system which will send notice of electronic filing to all parties of record.

By: /s/ William J. Dubanevich
William J. Dubanevich

# EXHIBIT "A"

# Attorney Time

| Attorney Time ||
|---|---|
| September 2012 ||
| Time Keeper | Hours |
| William J. Dubanevich | 21.25 |
| Peter J. Cambs | 11.1 |

**PARKER WAICHMAN LLP**
6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500
Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ

| Bill Date | Description of task | Staff | Total Hours | Rate | Total Billed |
|---|---|---|---|---|---|
| 9/4/2012 | Weekly conference call with Plaintiffs' co-counsel. | WJD | 0.75 | 650.00 | $ 487.50 |
| 9/11/2012 | Weekly conference call with Plaintiffs' co-counsel. | WJD | 1 | 650.00 | $ 650.00 |
| 9/17/2012 | Call with Calwell RE: plotting dust samples | WJD | 0.75 | 650.00 | $ 487.50 |
| 9/18/2012 | Weekly conference call with Plaintiffs' co-counsel. | WJD | 1 | 650.00 | $ 650.00 |
| 9/19/2012 | Work on Settlement presentation. | WJD | 2.5 | 650.00 | $ 1,625.00 |
| 9/19/2012 | Document review of EPA respositiry documents | WJD | 1.25 | 650.00 | $ 812.50 |
| 9/19/2012 | Telephone conference with co-counsel | WJD | 1.25 | 650.00 | $ 812.50 |
| 9/20/2012 | Preparation of subpoenas FL DEP | WJD | 4.5 | 650.00 | $ 2,925.00 |
| 9/20/2012 | Settlement telephone conference call. | WJD | 0.5 | 650.00 | $ 325.00 |
| 9/20/2012 | Telephone debriefing with co-counsel | WJD | 0.5 | 650.00 | $ 325.00 |
| 9/20/2012 | Call to co-counsel to discuss subpoenas | WJD | 0.5 | 650.00 | $ 325.00 |
| 9/20/2012 | Document review of EPA respositiry documents. | WJD | 1.5 | 650.00 | $ 975.00 |
| 9/20/2012 | Internet research, Florida air law | WJD | 0.5 | 650.00 | $ 325.00 |
| 9/20/2012 | Internet research re: history of Koppers and Cabot | WJD | 0.25 | 650.00 | $ 162.50 |
| 9/20/2012 | Editing subpoenas | WJD | 0.5 | 650.00 | $ 325.00 |
| 9/23/2012 | Conference call with Plaintiffs' co-counsel | WJD | 0.5 | 650.00 | $ 325.00 |
| 9/23/2012 | Reivew of emails from Plaintiffs' co-counsel | WJD | 0.5 | 650.00 | $ 325.00 |
| 9/23/2012 | Editing of stipulation to extend stay | WJD | 0.25 | 650.00 | $ 162.50 |
| 9/25/2012 | Weekly conference call with Plaintiffs' co-counsel | WJD | 1 | 650.00 | $ 650.00 |
| 9/25/2012 | Review of Defendant's correspondence | WJD | 0.25 | 650.00 | $ 162.50 |
| 9/25/2012 | Review of expert information | WJD | 0.5 | 650.00 | $ 325.00 |
| 9/25/2012 | Review of Defendant's correspondence | WJD | 0.75 | 650.00 | $ 487.50 |
| 9/27/2012 | Review of Defendant's correspondence | WJD | 0.25 | 650.00 | $ 162.50 |
| | | | **21.25** | | |

**PARKER WAICHMAN LLP**
6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500
Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ

| Bill Date | Description of task | Staff | Total Hours | Rate | Total Billed |
|---|---|---|---|---|---|
| 9/18/2012 | Weekly conference call with co-counsel | PJC | 0.5 | 650.00 | $ 325.00 |
| 9/18/2012 | Reviewing and analyzing TCDD offsite data | PJC | 0.6 | 650.00 | $ 390.00 |
| 9/18/2012 | Reviewing and analyzing FL air permit | PJC | 0.4 | 650.00 | $ 260.00 |
| 9/20/2012 | Reviewing and analyzing FLDEP Permit | PJC | 0.7 | 650.00 | $ 455.00 |
| 9/20/2012 | Reviewing and analyzing settlement memo | PJC | 1.6 | 650.00 | $ 1,040.00 |
| 9/20/2012 | Reviewing and analyzing site report | PJC | 5.7 | 650.00 | $ 3,705.00 |
| 9/21/2012 | Reviewing and analyzing FLDEP materials | PJC | 0.3 | 650.00 | $ 195.00 |
| 9/24/2012 | Telephone conference with co-counsel | PJC | 0.6 | 650.00 | $ 390.00 |
| 9/25/2012 | Telephone conference with co-counsel | PJC | 0.7 | 650.00 | $ 455.00 |
| | | | **11.1** | | |

# Non-Attorney Time

| Attorney Time ||
|---|---|
| September 2012 ||
| Time Keeper | Hours |
| Sarah Alexander | 9 |

PARKER WAICHMAN LLP
6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500
Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ

| Bill Date | Description of task | Staff | Total Hours | Rate | Total Billed |
|---|---|---|---|---|---|
| 9/4/2012 | Weekly conference call with co-counsel | SRA | 0.75 | 250.00 | $ 187.50 |
| 9/11/2012 | Weekly conference call with co-counsel | SRA | 1 | 250.00 | $ 250.00 |
| 9/17/2012 | Call to Calwell RE: plotting dust samples | SRA | 0.75 | 250.00 | $ 187.50 |
| 9/18/2012 | Weekly conference call with co-counsel | SRA | 1 | 250.00 | $ 250.00 |
| 9/19/2012 | Settlement presentation | SRA | 2.5 | 250.00 | $ 625.00 |
| 9/20/2012 | Settlement telephone conference | SRA | 0.5 | 250.00 | $ 125.00 |
| 9/20/2012 | Telephone debriefing with co-counsel | SRA | 0.5 | 250.00 | $ 125.00 |
| 9/20/2012 | Call to co-counsel to discuss subpoenas | SRA | 0.5 | 250.00 | $ 125.00 |
| 9/23/2012 | Conference call with co-counsel | SRA | 0.5 | 250.00 | $ 125.00 |
| 9/25/2012 | Weekly conference call with co-counsel | SRA | 1 | 250.00 | $ 250.00 |
| | | | 9 | | |