# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON, et al., on behalf of themselves and all others similarly situated, and RICHARD BOLTON and ROY GEIERSBACH on behalf of themselves,<br><br>    Plaintiffs,<br><br>v.<br><br>KOPPERS INC. f/k/a KOPPERS INSDUSTRIES, INC., a Pennsylvania corporation, et al.<br><br>    Defendants. | Case No.: 1:10-cv-00253-SPM-GRJ |

## PLAINTIFFS' NOTICE OF FILING ATTORNEY TIME RECORDS UNDER SEAL

## FOR OCTOBER 2012

Pursuant to N.D. Fla. Loc. R. 54.1, Plaintiffs hereby file their accurate record of time, recorded contemporaneously with the time expended for each attorney and non-attorney and each specific activity, for all time in the month of October 2012, attached hereto as Exhibit "A".

Respectfully submitted this 15th day of November, 2012

/s/ William J. Dubanevich
William J. Dubanevich
Parker Waichman, LLP
Attorney for Plaintiffs
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 466-6500
Fax: (516) 723-4733
wdubanevich@yourlawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 15th day of November, 2012, by using CM/ECF system which will send notice of electronic filing to all parties of record.

By: /s/ William J. Dubanevich
William J. Dubanevich