UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON, et al., on behalf of themselves and all others similarly situated, and RICHARD BOLTON and ROY GEIERSBACH on behalf of themselves,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KOPPERS INC. f/k/a KOPPERS INSDUSTRIES, INC., a Pennsylvania corporation, et al.<br><br>　　　　Defendants. | Case No.: 1:10-cv-00253-SPM-GRJ |

## PLAINTIFFS' SUMMARY OF ATTORNEY TIME RECORDS

## OCTOBER 2012

　　　　Pursuant to N.D. Fla. Loc. R. 54.1, Plaintiffs file their summary of time records for October 2012 as follows:

TOTAL ATTORNEY HOURS SEPTEMBER 2012:　　　　16.50 Hours

TOTAL NON-ATTORNEY HOURS SEPTEMBER 2012:　　　4.90 Hours

　　　　Undersigned counsel will file separately under seal in CM/ECF its complete and accurate records of time for each attorney and non-attorney and each specific activity.

Respectfully submitted this 15th day of November, 2012.

/s/ William J. Dubanevich
William J. Dubanevich
Parker Waichman, LLP
Attorney for Plaintiffs
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 466-6500
Fax: (516) 723-4733
wdubanevich@yourlawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 15th day of October, 2012, by using CM/ECF system which will send notice of electronic filing to all parties of record.

By: /s/ William J. Dubanevich
William J. Dubanevich

# EXHIBIT "A"

# Attorney Time

| Attorney Time ||
|---|---|
| October 2012 ||
| Time Keeper | Hours |
| William J. Dubanevich | 11 |
| Peter J. Cambs | 5.5 |

## PARKER WAICHMAN LLP
6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500
Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ

| Bill Date | Description of task | Staff | Total Hours | Rate | Total Billed |
|---|---|---|---|---|---|
| 10/2/2012 | Telephone conference call with atty Calwell, P. Rothstein to disucss extending Stay by 75 days and collection and interpretatoin of scientific studies (10:25-11:30). | WJD | 1.1 | 650.00 | $ 651.10 |
| 10/3/2012 | Reviewed EPA Repository and Cabot Documents | WJD | 2 | 650.00 | $ 1,300.00 |
| 10/11/2012 | Telephone conference call with atty Calwell, P. Rothstein to disucss extending Stay by 75 days and collection and interpretation of scientific studies ( at 4:40) re: Discussion with K. Gress, PHD re: details and issues related to Environmental Remediation. | WJD | 0.6 | 650.00 | $ 650.60 |
| 10/15/2012 | Reviewed EPA sampling protocols and scientific literature re illness related to exposure to PCBs, Furans and other COCs. | WJD | 1.2 | 650.00 | $ 780.00 |
| 10/16/2012 | Discussed sampling issues, dust committee work, FOIA request and expert work | WJD | 1.2 | 650.00 | $ 651.20 |
| 10/17/2012 | Reviewed EPA Repository Documents | WJD | 2 | 650.00 | $ 652.00 |
| 10/18/2012 | Reviewed EPA Repository Documents | WJD | 1.5 | 650.00 | $ 975.00 |
| 10/20/2012 | Reviewed remdiation technologies and costs related to COCs. | WJD | 1.4 | 650.00 | $ 910.00 |
| | | | 11 | | $ 6,569.90 |

**PARKER WAICHMAN LLP**
6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500
Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ

| Bill Date | Description of task / Description | Staff | Total Hours | Rate | Total Billed |
|---|---|---|---|---|---|
| 10/15/2012 | exhibits from P. Anderson re: Regression Analysis of the Caldwell data. | PJC | 0.4 | 650.00 | $ 260.00 |
| 10/15/2012 | Review and analyze email from P. Rothstein to Randy Merchant which included email and exhibits re: Additional regressions of soil concentration. | PJC | 0.3 | 650.00 | $ 195.00 |
| 10/22/2012 | Corporate accounting standard and financial 2003 (10 pages). | PJC | 0.4 | 650.00 | $ 260.00 |
| 10/23/2012 | Rothstein to disucss extending Stay by 75 days and collection and interpretatoin of scientific studies (10:25-11:30). | PJC | 1.1 | 650.00 | $ 715.00 |
| 10/23/2012 | Telephone conference call with atty Calwell, P. Rothstein to disucss extending Stay by 75 days and collection and interpretation of scientific studies ( at 4:40) re: Discussion with K. Gress, PHD re: details and issues related to Environmental Remediation. | PJC | 0.6 | 650.00 | $ 390.00 |
| 10/23/2012 | current matter. Stuart Calwells' office (John) and P. Rothstein and S. Callwell and participate together in WEBEX I Connection, document management system. | PJC | 1.1 | 650.00 | $ 715.00 |
| 10/24/2012 | Review and analyze iBeazer Document dated 1/11/2011 (11 pages) re: "Initial Notice of Contaminatoin beyond property boundries. | PJC | 0.4 | 650.00 | $ 260.00 |
| 10/24/2012 | Review and analyze Joint Motion to Extend Stay by 7: | PJC | 0.1 | 650.00 | $ 65.00 |
| 10/26/2012 | samples for Materials Storage Yard North of the site taken October 2012. | PJC | 0.5 | 650.00 | $ 325.00 |
| 10/26/2012 | Review and analyze string of e-mails from Miller, with attachment from S. Peterson dated 2/14/2008,3/22/2010 and 6/23/2008 respectively. | PJC | 0.6 | 650.00 | $ 390.00 |
| | | PJC | 0.7 | 650.00 | $ 455.00 |
| | | | **5.5** | | **$ 3,575.00** |

# Non-Attorney Time

| Non-Attorney Time | |
|---|---|
| October 2012 | |
| Time Keeper | Hours |
| Sarah Alexander | 4.9 |

PARKER WAICHMAN LLP
6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500
Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ

| Bill Date | Description of task | Staff | Total Hours | Rate | Total Billed |
|---|---|---|---|---|---|
| 10/2/2012 | Conference call with Plaintiffs' co-counsel | SRA | 1.5 | 250.00 | $ 375.00 |
| 10/11/2012 | Weekly conference call with co-counsel | SRA | 1 | 250.00 | $ 250.00 |
| 10/11/2012 | Registration and instruction, file sharing software | SRA | 1 | 250.00 | $ 250.00 |
| 10/15/2012 | Preparation and filing of contemporaneous time record for September, 2012 | SRA | 1.1 | 250.00 | $ 275.00 |
| 10/16/2012 | Weekly conference call with co-counsel | SRA | 0.3 | 250.00 | $ 75.00 |
| | | | **4.9** | | **$ 1,225.00** |