UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON, et al., on behalf of themselves and all others similarly situated, and RICHARD BOLTON and ROY GEIERSBACH on behalf of themselves,<br><br>Plaintiffs,<br><br>v.<br><br>KOPPERS INC. f/k/a KOPPERS INSDUSTRIES, INC., a Pennsylvania corporation, et al.<br><br>Defendants. | Case No.: 1:10-cv-00253-SPM-GRJ |

**PLAINTIFFS' SUMMARY OF ATTORNEY TIME RECORDS**

**NOVEMBER 2012**

Pursuant to N.D. Fla. Loc. R. 54.1, Plaintiffs file their summary of time records for November 2012 as follows:

TOTAL ATTORNEY HOURS NOVEMBER 2012:        46.25 Hours

TOTAL NON-ATTORNEY HOURS NOVEMBER 2012:        14.91 Hours

Undersigned counsel will file separately under seal in CM/ECF its complete and accurate records of time for each attorney and non-attorney and each specific activity.

Respectfully submitted this 13th day of December, 2012.

                                                /s/ William J. Dubanevich
William J. Dubanevich
Parker Waichman, LLP
Attorney for Plaintiffs
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 466-6500
Fax: (516) 723-4733
wdubanevich@yourlawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 13th day of December, 2012, by using CM/ECF system which will send notice of electronic filing to all parties of record.

By: /s/ William J. Dubanevich
William J. Dubanevich

# EXHIBIT "A"

# Attorney Time

| Attorney Time ||
|---|---|
| November 2012 ||
| Time Keeper | Hours |
| William J. Dubanevich | 23.65 |
| Peter J. Cambs | 22.6 |

| | PARKER WAICHMAN LLP | | | | |
|---|---|---|---|---|---|
| | 6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500 | | | | |
| | Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ | | | | |
| Date | Description of task | Staff | Hours | Rate | Billed |
| 11/1/2012 | Review of emails with co-counsel | WJD | 0.01 | 650.00 | $ 6.50 |
| 11/6/2012 | Review of emails with co-counsel | WJD | 0.01 | 650.00 | 6.50 |
| 11/6/2012 | Weekly conference call with Plaintiffs' co-counsel, RE: Extension on Health Study Comment | WJD | 0.4 | 650.00 | $ 260.00 |
| 11/13/2012 | Brief call with Rothstein firm during the regularly scheduled time, Stuart Calwell unable to participate, set agenda for call on 11/14/2012 | WJD | 0.4 | 650.00 | $ 260.00 |
| 11/14/2012 | Weekly conference call with co-counsel, discussion of damages and monetizing settlement items | WJD | 1 | 650.00 | $ 650.00 |
| 11/14/2012 | Review of emails with co-counsel | WJD | 0.01 | 650.00 | $ 6.50 |
| 11/15/2012 | Factual research on PCB's | WJD | 0.75 | 650.00 | $ 487.50 |
| 11/15/2012 | Review of emails with co-counsel | WJD | 0.01 | 650.00 | $ 6.50 |
| 11/19/2012 | Review of emails with co-counsel | WJD | 0.01 | 650.00 | $ 6.50 |
| 11/19/2012 | Review of information from EPA RE: FOIA request | WJD | 1.75 | 650.00 | $ 1,137.50 |
| 11/20/2012 | Telephone conference with all co-counsel | WJD | 1 | 650.00 | $ 650.00 |
| 11/20/2012 | Review of emails with co-counsel; review of remediation documents and research for same | WJD | 1.75 | 650.00 | $ 1,137.50 |
| 11/20/2012 | Review of SOL memorandum drafted by staff member; legal research for same | WJD | 0.5 | 650.00 | $ 325.00 |
| 11/21/2012 | Review of emails with co-counsel | WJD | 0.01 | 650.00 | $ 6.50 |
| 11/25/2012 | Document review of medical journal article on toxicity symptoms | WJD | 0.75 | 650.00 | $ 487.50 |
| 11/25/2012 | Review of repository documents | WJD | 2.25 | 650.00 | $ 1,462.50 |
| 11/25/2012 | Editing and research of settlement proposal | WJD | 2 | 650.00 | $ 1,300.00 |
| 11/26/2012 | Document review of medical journal article on toxicity symptoms, test results for dust sampling | WJD | 1 | 650.00 | $ 650.00 |
| 11/27/2012 | Weekly conference call with co-counsel, discussion of monetizing settlement offer, Calwell meeting with defense counsel on 11/26/2012 | WJD | 1 | 650.00 | $ 650.00 |
| 11/28/2012 | Review of Cabot documents | WJD | 2 | 650.00 | $ 1,300.00 |
| 11/28/2012 | Reading and analyzing co-counsel's report on the FL DOH and ATSDR Health Consultation Study | WJD | 1.75 | 650.00 | $ 1,137.50 |
| 11/29/2012 | Reading and analyzing co-counsel's report on the FL DOH and ATSDR Health Consultation Study | WJD | 1.5 | 650.00 | $ 975.00 |
| 11/29/2012 | Review of emails with co-counsel | WJD | 0.01 | 650.00 | $ 6.50 |
| 11/30/2012 | Conference call with Stuart Calwell | WJD | 1 | 650.00 | $ 650.00 |
| 11/30/2012 | Legal research on the issue of expanding class size | WJD | 0.1 | 650.00 | $ 65.00 |
| 11/30/2012 | Review of Cancer Study document; proofing of settlement proposal | WJD | 0.75 | 650.00 | $ 487.50 |
| 11/30/2012 | Conference call with co-counsel and Chris Curry of Gainesville Star | WJD | 1.33 | 650.00 | $ 864.50 |
| 11/30/2012 | Conference call with Peter Cambs and Paul Rothstein, RE: amendment to enlarge class and SOL issues | WJD | 0.6 | 650.00 | $ 390.00 |
| | | | 23.65 | | $ 15,359.50 |

**PARKER WAICHMAN LLP**
6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500
Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ

| Bill Date | Description of Task | Staff | Total Hours | Rate | Total Billed |
|---|---|---|---|---|---|
| 11/1/2012 | Review email from from Calwell re: Discussions with George Flowers & Dr. Sawyer | PJC | 0.1 | 650.00 | $ 65.00 |
| 11/1/2012 | Review email from K. Alexander re: Extension of comment period by DOH | pjc | 0.1 | 650.00 | $ 65.00 |
| 11/6/2012 | Tel. Conf call w/ all co-counsel re: Extension on Health study Comment | pjc | 0.4 | 650.00 | $ 260.00 |
| 11/14/2012 | Review MOL and reasearch regarding: Medical Montioring and SOL issues | pjc | 1.1 | 650.00 | $ 715.00 |
| 11/20/2012 | Telephone Conf. call with all co-counsel | pjc | 1 | 650.00 | $ 650.00 |
| 11/20/2012 | Review Zip file with Robert Carr's expert report | PJC | 3.7 | 650.00 | $ 2,405.00 |
| 11/21/2012 | Review Superfund Plan fact sheet 5/12 (14 pgs) | PJC | 0.2 | 650.00 | $ 130.00 |
| 11/21/2012 | Review EPA Resposne to Plaintiffs FOIA request | PJC | 0.1 | 650.00 | $ 65.00 |
| 11/23/2012 | Review 2009 Waste Sent report | pjc | 0.1 | 650.00 | $ 65.00 |
| 11/26/2012 | Review 2001 Waste Sent report (11 pages) | pjc | 0.4 | 650.00 | $ 260.00 |
| 11/26/2012 | Review 1982 Waste Sent report (8 pages) | pjc | 0.3 | 650.00 | $ 195.00 |
| 11/26/2012 | Review Close Down Procedure report 6/25/10 (33 pages) | PJC | 0.8 | 650.00 | $ 520.00 |
| 11/26/2012 | Review Final Soil Rpts of 11/16/12 (116 pgs) | PJC | 4.4 | 650.00 | $ 2,860.00 |
| 11/26/2012 | Review Field Inv. Historical Linear Features 6/21/11 Rpt. (62 pgs) | pjc | 2.9 | 650.00 | $ 1,885.00 |
| 11/26/2012 | Review case law re: SOL on nuisance clams under Florida law | pjc | 1.1 | 650.00 | $ 715.00 |
| 11/27/2012 | Tele. conf. with all co-counsel re: Dr. Flowers' analysis of data & settlement etc | pjc | 0.7 | 650.00 | $ 455.00 |
| 11/27/2012 | Review "Health Consultation" Public Comment version ( 45 pages) | pjc | 1.3 | 650.00 | $ 845.00 |
| 11/27/2012 | Review 6/2011 SF neighborhood Cancer Review | pjc | 0.6 | 650.00 | $ 390.00 |
| 11/29/2012 | Review Dr. Sawyers Appendix to Reply Comments (82 pages) | pjc | 3.3 | 650.00 | $ 2,145.00 |
| 11/30/2012 | Review email, with letter 2/28/11 Cancer study | pjc | 0.1 | 650.00 | $ 65.00 |
| 11/30/2012 | Tel. Conf. with co-counsel re: Working with local Political group & EPA report | pjc | 0.8 | 650.00 | $ 520.00 |
| 11/30/2012 | Tel. Conf. with Bill Dubanevich re: amendement to enlarge class and SOL isssues | pjc | 0.6 | 650.00 | $ 390.00 |
| | | | **22.6** | | **$ 15,665.00** |

# Non-Attorney Time

| Non-Attorney Time | |
|---|---|
| November 2012 | |
| Time Keeper | Hours |
| Sarah Alexander | 14.91 |

**PARKER WAICHMAN LLP**
6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500
Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ

| Bill Date | Description of task | Staff | Total Hours | Rate | Total Billed |
|---|---|---|---|---|---|
| 11/6/2012 | Weekly conference call with co-counsel re: Extension of Health Study Comment | SRA | 1 | 250.00 | $ 250.00 |
| 11/13/2012 | Brief call with Rothstein firm during the regularly scheduled time, Stuart Calwell unable to participate, set agenda for call on 11/14/2012 | SRA | 0.4 | 250.00 | $ 100.00 |
| 11/14/2012 | Weekly conference call with co-counsel, discussion of damages and monetizing settlement items | SRA | 1 | 250.00 | $ 250.00 |
| 11/15/2012 | Preparation and filing of contemporaneous time record for October 2012 | SRA | 2.5 | 250.00 | $ 625.00 |
| 11/20/2012 | Telephone conference with all co-counsel | SRA | 1 | 250.00 | $ 250.00 |
| 11/27/2012 | Weekly conference call with co-counsel, discussion of monetizing settlement offer, Calwell meeting with defense counsel on 11/26/2012 | SRA | 1 | 250.00 | $ 250.00 |
| 11/27/2012 | Calendar updates for project staff | SRA | 0.75 | 250.00 | $ 187.50 |
| 11/29/2012 | Factual research for settlement proposal updates, legal research on expanding class size, amending class action complaint, and SOL issues | SRA | 3.33 | 250.00 | $ 832.50 |
| 11/30/2012 | Reading and analyzing co-counsel's report on the FL DOH and ATSDR Health Consultation Study | SRA | 1 | 250.00 | $ 250.00 |
| 11/30/2012 | Conference call with Stuart Calwell | SRA | 1 | 250.00 | $ 250.00 |
| 11/30/2012 | Conference call with co-counsel and Chris Curry of Gainesville Star | SRA | 1.33 | 250.00 | $ 332.50 |
| 11/30/2012 | Conference call with Peter Cambs and Paul Rothstein RE: amendment to enlarge class and SOL issues | SRA | 0.6 | 250.00 | $ 150.00 |
| | | | **14.91** | | **$ 3,727.50** |