UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON, et al., on behalf of themselves and all others similarly situated, and RICHARD BOLTON and ROY GEIERSBACH on behalf of themselves,<br><br>    Plaintiffs,<br><br>v.<br><br>KOPPERS INC. f/k/a KOPPERS INSDUSTRIES, INC., a Pennsylvania corporation, et al.<br><br>    Defendants. | Case No.: 1:10-cv-00253-SPM-GRJ |

**PLAINTIFFS' SUMMARY OF ATTORNEY TIME RECORDS**

**DECEMBER 2012**

Pursuant to N.D. Fla. Loc. R. 54.1, Plaintiffs file their summary of time records for December 2012 as follows:

TOTAL ATTORNEY HOURS DECEMBER 2012:         101.4 Hours

TOTAL NON-ATTORNEY HOURS DECEMBER 2012:         26.23 Hours

Undersigned counsel will file separately under seal in CM/ECF its complete and accurate records of time for each attorney and non-attorney and each specific activity.

Respectfully submitted this 15th day of January, 2013.

                                        <u>/s/ William J. Dubanevich</u>
                                        William J. Dubanevich
                                        Parker Waichman, LLP
                                        Attorney for Plaintiffs
                                        6 Harbor Park Drive
                                        Port Washington, NY 11050
                                        Phone: (516) 466-6500
                                        Fax: (516) 723-4733
                                        wdubanevich@yourlawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 13th day of December, 2012, by using CM/ECF system which will send notice of electronic filing to all parties of record.

By: /s/ William J. Dubanevich
William J. Dubanevich

# EXHIBIT "A"

# Attorney Time

| Attorney Time ||
|---|---|
| December 2012 ||
| Time Keeper | Hours |
| William J. Dubanevich | 79.5 |
| Peter J. Cambs | 21.9 |

**PARKER WAICHMAN LLP**
6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500
Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ

| Date | Description of task | Staff | Hrs | Rate | Billed |
|---|---|---|---|---|---|
| 12/1/2012 | Telephone conference with all co-counsel and Expert William Zegel | WJD | 1 | 650.00 | $ 650.00 |
| 12/3/2012 | Review of documents related to Koppers Site History | WJD | 1.75 | 650.00 | $ 1,137.50 |
| 12/3/2012 | Review of EPA letters to residents | WJD | 0.25 | 650.00 | $ 162.50 |
| 12/4/2012 | Review of Plainitfs' expert work | WJD | 1.25 | 650.00 | $ 812.50 |
| 12/4/2012 | Review of EPA letters to residents | WJD | 0.25 | 650.00 | $ 162.50 |
| 12/4/2012 | Review of Edits to settlement letter | WJD | 0.25 | 650.00 | $ 162.50 |
| 12/4/2012 | Review of Edits to settlement letter | WJD | 0.5 | 650.00 | $ 325.00 |
| 12/6/2012 | Review of EPA letters to residents | WJD | 0.25 | 650.00 | $ 162.50 |
| 12/6/2012 | Draft of litigation hold letters | WJD | 0.5 | 650.00 | $ 325.00 |
| 12/8/2012 | Review of client information | WJD | 0.25 | 650.00 | $ 162.50 |
| 12/10/2012 | Telephone conference with attorneys Murakami and Cambs re: client meeting | WJD | 0.6 | 650.00 | $ 390.00 |
| 12/11/2012 | Telephone conference with co-counsel re: request for settlement offer, mediation | WJD | 1 | 650.00 | $ 650.00 |
| 12/11/2012 | Review of Documents related to trucking defendants | WJD | 2 | 650.00 | $ 1,300.00 |
| 12/11/2012 | Review of defendant's insurance information | WJD | 1 | 650.00 | $ 650.00 |
| 12/13/2012 | Review of site documents | WJD | 2 | 650.00 | $ 1,300.00 |
| 12/13/2012 | Conference call with certain Plaintiffs | WJD | 0.75 | 650.00 | $ 487.50 |
| 12/12/2012 | Call with attorney Rothstein re: settlement, FLDOH study | WJD | 0.45 | 650.00 | $ 292.50 |
| 12/12/2012 | Review of soil study documents | WJD | 1.25 | 650.00 | $ 812.50 |
| 12/12/2012 | Call with all co-counsel re: mediation, experts | WJD | 0.5 | 650.00 | $ 325.00 |
| 12/14/2012 | Telephone conference with co-counsel and class representatives | WJD | 1.3 | 650.00 | $ 845.00 |
| 12/14/2012 | Review of Comments on FLDOH's & ATSDR's Health Consultation | WJD | 0.75 | 650.00 | $ 487.50 |
| 12/17/2012 | SOP review and discussion w/ co-counsel | WJD | 1.5 | 650.00 | $ 975.00 |
| 12/18/2012 | Telephone conference with co-counsel re: background dust data | WJD | 1.1 | 650.00 | $ 715.00 |
| 12/19/2012 | Telephone conference with co-counsel re: FOIA to EPA, trucking company defendants | WJD | 0.5 | 650.00 | $ 325.00 |
| 12/19/2012 | Review of EPA letters to residents | WJD | 0.25 | 650.00 | $ 162.50 |
| 12/19/2012 | Review of Corrected Comments on FLDOH's & ATSDR's Health Consultation | WJD | 0.5 | 650.00 | $ 325.00 |
| 12/19/2012 | Review of Motion to Lift Stay | WJD | 0.25 | 650.00 | $ 162.50 |
| 12/20/2012 | Review of communication and information from EPA re FOIA request | WJD | 50 | 650.00 | $32,500.00 |
| 12/20/2012 | Review of EPA Repository Documents | WJD | 0.5 | 650.00 | $ 325.00 |
| 12/21/2012 | Review of letters to residents re sampling | WJD | 0.25 | 650.00 | $ 162.50 |
| 12/26/2012 | Review of EPA docs | WJD | 2.5 | 650.00 | $ 1,625.00 |
| 12/26/2012 | Work on Class certification Motion | WJD | 1.75 | 650.00 | $ 1,137.50 |
| 12/26/2012 | Work on Class certification Motion | WJD | 2.5 | 650.00 | $ 1,625.00 |
| | | | **79.5** | | **$51,642.50** |

| PARKER WAICHMAN LLP |||||||
|---|---|---|---|---|---|---|
| 6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500 |||||||
| Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ |||||||
| Date | Description of Task | Staff | Hrs. | Rate | Total Billed ||
| 12/1/2012 | Telephone conference with all co-counsel and Expert William Zegel re: data | PJC | 1 | 650.00 | $ | 650.00 |
| 12/1/2012 | Review Sampling Results Letter to Geirsbach | PJC | 0.1 | 650.00 | $ | 65.00 |
| 12/6/2012 | Review 3 Background Home Letters (Donnelly;Zimmerman & Bain) | PJC | 0.2 | 650.00 | $ | 130.00 |
| 12/6/2012 | Review email from Atty Rothestein to C. Philison re: Conferecne with class counsel | PJC | 0.1 | 650.00 | $ | 65.00 |
| 12/6/2012 | Review draft of Preservation Letter to EPA | PJC | 0.1 | 650.00 | $ | 65.00 |
| 12/7/2012 | Review Tetra Tech Jan 2012 Monthly Progress rpt | PJC | 0.3 | 650.00 | $ | 195.00 |
| 12/7/2012 | Review 5-Yr Rpt April 2006 from Beazer "Reevaluation of Site Stratigraphy | PJC | 0.8 | 650.00 | $ | 520.00 |
| 12/7/2012 | Review beazer response to EPA letter of 11/17/2006 | PJC | 0.3 | 650.00 | $ | 195.00 |
| 12/7/2012 | Review Reprt of Site Remedial Activity date s11/17/2006 | PJC | 0.2 | 650.00 | $ | 130.00 |
| 12/7/2012 | Review inter-office memo fro c/o Gainsville dates 5/9/12 | PJC | 0.2 | 650.00 | $ | 130.00 |
| 12/7/2012 | Review Vapor Intrusion Assesssment Work Plan dated: 2/28/2012 | PJC | 3.1 | 650.00 | $ | 2,015.00 |
| 12/7/2012 | Review Results quaterly groundwater Sampling First Quarter 2012 (83 pages) | PJC | 3.3 | 650.00 | $ | 2,145.00 |
| 12/7/2012 | Review email from atty Rothstein; Calling Randy Merchant re: Koppers ext. of time | PJC | 0.1 | 650.00 | $ | 65.00 |
| 12/7/2012 | Review QA Project plan template for Soil reasssement of Dioxin (112 pgs) | PJC | 3.1 | 650.00 | $ | 2,015.00 |
| 12/10/2012 | Tel. Conf. with all attys Murakami, Dubanaevich & Cambs re: client meeting | PJC | 0.6 | 650.00 | $ | 390.00 |
| 12/11/2012 | Tel. Conf. all co-counsel; re: Kanter's request for settlement offer; mediation etc | PJC | 1 | 650.00 | | $650 |
| 12/12/2012 | Review 2 assitional "dust result" letters | PJC | 0.1 | 650.00 | $ | 65.00 |
| 12/12/2012 | Review "Health Consulttion Rpt: dated Sept. 13, 2012 | PJC | 1.1 | 650.00 | $ | 715.00 |
| 12/13/2012 | Review spread sheet and email from randy Merchant (Test Results) | PJC | 2.2 | 650.00 | $ | 1,430.00 |
| 12/14/2012 | Telephone conference with class representatives re: status of claim | PJC | 1.3 | 650.00 | $ | 845.00 |
| 12/17/2012 | Review EPA Dust Collection Protocol dated may 2002 | PJC | 0.4 | 650.00 | $ | 260.00 |
| 12/17/2012 | Email to all co-counsel re EPA Dust Collection Protocol | PJC | 0.1 | 650.00 | $ | 65.00 |
| 12/17/2012 | Review Comment on Reply Comments from James davies | PJC | 0.3 | 650.00 | $ | 195.00 |
| 12/17/2012 | Review additonal authorization for indoor sampling | PJC | 0.1 | 650.00 | $ | 65.00 |
| 12/18/2012 | ReviewIDust Study correspondence to EPA from homeowners requesting data | PJC | 0.2 | 650.00 | $ | 130.00 |
| 12/18/2012 | Tele. Conf. all co-counsel re: Background dust data; industrial sites of concern etc | PJC | 1.1 | 650.00 | $ | 715.00 |
| 12/19/2012 | Tele. Conf. / co-counsel re: EPA response to FOI and data requests &trucking def. | PJC | 0.5 | 650.00 | $ | 325.00 |
| | | | **21.9** | | $ | 14,235.00 |

# Non-Attorney Time

| Non-Attorney Time | |
|---|---|
| December 2012 | |
| Time Keeper | Hours |
| Sarah Rheagan Alexander | 26.23 |

**PARKER WAICHMAN LLP**
6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500
Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ

| Bill Date | Description of task | Staff | Total Hours | Rate | Total Billed |
|---|---|---|---|---|---|
| 12/1/2012 | Telephone conference with all co-counsel and Expert William Zegel | SRA | 1 | 250.00 | $ 250.00 |
| 12/3/2012 | Research and writing for history of site ownership and agency action | SRA | 4.5 | 250.00 | $ 1,125.00 |
| 12/4/2012 | Maintenance of co-counsel email mailing list and messages | SRA | 1.4 | 250.00 | $ 350.00 |
| 12/6/2012 | Review of co-counsel email; archiving documents for in-house review | SRA | 0.5 | 250.00 | $ 125.00 |
| 12/9/2012 | Legal research re: expansion of class size, motion to amend class action complaint | SRA | 3.5 | 250.00 | $ 875.00 |
| 12/10/2012 | Telephone conference with attorneys Murakami and Cambs re: client meeting | SRA | 0.1 | 250.00 | $ 25.00 |
| 12/11/2012 | Telephone conference with co-counsel re: request for settlement offer, mediation | SRA | 1 | 250.00 | $ 250.00 |
| 12/12/2012 | Review of FLDOH study | SRA | 0.25 | 250.00 | $ 62.50 |
| 12/12/2012 | Call with attorney Rothstein re: settlement, FLDOH study | SRA | 0.45 | 250.00 | $ 112.50 |
| 12/12/2012 | Call with all co-counsel re: mediation, experts | SRA | 0.5 | 250.00 | $ 125.00 |
| 12/13/2012 | Preparation and filing of contemporaneous time record for November 2012 | SRA | 2.33 | 250.00 | $ 582.50 |
| 12/13/2012 | Research and review of site documents | SRA | 1.25 | 250.00 | $ 312.50 |
| 12/14/2012 | Review of co-counsel email; archiving documents for in-house review | SRA | 0.75 | 250.00 | $ 187.50 |
| 12/14/2012 | Telephone conference with co-counsel and class representatives | SRA | 1.3 | 250.00 | $ 325.00 |
| 12/17/2012 | Reading and replying to co-counsel emails, maintenance of co-counsel email mailing list and messages | SRA | 0.8 | 250.00 | $ 200.00 |
| 12/17/2012 | Legal research for motion to amend class action complaint; research and writing for draft factual history | SRA | 2.5 | 250.00 | $ 625.00 |
| 12/18/2012 | Telephone conference with co-counsel re: background dust data, FOIA request to EPA | SRA | 1.1 | 250.00 | $ 275.00 |
| 12/19/2012 | Review of case docket; draft of procedural history | SRA | 1.25 | 250.00 | $ 312.50 |
| 12/19/2012 | Telephone conference with co-counsel re: FOIA to EPA, trucking company defendants | SRA | 0.5 | 250.00 | $ 125.00 |
| 12/19/2012 | Call with attorney Rothstein to discuss FOIA to EPA | SRA | 0.25 | 250.00 | $ 62.50 |
| 12/19/2012 | Discussion with attorney work group re: tasks to complete before year end | SRA | 1 | 250.00 | $ 250.00 |
| | | | 26.23 | | $ 6,557.50 |