UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON, et al., on behalf of themselves and all others similarly situated, and RICHARD BOLTON and ROY GEIERSBACH on behalf of themselves,<br><br>　　Plaintiffs,<br><br>v.<br><br>KOPPERS INC. f/k/a KOPPERS INSDUSTRIES, INC., a Pennsylvania corporation, et al.<br><br>　　Defendants. | Case No.: 1:10-cv-00253-SPM-GRJ |

**PLAINTIFFS' SUMMARY OF ATTORNEY TIME RECORDS**

**JANUARY 2013**

Pursuant to N.D. Fla. Loc. R. 54.1, Plaintiffs file their summary of time records for January 2013 as follows:

TOTAL ATTORNEY HOURS JANUARY 2013:　　　30.98 Hours

TOTAL NON-ATTORNEY HOURS JANUARY 2013:　　　20.73 Hours

Undersigned counsel will file separately under seal in CM/ECF its complete and accurate records of time for each attorney and non-attorney and each specific activity.

Respectfully submitted this 15th day of February, 2013.

/s/ William J. Dubanevich
William J. Dubanevich
Parker Waichman, LLP
Attorney for Plaintiffs
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 466-6500
Fax: (516) 723-4733
wdubanevich@yourlawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 13th day of December, 2012, by using CM/ECF system which will send notice of electronic filing to all parties of record.

By: /s/ William J. Dubanevich
William J. Dubanevich

# EXHIBIT "A"

# Attorney Time

| Attorney Time ||
|---|---|
| January 2013 ||
| Time Keeper | Hours |
| William J. Dubanevich | 21.88 |
| Peter J. Cambs | 9.1 |

**PARKER WAICHMAN LLP**
6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500
Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ

| Date | Description of task | Staff | Hrs | Rate | Billed |
|---|---|---|---|---|---|
| 1/2/2013 | Conference call with all co-counsel, to discuss Second Amended Complaint, factual research about history of trucking and logging companies at the site | WJD | 1.7 | 650.00 | $ 1,105.00 |
| 1/2/2013 | Drafting, editing, and circualtion of Draft Case Management Statement | WJD | 1.2 | 650.00 | $ 780.00 |
| 1/8/2013 | Reading and review of documents and permits for Newberry Cement Plant and other potential sources of dioxins in the region | WJD | 1.5 | 650.00 | $ 975.00 |
| 1/8/2013 | Conference call with all co-counsel to discuss Case Management Order, edits to joint supplemental Rule 26 report circulated by Defendants | WJD | 1 | 650.00 | $ 650.00 |
| 1/9/2013 | Conference call with all co-counsel and experts to discuss delineating the boundary for the Affected Area and proposed additional testing | WJD | 1.33 | 650.00 | $ 864.50 |
| 1/20/2013 | Legal research on civil procedure, procedural history | WJD | 1.5 | 650.00 | $ 975.00 |
| 1/21/2013 | Reviewing and editing draft motion to amend complaint | WJD | 1 | 650.00 | $ 650.00 |
| 1/24/2013 | Call with all co-counsel regarding necessary actions related to the lifting of the litigation stay | WJD | 1 | 650.00 | $ 650.00 |
| 1/25/2013 | Preparing, reviewing, and editing subpoena duces tecum to EPA, Region 4 | WJD | 2.5 | 650.00 | $ 1,625.00 |
| 1/22/2013 | Call with all co-counsel and defense counsel | WJD | 0.2 | 650.00 | $ 130.00 |
| 1/21/2013 | Review of FDOH Indoor Dust Investigation Workplan | WJD | 0.5 | 650.00 | $ 325.00 |
| 1/23/2013 | Review of Defendant's Stip to Enlarge time to Answer | WJD | 0.15 | 650.00 | $ 97.50 |
| 1/24/2013 | Review of Lacy's Depo transcript and Exhibits | WJD | 1.5 | 650.00 | $ 975.00 |
| 1/25/2013 | Review of client inforamtion | WJD | 0.45 | 650.00 | $ 292.50 |
| 1/24/2013 | Cont. Review of Lacy's Depo transcript and Exhibits | WJD | 0.75 | 650.00 | $ 487.50 |
| 1/25/2013 | Cont. Review of Lacy's Depo transcript and Exhibits | WJD | 0.45 | 650.00 | $ 292.50 |
| 1/24/2013 | Edit subponea to be served on EPA | WJD | 0.25 | 650.00 | $ 162.50 |
| 1/24/2013 | The Dust Ingestion Assumption | WJD | 0.15 | 650.00 | $ 97.50 |
| 1/23/2013 | Editing of Amended Complaint | WJD | 1.5 | 650.00 | $ 975.00 |
| 1/24/2013 | Editing of Amended Complaint | WJD | 0.75 | 650.00 | $ 487.50 |
| 1/27/2013 | Review of co-counsel's edits of Amended Complaint | WJD | 0.5 | 650.00 | $ 325.00 |
| 1/28/2013 | Editing of Amended Complaint | WJD | 1.45 | 650.00 | $ 942.50 |
| 1/31/2013 | communication with Rothstien's office re summons | WJD | 0.1 | 650.00 | $ 65.00 |
| 1/31/2013 | Cont edit of amended complaint | WJD | 0.45 | 650.00 | $ 292.50 |
|  |  |  | **21.88** |  | **$ 14,222.00** |

**PARKER WAICHMAN LLP**
6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500
Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ

| Bill Date | Description of task | Staff | Total Hours | Rate | Total Billed |
|---|---|---|---|---|---|
| 1/2/2013 | T.C w/ Rothstein/Calwell/Dubanevich Re: Claims against Trucking Carriers & Amended Complaint, in particular class definition and medical monitoring claims | PJC | 1.7 | 650.00 | $ 1,105.00 |
| 1/2/2013 | Review case law interpreting cause of action for Med. Montioring in Florida | PJC | 0.6 | 650.00 | $ 390.00 |
| 1/8/2013 | Telephone conference call with co-counsel re: testing data | PJC | 0.8 | 650.00 | $ 520.00 |
| 1/9/2013 | Telephone conference call with co-counsel and experts(Clark & Flowers) re: sampling and vectors | PJC | 1.5 | 650.00 | $ 975.00 |
| 1/9/2013 | Telephone conference with attorneys Calwell & Dubanevich re: Data sampling | PJC | 0.4 | 650.00 | $ 260.00 |
| 1/22/2013 | Telphone call with attys Calwell, Dubanevich & Kanter re: CMA and stipulation to amend class definition | PJC | 0.4 | 650.00 | $ 260.00 |
| 1/22/2013 | Review analysis or indoor dust study, and calculations forming basis of said study | PJC | 1.1 | 650.00 | $ 715.00 |
| 1/24/2013 | T.C with Attys: Calwell, Dubanevich & Rothstien re: Data samplining amd motion to enlarge class | PJC | 0.5 | 650.00 | $ 325.00 |
| 1/24/2013 | Review Exhibits to Lavey deposiiton | PJC | 2.1 | 650.00 | $ 1,365.00 |
| | | | 9.1 | | $ 5,915.00 |

# Non-Attorney Time

| Non-Attorney Time | |
|---|---|
| January 2013 | |
| Time Keeper | Hours |
| Sarah Rheagan Alexander | 20.73 |

**PARKER WAICHMAN LLP**
6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500
Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ

| Bill Date | Description of task | Staff | Total Hours | Rate | Total Billed |
|---|---|---|---|---|---|
| 1/2/2013 | Conference call with all co-counsel, to discuss Second Amended Complaint, factual research about history of trucking and logging companies at the site | SRA | 1.7 | 250.00 | $ 425.00 |
| 1/2/2013 | Drafting, editing, and circualtion of Draft Case Management Statement | SRA | 1.2 | 250.00 | $ 300.00 |
| 1/8/2013 | Reading and review of documents and permits for Newberry Cement Plant and other potential sources of dioxins in the region | SRA | 1.5 | 250.00 | $ 375.00 |
| 1/8/2013 | Conference call with all co-counsel to discuss Case Management Order, edits to joint supplemental Rule 26 report circulated by Defendants | SRA | 1 | 250.00 | $ 250.00 |
| 1/9/2013 | Conference call with all co-counsel and experts to discuss delineating the boundary for the Affected Area and proposed additional testing | SRA | 1.33 | 250.00 | $ 332.50 |
| 1/15/2013 | Preparing and filing contemporaneous time record for December 2012 | SRA | 2.2 | 250.00 | $ 550.00 |
| 1/20/2013 | Legal research on civil procedure, procedural history | SRA | 1.5 | 250.00 | $ 375.00 |
| 1/21/2013 | Reviewing and editing draft motion to amend complaint | SRA | 1 | 250.00 | $ 250.00 |
| 1/22/2013 | Call with all co-counsel and defense counsel | SRA | 0.2 | 250.00 | $ 50.00 |
| 1/24/2013 | Call with all co-counsel regarding necessary actions related to the lifting of the litigation stay | SRA | 1 | 250.00 | $ 250.00 |
| 1/25/2013 | Preparing, reviewing, and editing subpoena duces tecum to EPA, Region 4 | SRA | 2.5 | 250.00 | $ 625.00 |
| 1/25/2013 | Copy and content editing of Amended Complaint | SRA | 3.3 | 250.00 | $ 825.00 |
| 1/28/2013 | Legal research on medical monitoring by jurisdiction | SRA | 1.5 | 250.00 | $ 375.00 |
| 1/31/2013 | Maintenance of co-counsel email groups and lists | SRA | 0.8 | 250.00 | $ 200.00 |
| | | | **20.73** | | **$ 5,182.50** |