UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON, et al., on behalf of themselves and all others similarly situated, and RICHARD BOLTON and ROY GEIERSBACH on behalf of themselves,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KOPPERS INC. f/k/a KOPPERS INSDUSTRIES, INC., a Pennsylvania corporation, et al.<br><br>　　　　Defendants. | Case No.: 1:10-cv-00253-SPM-GRJ |

**PLAINTIFFS' NOTICE OF FILING ATTORNEY TIME RECORDS UNDER SEAL**

**FOR FEBRUARY 2013**

　　　　Pursuant to N.D. Fla. Loc. R. 54.1, Plaintiffs hereby file their accurate record of time, recorded contemporaneously with the time expended for each attorney and non-attorney and each specific activity, for all time in the month of February 2013, attached hereto as Exhibit "A".

Respectfully submitted this 15th day of March, 2013,

　　　　　　　　　　　　　　　　　　/s/ William J. Dubanevich
　　　　　　　　　　　　　　　　　　William J. Dubanevich
　　　　　　　　　　　　　　　　　　Parker Waichman, LLP
　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　6 Harbor Park Drive
　　　　　　　　　　　　　　　　　　Port Washington, NY 11050
　　　　　　　　　　　　　　　　　　Phone: (516) 466-6500
　　　　　　　　　　　　　　　　　　Fax: (516) 723-4733
　　　　　　　　　　　　　　　　　　wdubanevich@yourlawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 15th day of March, 2013, by using CM/ECF system which will send notice of electronic filing to all parties of record.

By: /s/ William J. Dubanevich
William J. Dubanevich