UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON, et al., on behalf of themselves and all others similarly situated, and RICHARD BOLTON and ROY GEIERSBACH on behalf of themselves,<br><br>Plaintiffs,<br><br>v.<br><br>KOPPERS INC. f/k/a KOPPERS INSDUSTRIES, INC., a Pennsylvania corporation, et al.<br><br>Defendants. | Case No.: 1:10-cv-00253-SPM-GRJ |

**PLAINTIFFS' SUMMARY OF ATTORNEY TIME RECORDS**

**FEBRUARY 2013**

Pursuant to N.D. Fla. Loc. R. 54.1, Plaintiffs file their summary of time records for February 2013 as follows:

TOTAL ATTORNEY HOURS FEBRUARY 2013:        31.35  Hours

TOTAL NON-ATTORNEY HOURS FEBRUARY 2013:    9  Hours

Undersigned counsel will file separately under seal in CM/ECF its complete and accurate records of time for each attorney and non-attorney and each specific activity.

Respectfully submitted this 15th day of March, 2013.

/s/ William J. Dubanevich  
William J. Dubanevich  
Parker Waichman, LLP  
Attorney for Plaintiffs  
6 Harbor Park Drive  
Port Washington, NY 11050  
Phone: (516) 466-6500  
Fax: (516) 723-4733  
wdubanevich@yourlawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 13th day of March, 2013, by using CM/ECF system which will send notice of electronic filing to all parties of record.

By: /s/ William J. Dubanevich
William J. Dubanevich

# EXHIBIT "A"

# Attorney Time

| Attorney Time ||
|---|---|
| February 2013 ||
| Time Keeper | Hours |
| William J. Dubanevich | 28.55 |
| Peter J. Cambs | 2.8 |

| | PARKER WAICHMAN LLP<br>6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500<br>Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ | | | | |
|---|---|---|---|---|---|
| Date | Description of task | Staff | Hrs | Rate | Billed |
| 2/4/2013 | Emails with co-counsel RE: issuance of summons | WJD | 0.75 | 650.00 | $ 487.50 |
| 2/4/2013 | Drafting of 2nd Amended Complaint | WJD | 3 | 650.00 | $ 1,950.00 |
| 2/5/2013 | Drafting of 2nd Amended Complaint | WJD | 1.5 | 650.00 | $ 975.00 |
| 2/5/2013 | Telephone conference with co-counsel, RE: timing for motion for class certification | WJD | 0.75 | 650.00 | $ 487.50 |
| 2/5/2013 | Drafting of 2nd Amended Complaint | WJD | 1.5 | 650.00 | $ 975.00 |
| 2/6/2013 | Review of Ds' Pendion Motion and Court Orders | WJD | 0.75 | 650.00 | $ 487.50 |
| 2/6/2013 | Review of Expert Work and Costs | WJD | 1 | 650.00 | $ 650.00 |
| 2/11/2013 | Drafting of 2nd Amended Complaint | WJD | 0.75 | 650.00 | $ 487.50 |
| 2/11/2013 | Telephone conference with co-counsel, RE: joint Rule 26 Order | WJD | 0.5 | 650.00 | $ 325.00 |
| 2/11/2013 | Telephone conference with co-counsel, RE: delegation of tasks | WJD | 0.25 | 650.00 | $ 162.50 |
| 2/11/2013 | Telephone conference with Stuart Calwell, deadline for submission of lit papers | WJD | 0.25 | 650.00 | $ 162.50 |
| 2/12/2013 | Telephone conference with Stuart Calwell and defense counsel, RE: Joint Rule 26 Order | WJD | 0.25 | 650.00 | $ 162.50 |
| 2/12/2013 | Telephone conference with co-counsel, RE: docket, additional research on Defendants | WJD | 0.5 | 650.00 | $ 325.00 |
| 2/13/2013 | Telephone conference with co-counsel, RE: joint Rule 26 Order | WJD | 0.5 | 650.00 | $ 325.00 |
| 2/13/2013 | Review of Edited Draft of 2nd Amended Complaint | WJD | 1.25 | 650.00 | $ 812.50 |
| 2/21/2013 | Telephone conference with co-counsel, RE: service of additional defendants, insurance policies, scheduling | WJD | 0.5 | 650.00 | $ 325.00 |
| 2/12/2013 | Drafting Revisions to R 26 Report | WJD | 0.75 | 650.00 | $ 487.50 |
| 2/14/2013 | Review of Ds' Motion to enlarge time to answer | WJD | 0.5 | 650.00 | $ 325.00 |
| 2/21/2013 | Review of Expert expenses | WJD | 0.15 | 650.00 | $ 97.50 |
| 2/21/2013 | Review of Court Order | WJD | 0.45 | 650.00 | $ 292.50 |
| 2/23/2013 | Review of draft 2nd Amended Complaint | WJD | 0.45 | 650.00 | $ 292.50 |
| 2/24/2013 | Review of draft 2nd Amended Complaint | WJD | 0.5 | 650.00 | $ 325.00 |
| 2/25/2013 | Review of draft 2nd Amended Complaint | WJD | 0.5 | 650.00 | $ 325.00 |
| 2/25/2013 | Telephone conference with co-counsel, RE: rail company defendants, public meeting in Gainesville | WJD | 0.5 | 650.00 | $ 325.00 |
| 2/25/2013 | Review of Cabot documents | WJD | 2 | 650.00 | $ 1,300.00 |
| 2/25/2013 | Review of EPA Repository documents | WJD | 1.5 | 650.00 | $ 975.00 |
| 2/26/2013 | review and editing of Ds' Proposes R 26 Report | WJD | 2.5 | 650.00 | $ 1,625.00 |
| 2/26/2013 | Telephone conference with co-counsel, RE: class certification, experts | WJD | 1.5 | 650.00 | $ 975.00 |
| 2/26/2013 | Review of Cabot documents | WJD | 1 | 650.00 | $ 650.00 |
| 2/27/2013 | Con call with co-counsel, RE: EPA public meeting | WJD | 0.5 | 650.00 | $ 325.00 |
| 2/27/2013 | Review and editing of Rule 26 Disclosure | WJD | 0.75 | 650.00 | $ 487.50 |
| 2/27/2013 | Review of Cabot documents | WJD | 1 | 650.00 | $ 650.00 |
| | | | **28.55** | | **$ 18,557.50** |

PARKER WAICHMAN LLP
6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500
Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ

| Date | Description of Task | Staff | Total Hrs | Rate | Total Billed |
|---|---|---|---|---|---|
| 2/1/2013 | Reading 3 ECF notices RE: Issuance of summons | PJC | 0.4 | 650.00 | $ 1,105.00 |
| 2/4/2013 | Email from Zach West RE: Hague service on Hanson | PJC | 0.1 | 650.00 | $ 390.00 |
| 2/5/2013 | Reviewing edited to 2d Amended Complaint | PJC | 0.4 | 650.00 | $ 520.00 |
| 2/5/2013 | Telephone conference with all co-counsel, RE: 2d Amended Complaint | PJC | 0.5 | 650.00 | $ 975.00 |
| 2/11/2013 | Reviewing additional edites to 2d Amended Complaint | PJC | 0.4 | 650.00 | $ 260.00 |
| 2/26/2013 | Telephone conference with all co-counsel, RE: class certification | PJC | 1 | 650.00 | $ 260.00 |
| | | | 2.8 | | $ 3,510.00 |

# Non-Attorney Time

| Non-Attorney Time | |
|---|---|
| February 2013 | |
| Time Keeper | Hours |
| Sarah Rheagan Alexander | 9 |

| | PARKER WAICHMAN LLP | | | | |
|---|---|---|---|---|---|
| | 6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500 | | | | |
| | Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ | | | | |
| **Bill Date** | **Description of task** | **Staff** | **Total Hours** | **Rate** | **Total Billed** |
| 2/4/2013 | Emails with co-counsel RE: issuance of summons | SRA | 0.75 | 250.00 | $ 187.50 |
| 2/5/2013 | Telephone conference with co-counsel, RE: timing for motion for class certification | SRA | 0.75 | 250.00 | $ 187.50 |
| 2/11/2013 | Telephone conference with co-counsel, RE: joint Rule 26 Order | SRA | 0.5 | 250.00 | $ 125.00 |
| 2/11/2013 | Telephone conference with co-counsel, RE: delegation of tasks | SRA | 0.25 | 250.00 | $ 62.50 |
| 2/11/2013 | Telephone conference with Stuart Calwell, deadline for submission of lit papers | SRA | 0.25 | 250.00 | $ 62.50 |
| 2/12/2013 | Telephone conference with Stuart Calwell and defense counsel, RE: Joint Rule 26 Order | SRA | 0.25 | 250.00 | $ 62.50 |
| 2/12/2013 | Telephone conference with co-counsel, RE: docket, additional research on Defendants | SRA | 0.5 | 250.00 | $ 125.00 |
| 2/13/2013 | Telephone conference with co-counsel, RE: joint Rule 26 Order | SRA | 0.5 | 250.00 | $ 125.00 |
| 2/15/2013 | Preparation and filing of contemporaneous time record for January 2013 | SRA | 2 | 250.00 | $ 500.00 |
| 2/21/2013 | Telephone conference with co-counsel, RE: service of additional defendants, insurance policies, scheduling | SRA | 0.5 | 250.00 | $ 125.00 |
| 2/25/2013 | Telephone conference with co-counsel, RE: rail company defendants, public meeting in Gainesville | SRA | 0.5 | 250.00 | $ 125.00 |
| 2/26/2013 | Telephone conference with co-counsel, RE: class certification, experts | SRA | 1.5 | 250.00 | $ 375.00 |
| 2/26/2013 | Maintenance of co-counsel email groups and lists | SRA | 0.75 | 250.00 | $ 187.50 |
| | | | 9 | | $ 2,250.00 |