UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON, *et al.*, on behalf of themselves and all others similarly situated, and RICHARD BOLTON and ROY GEIERSBACH on behalf of themselves, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No.: 1:10-cv-00253-SPM -GRJ |
| v. | )<br>)<br>) |
| KOPPERS INC. f/k/a KOPPERS INDUSTRIES, INC., a Pennsylvania corporation, *et al.* | )<br>)<br>) |
| Defendants. | ) |

**PLAINTIFFS' MOTION TO EXTEND TIME TO SERVE
BEAZER LIMITED, HANSON LIMITED, AND HEIDELBERG CEMENT AG**

Plaintiffs Lisa Lee-Bolton, James Duncan, Catherine McMahon, Nancy Karen Day, Richard Bolton and Roy Geiersbach (collectively, "Plaintiffs"), through their undersigned attorneys, move this Court to extend the time for Plaintiffs to serve Beazer Limited, Hanson Limited, and Heidelberg Cement, AG (collectively, the "Foreign Defendants").  In support of this motion, Plaintiffs state as follows:

1. Plaintiffs are in the process of reaching a resolution of all claims with the twenty-five (25) Trucking/Broker Defendants (*i.e.*, all Defendants except for Koppers Inc.; Beazer East, Inc.; Koppers Holdings, Inc.; Beazer Limited; Hanson Limited; and Heidelberg Cement AG). Plaintiffs anticipate that a motion for dismissal of the Trucking/Broker Defendants will be filed with the Court on or before April 17, 2013.

2. Counsel for Koppers Inc.; Beazer East, Inc.; and Koppers Holding, Inc., along with the undersigned counsel for Plaintiffs, wish to proceed with the Rule 16 Case Management

1

Conference scheduled for April 17, 2013, notwithstanding the additional time necessary to serve the Foreign Defendants requested in this Motion.

3. Plaintiffs first filed this action on November 18, 2010 in state court. On December 23, 2010 the action was removed to this Court.

4. Because Plaintiffs were investigating service of process under the Hague Convention for Defendant Heidelberg Cement AG, a German company, they did not serve that Defendant at the same time as the other original Defendants. On March 8, 2012, Plaintiffs filed the Substituted First Amended Class Action Complaint [Doc. 126], which added additional Defendants, including Beazer Limited and Hanson PLC (now known, and referenced in the Second Amended Class Action Complaint, as Hanson Limited). Soon thereafter, on March 27, 2012, this action was stayed pending settlement negotiations. [Doc. 134].

5. In the Order granting the stay, Plaintiffs were given until 90 days after the stay was lifted to serve the above-named Defendants. [Doc. 134]. Although the 120-day service period under Fed. R. Civ. P. Rule 4(m) does not apply to service in a foreign country, Plaintiffs requested and received extensions of time to serve Beazer Limited, Hanson Limited, and Heidelberg Cement AG. [Doc. 61; Doc. 86; Doc. 109; Doc. 134]. After being continuously in place since March 27, 2012, the stay expired on January 8, 2013. The deadline to serve Defendants Beazer Limited, Hanson Limited, and Heidelberg Cement AG is currently April 8, 2013 (90 days after January 8, 2012, when the stay expired). [Doc. 134].

6. Beazer Limited, Hanson Limited, and Heidelberg Cement AG are foreign corporations that must be served under the Hague Service Convention, which requires the summons and the Second Amended Complaint to be sent to the Central Authority of each

2

country, after which the Central Authority completes the service on Defendants. Plaintiffs have forwarded the summonses for Beazer Limited and Hanson Limited, as well as the Second Amended Class Action Complaint, to Crowe Foreign Services, the international process server appointed by this Court's Order of September 27, 2011 [doc. 80]. Crowe Foreign Services forwarded the applicable documents for service on Beazer Limited and Hanson Limited to the Central Authority in England by UPS Worldwide Express on April 3, 2013, for delivery by April 5, 2013. Crowe Foreign Services estimates that service on Beazer Limited and Hanson Limited will take approximately 2-3 months or longer.

7. Defendant Heidelberg Cement AG is a German company, meaning that the Second Amended Complaint and summons must first be translated into German. Plaintiffs must then provide the translated Second Amended Complaint and Heidelberg summons to Crowe Foreign Services, which will prepare and forward all documents to the German Central Authority.

8. Because Plaintiffs do not know the amount of time that the UK and German Central Authorities will take to effectuate service on Beazer Limited, Hanson Limited, and Heidelberg Cement AG, and because Plaintiffs still must have the Second Amended Complaint and Heidelberg summons translated in German, Plaintiffs respectfully submit that an additional one hundred and twenty (120) days is warranted to complete service on Beazer Limited, Hanson Limited, and Heidelberg Cement AG.

**WHEREFORE**, the Plaintiffs respectfully request that this Court enter an Order extending the time for Plaintiffs to serve Beazer Limited, Hanson Limited, and Heidelberg Cement AG for an additional one hundred and twenty (120) days from April 8, 2013.

**CERTIFICATE OF CONFERENCE**

Plaintiffs are not aware of any attorney representing Heidelberg Cement AG, Hanson Limited, or Beazer Limited, and thus cannot consult with counsel for those parties for the purposes of Local Rule 7.1.  Though Plaintiffs do not believe that any other Defendant would have standing to object to this Motion, Plaintiffs have notified counsel for Koppers Inc.; Beazer East, Inc.; and Koppers Holdings, Inc. and they have no position regarding this motion.

Date: April 4, 2013                                      Respectfully submitted


    /s/ Paul S. Rothstein
Paul S. Rothstein (FBN 310123)
psr@rothsteinforjustice.com
626 N.E. 1st Street
Gainesville, FL 32601-3391
Phone: (352) 376-7650
Fax: (453) 374-7133

W. Stuart Calwell, Jr. (WVSBN 595)
scalwell@calwelllaw.com
The Calwell Practice, PLLC
Law & Arts Center West
500 Randolph Street
Charleston, WV  25302
*Admitted to Northern District Bar*

William J. Dubanevich (NYSBN 4096319)
wdubanevich@yourlawyer.com
Parker, Waichman, LLP
6 Harbor Park Drive
Port Washington, NY 11050-4647
*Admitted to Northern District Bar*
*Attorney for Plaintiffs*

Peter J. Cambs, Sr. (FBN 84063)
pcambs@yourlawyer.com
Parker Waichman LLP

3301 Bonita Beach Road
Bonita Springs, FL. 34134
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 4, 2013 I electronically filed the foregoing PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE BEAZER LIMITED, HANSON LIMITED, AND HEIDELBERG CEMENT AG with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                                                 __/s/ Paul S. Rothstein__
                                                                 Paul S. Rothstein