UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON, *et al.*, on behalf of themselves and all others similarly situated and RICHARD BOLTON and ROY GEIERSBACH on behalf of themselves, | ) ) ) ) |
| Plaintiffs, | ) Case No.: 1:10-cv-00253-SPM -GRJ |
| v. | ) ) ) |
| KOPPERS INC. f/k/a KOPPERS INDUSTRIES, INC., *et al.* | ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S MOTION TO DISMISS TRUCKING AND BROKER DEFENDANTS**

Plaintiffs Lisa Lee-Bolton, James Duncan, Catherine McMahon, Nancy Karen Day, Richard Bolton and Roy Geiersbach, through their undersigned attorneys, pursuant to Rule 41(a)(2), Fed. R. Civ. P., move this Court for an Order dismissing the following Defendants: McClellan Logging, Inc.; A.L. Baxley and Sons, Inc.; Callahan Timber Company, Inc.; Cremer Wood, Inc.; Cremer Wood Procurement, Inc.; Georgia-Pacific LLC; Georgia-Pacific Treated Lumber, LLC; Georgia-Pacific Wood Products, LLC; Great South Timber & Lumber, Inc.; Greenville Timber Corporation; Hardee Timber, Inc.; J. Faircloth, Inc.; John L. Shadd Trucking, Inc.; Johns & Conner, Inc.; Lewis Timber Co., Inc.; M & L Timber, Inc.; Mills Wood Products, Inc.; Plum Creek Timber I, L.L.C.; Plum Creek Timber Operations I, L.L.C.; Plum Creek Timberlands, L.P.; Ryder System, Inc.; Southern Timberco, Inc.; Suwannee Lumber Co.; Timber Harvesters, LLC; and Williston Timber Company, Inc. (collectively, the "Trucking/Broker Defendants"). In support of this motion, the Parties state as follows:

1

1. Plaintiffs initially sought to dismiss the Trucking/Broker Defendants based upon Plaintiffs' counsel's understanding that the Trucking/Broker Defendants would cooperate with Plaintiffs' counsel to provide certain documents without a subpoena.

2. A number of the Trucking/Broker Defendants are insisting that the dismissal be with prejudice for them to agree to voluntary document production. Plaintiffs will not agree to this condition, and will obtain necessary documents through appropriate discovery.

3. Plaintiffs now seek to dismiss the Trucking/Broker Defendants without reciprocal conditions.

4. Plaintiffs request that each party shall each bear their own costs and attorneys' fees.

WHEREFORE, Plaintiffs respectfully request that the Court dismiss this action without prejudice in regards to the Trucking/Broker Defendants, listed above.

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, the undersigned hereby certifies that counsel for Plaintiffs has conferred or attempted to confer with counsel for the Trucking/Broker Defendants in a good faith attempt to resolve by agreement the issues raised in the foregoing motion. Defendants Johns & Conner, Inc. and Suwannee Lumber Co. do not oppose this motion. Plaintiffs' counsel will be available confer with the remaining Defendants' counsel to ascertain Defendants' position on this motion.

Date: April 5, 2013.                                    Respectfully submitted,

                                                                               /s/ Paul S. Rothstein
Paul S. Rothstein (FBN 310123)
psr@rothsteinforjustice.com
626 N.E. 1st Street
Gainesville, FL 32601-3391
Phone: (352) 376-7650
Fax: (453) 374-7133
*Attorney for Plaintiffs*

W. Stuart Calwell, Jr. (WVSBN 595)
scalwell@calwelllaw.com
The Calwell Practice, PLLC
Law & Arts Center West
500 Randolph Street
Charleston, WV  25302
*Admitted to Northern District Bar*
*Attorney for Plaintiffs*

William J. Dubanevich (NYSBN 4096319)
wdubanevich@yourlawyer.com
Parker, Waichman, LLP
6 Harbor Park Drive
Port Washington, NY 11050-4647
*Admitted to Northern District Bar*
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on April 5, 2013 I electronically filed the foregoing PLAINTIFF'S MOTION TO DISMISS TRUCKING AND BROKER DEFENDANTS with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                                                            /s/ Paul S. Rothstein
                                                                            Paul S. Rothstein