132681

U.S. DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON, JAMES DUNCAN, CATHERINE MCMAHON, and NANCY KAREN DAY, on behalf of themselves and all others similarly situated, and RICHARD BOLTON and ROY GEIERSBACH, on behalf of themselves,

Plaintiffs,

CASE NO. 1:10-CV-00253-SPM-GRJ

v.

KOPPERS INC. f/k/a KOPPERS INDUSTRIES, INC., a Pennsylvania corporation, ET. AL.

Defendants.

_______________________________________/

**DEFENDANT, JOHN L. SHADD TRUCKING, INC.'S MOTION FOR ENLARGEMENT OF TIME**

The Defendant, JOHN L. SHADD TRUCKING, INC. ("Shadd Trucking"), by and through the undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and the applicable local rules of the Northern District of Florida, hereby moves this Court for an order enlarging the time in which to respond to Plaintiffs' Complaint, and in support thereof would state as follows:

1. This is an action by Plaintiffs in pertinent part seeking damages from multiple Defendants with regard to alleged damage caused by toxic dust. Defendant Shadd Trucking obtained an extension of time to respond to the Second Amended Complaint from Plaintiffs' counsel, said extension expiring today, April 8, 2013.

2. Since that time, Plaintiffs have filed their Motion to Dismiss Trucking & Broker Defendants (Doc. 280) which also requests a dismissal of Defendant Shadd Trucking.

3. Defendant Shadd Trucking requests an enlargement of time in which to file a response to the Second Amended Complaint until such time as the Court has made a ruling on Plaintiffs' Motion to Dismiss Trucking & Broker Defendants (Doc. 280).

4. This request should prejudice no party, in that this action was only recently filed and is not set for trial.

5. Movant's said counsel certifies that a bonafide effort to agree or narrow the issues on this Motion has been made to opposing counsel or that, because of time considerations, such effort has not as yet been made but will be made prior to the scheduled hearing.

WHEREFORE, Defendant, Shadd Trucking moves this Honorable Court for the entry of an order granting an enlargement of time in which to formulate and file its response to the Second Amended Complaint, and for such further relief as is just.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**s/ JOHN E. HERNDON, JR., ESQUIRE**
Florida Bar No. 199702
eherndon@conroysimberg.com
**s/ JOSHUA C. CANTON, ESQUIRE**
Florida Bar No. 546364
jcanton@conroysimberg.com
CONROY SIMBERG GANON KREVANS ABEL
LURVEY MORROW & SCHEFER, P.A.
*Attorneys for Plaintiff*
325 John Knox Road
Atrium Building, Suite 105
Tallahassee, FL 32303
Phone: (850) 383-9103
Fax: (850) 383-9109

**SERVICE LIST**

Paul S. Rothstein, Esq.
psr@rothsteinforjustice.com

Stuart Calwell, Esq.
scalwell@calwelllaw.com

Peter Cambs, Esq.
pcambs@yourlawyer.com

William J. Dubanevich, Esq.
wdubanevich@yourlawyer.cm

*Attorneys for Plaintiffs*