**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| LISA LEE-BOLTON, JAMES DUNCAN, CATHERINE MCMAHON, and NANCY KAREN DAY, on behalf of themselves and all others similarly situated, and RICHARD BOLTON and ROY GEIERSBACH, on behalf of themselves, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 1:10-cv-253-SPM-GRJ |
| v. | ) ) | |
| KOPPERS INC., f/k/a KOPPERS INDUSTRIES, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**DEFENDANT KOPPERS HOLDINGS INC.'S UNOPPOSED MOTION TO RENEW ITS RULE 12(B)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant Koppers Holdings Inc. ("Koppers Holdings"), by its attorneys and pursuant to the Court's April 10, 2013 Order, respectfully moves to renew its previously-filed Motion to Dismiss brought under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction [D.E. 10], as to all claims asserted against Koppers Holdings in the Second Amended Complaint. Koppers Holdings previously filed its Motion to Dismiss as to lack of personal jurisdiction, together with a memorandum in support and Exhibit A. [D.E. 10.] By Orders dated March 27, 2012, June 6, 2012, September 25, 2012, and October 29, 2012, Court deferred ruling on the Motion to Dismiss during the stay and indicated such motion would be ruled upon after the stay was lifted. [*See* D.E. 189, ¶ 5].

In Defendants' Supplemental Rule 26 Conference Report, counsel for Koppers Holdings indicated that the Motion to Dismiss remained pending, and continued to maintain its objections as to personal jurisdiction. [D.E. at p. 3 n.1.] In their Rule 26 Supplemental Reports, Plaintiffs reiterated that such Motion to Dismiss remained pending and represented that Koppers Holdings maintained its objection. [*See* D.E. 243, at p. 2 n.1; D.E. 246, at p. 3 n.2.]

The allegations in the Second Amended Complaint do not allege additional jurisdictional facts specific to Koppers Holdings. (*See* Sec. Am. Compl., ¶¶ 45, 56-59.). Accordingly, in light of the Court's April 10, 2013 ruling, Koppers Holdings requests the renewal of its prior Motion to Dismiss. As stated in the Motion to Dismiss, Koppers Holdings is not subject to this Court's jurisdiction under Florida's Long Arm Statute, Fla. Stat. Ann. § 48.193, or any other statute or rule.

Koppers Holdings respectfully requests the Court renew Koppers Holdings' prior Motion to Dismiss, grant Koppers Holdings' motion, and dismiss the claims brought against it pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction. Koppers Holdings further requests any further and alternative relief that the Court deems just and appropriate under the circumstances.

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, the undersigned hereby certifies that David Kanter, counsel for Defendant, Koppers Holdings, has conferred with counsel for Plaintiffs, Paul Rothstein, as to the Motion to Renew. Counsel for Plaintiffs has agreed to Koppers

Holdings' request for renewal, although Plaintiffs continue to maintain their objection to Koppers Holdings' Motion to Dismiss.

Date:  April 11, 2013　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/  E. Tim Walker
　　　　　　　　　　　　　　　　　　　　Benjamin H. Hill, III (FBN 094585)
　　　　　　　　　　　　　　　　　　　　Dennis P. Waggoner (FBN 509426)
　　　　　　　　　　　　　　　　　　　　HILL, WARD & HENDERSON P.A
　　　　　　　　　　　　　　　　　　　　101 East Kennedy Blvd., Suite 3700
　　　　　　　　　　　　　　　　　　　　P.O. Box 2231
　　　　　　　　　　　　　　　　　　　　Tampa, FL 33602
　　　　　　　　　　　　　　　　　　　　Phone: (813) 221-3900
　　　　　　　　　　　　　　　　　　　　Fax: (813) 221-2900

　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　David A. Kanter (ILBN 6187653)
　　　　　　　　　　　　　　　　　　　　*Admitted to Northern District Bar 9/30/10*
　　　　　　　　　　　　　　　　　　　　Brent R. Austin (ILBN 6220501)
　　　　　　　　　　　　　　　　　　　　*Admitted to Northern District Bar 9/29/10*
　　　　　　　　　　　　　　　　　　　　E. Tim Walker (ILBN 6294608)
　　　　　　　　　　　　　　　　　　　　*Admitted to Northern District Bar 9/20/12*
　　　　　　　　　　　　　　　　　　　　Megan C. Millirons (ILBN 6290249)
　　　　　　　　　　　　　　　　　　　　*Admitted to Northern District Bar 9/29/10*
　　　　　　　　　　　　　　　　　　　　Edwards Wildman Palmer LLP
　　　　　　　　　　　　　　　　　　　　225 W. Wacker Drive, Suite 2800
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Phone: 312-201-2000
　　　　　　　　　　　　　　　　　　　　Fax: 312-201-2555

　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR KOPPERS
　　　　　　　　　　　　　　　　　　　　HOLDINGS, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                                  /s/ E. Tim Walker