UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON, *et al.,* on behalf of themselves )
and all others similarly situated, and RICHARD BOLTON )
and ROY GEIERSBACH on behalf of themselves, )
)
    Plaintiffs, )
)
)
v. )
)
KOPPERS INC. f/k/a KOPPERS INDUSTRIES, )
INC., a Pennsylvania corporation, *et al.,* )
)
    Defendants. )
)

### PLAINTIFFS' SUMMARY OF ATTORNEY TIME RECORDS

### MARCH 2013

Pursuant to N.D. Fla. Loc. R. 54.1, Plaintiffs file their summary of time records for MARCH 2013 as follows:

TOTAL ATTORNEY HOURS MARCH 2013:     16.46

TOTAL NON-ATTORNEY HOURS MARCH 2013:     16.17

Undersigned counsel will file separately under seal in CM/ECF its complete and accurate record of time for each attorney and non-attorney and each specific activity.

Respectfully submitted this 15th day of April, 2013.

/s/W. Stuart Calwell, Jr.
W. Stuart Calwell, Jr.
THE CALWELL PRACTICE, PLLC
Law & Arts Center West
500 Randolph Street
Charleston, WV 25302
Tel: (Toll Free): (800) 876-5529
Tel: (Local): (304) 343-4323
Fax: (304) 344-3684
Email: scalwell@calwelllaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 15th Day of April, 2013, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

By: /s/ W. Stuart Calwell, Jr.
W. Stuart Calwell, Jr.