**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| LISA LEE-BOLTON, et al., on behalf of themselves and all others similarly situated, and RICHARD BOLTON and ROY GEIERSBACH on behalf of themselves, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 1:10-cv-00253-SPM-GRJ |
| v. | ) | |
| | ) | |
| KOPPERS INC. f/k/a KOPPERS INSDUSTRIES, INC., a Pennsylvania corporation, et al. | ) ) ) | |
| | ) | |
| Defendants. | ) | |

---

**PLAINTIFFS' SUMMARY OF ATTORNEY TIME RECORDS**

**MARCH 2013**

---

Pursuant to N.D. Fla. Loc. R. 54.1, Plaintiffs file their summary of time records for March 2013 as follows:

TOTAL ATTORNEY HOURS MARCH 2013:          20.5  Hours

TOTAL NON-ATTORNEY HOURS MARCH 2013:      11.2  Hours

Undersigned counsel will file separately under seal in CM/ECF its complete and accurate records of time for each attorney and non-attorney and each specific activity.

Respectfully submitted this 15th day of April, 2013.

/s/ William J. Dubanevich
William J. Dubanevich
Parker Waichman, LLP
Attorney for Plaintiffs
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 466-6500
Fax: (516) 723-4733
wdubanevich@yourlawyer.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 15th day of April, 2013, by using CM/ECF system which will send notice of electronic filing to all parties of record.

By:  /s/ William J. Dubanevich
William J. Dubanevich

# EXHIBIT "A"

# Attorney Time

| Attorney Time | |
|---|---|
| March 2013 | |
| Time Keeper | Hours |
| William J. Dubanevich | 17.4 |
| Peter J. Cambs | 3.1 |

| PARKER WAICHMAN LLP |||||||
|---|---|---|---|---|---|---|
| 6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500 |||||||
| Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ |||||||
| Date | Description of task | Staff | Hrs | Rate | Billed ||
| 3/1/2013 | Review second Joint Case Management Report | WJD | 0.2 | 650.00 | $ | 130.00 |
| 3/4/2-13 | Review of Cabot documents | WJD | 1.25 | 650.00 | $ | 812.50 |
| 3/4/2013 | Review second Joint Case Management Report | WJD | 0.75 | 650.00 | $ | 487.50 |
| 3/5/2013 | Review of Beazer's Answer and defenses | WJD | 0.5 | 650.00 | $ | 325.00 |
| 3/5/2013 | Review of Koppers' Answer and defenses | WJD | 0.5 | 650.00 | $ | 325.00 |
| 3/5/2013 | Review of McClellan's Answer and defenses | WJD | 0.5 | 650.00 | $ | 325.00 |
| 3/6/2013 | Telephone conference with Plaintiffs' counsel and defense counsel RE: Rule 26 | WJD | 1.1 | 650.00 | $ | 715.00 |
| 3/7/2013 | Call with Plaintiffs' counsel | WJD | 0.5 | 650.00 | $ | 325.00 |
| 3/8/2013 | Telephone meet and confer regarding proposed edits to CMO | WJD | 0.5 | 650.00 | $ | 325.00 |
| 3/8/2013 | Telephone conference with all co-counsel to meet and confer on proposed CMO | WJD | 1 | 650.00 | $ | 650.00 |
| 3/9/2013 | File Maintenance, reading Defendants' pleadings and filings | WJD | 1.5 | 650.00 | $ | 975.00 |
| 3/11/2013 | Review of Second Joint Case Management Report | WJD | 0.6 | 650.00 | $ | 390.00 |
| 3/12/2013 | Review of Defendants' Rule 26 Report | WJD | 0.5 | 650.00 | $ | 325.00 |
| 3/13/2013 | Review of Plaintiffs' Amended Rule 26 Conference Report | WJD | 0.5 | 650.00 | $ | 325.00 |
| 3/15/2013 | Review of Cabot documents | WJD | 2.5 | 650.00 | $ | 1,625.00 |
| 3/19/2013 | Telephone call with all co-counsel | WJD | 1 | 650.00 | $ | 650.00 |
| 3/21/2013 | Telephone call with all co-counsel and Parker Waichman LLP Information Technology RE: electronic file storage and document review | WJD | 1.5 | 650.00 | $ | 975.00 |
| 3/26/2013 | Review and edit of Plaintiffs' Motion to Strike | WJD | 0.5 | 650.00 | $ | 325.00 |
| 3/26/2013 | Telephone conference with all co-counsel | WJD | 1 | 650.00 | $ | 650.00 |
| 3/28/2013 | Call with Paul Rothstein's office | WJD | 0.5 | 650.00 | $ | 325.00 |
| 3/28/2013 | Review and edit of Plaintiffs' Motion to Strike and Rule 11 letter | WJD | 0.5 | 650.00 | $ | 325.00 |
| | | | **17.4** | | **$ 11,310.00** ||

PARKER WAICHMAN LLP

6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500

Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ

| Date | Description of Task | Staff | Total Hrs | Rate | Total Billed |
|------|--------------------|-------|-----------|------|--------------|
| 3/1/2013 | Review of second Joint Case Management Report | PJC | 0.2 | 650.00 | $ 1,105.00 |
| 3/6/2013 | Telephone conference with Plaintiffs' counsel and defense counsel RE: Rule 26 | PJC | 1.1 | 650.00 | $   390.00 |
| 3/8/2013 | Telephone meet and confer regarding proposed edits to CMO | PJC | 0.5 | 650.00 | $   520.00 |
| 3/8/2013 | Telephone Cconference with Plaintiffs' counsel RE: response to defense objections | PJC | 0.8 | 650.00 | $   975.00 |
| 3/14/2013 | Review answer to Amended Complaint from J. Faircloth, Inc. | PJC | 0.5 | 650.00 | $   260.00 |
| | | | **3.1** | | $ 3,250.00 |

# Non-Attorney Time

| Non-Attorney Time | |
|---|---|
| March 2013 | |
| Time Keeper | Hours |
| Sarah Rheagan Alexander | 11.2 |

**PARKER WAICHMAN LLP**

6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500

Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ

| Bill Date | Description of task | Staff | Total Hours | Rate | Total Billed |
|---|---|---|---|---|---|
| 3/5/2013 | File maintenance, reading Defendants' pleadings | SRA | 0.5 | 250.00 | $ 125.00 |
| 3/8/2013 | Telephone conference with all co-counsel to meet and confer on proposed CMO | SRA | 1 | 250.00 | $ 250.00 |
| 3/9/2013 | File maintenance, reading Defendants' pleadings and filings | SRA | 1.5 | 250.00 | $ 375.00 |
| 3/15/2013 | Preparation and filing of contemporaneous time record for February 2013 | SRA | 2.5 | 250.00 | $ 625.00 |
| 3/19/2013 | Telephone conference with all co-counsel | SRA | 1 | 250.00 | $ 250.00 |
| 3/21/2013 | Telephone conference with all co-counsel and Parker Waichman LLP Information Technology re: electronic file storage and document review, training for document review system | SRA | 3.3 | 250.00 | $ 825.00 |
| 3/26/2013 | Telephone conference with all co-counsel | SRA | 1 | 250.00 | $ 250.00 |
| 3/28/2013 | Correspondence with accounting department and experts, drafting letters to experts | SRA | 0.4 | 250.00 | $ 100.00 |
| | | | **11.2** | | **$ 2,800.00** |