IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LISA LEE-BOLTON**, *et al.*,

    Plaintiffs,

v.                                   Case No.: 1:10cv253/SPM/GRJ

**KOPPER INC., f/k/a KOPPERS INDUSTRIES, INC.**, *et al.*,

    Defendants.
_____/

## NOTICE

On April 5, 2013, the plaintiffs filed a motion to dismiss the trucking/broker defendants without prejudice. *See* doc. 280. In the motion, the plaintiffs represented that the defendants agree to the dismissal but that a number of them have insisted that the dismissal be with prejudice. The response time has not yet run on the motion and, to date, no responses have been filed. Nevertheless, this morning, counsel for one of the trucking/broker defendants contacted the undersigned's chambers inquiring whether he should appear at the status conference scheduled for tomorrow in light of the plaintiffs' pending motion to dismiss. Unless the defendants file a notice indicating that they have no objection to the plaintiffs' motion, they will be required to attend tomorrow's conference.

**DONE AND ORDERED** this 16th day of April, 2013.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**