IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON, et al., on behalf of themselves
and all other similarly situated and RICHARD BOLTON
and ROY GEIERSBACH on behalf of themselves,

    Plaintiffs,

vs.                                                                             CASE NO. 1:10-cv-00253-SPM-GRJ

KOPPERS INC. f/k/a KOPPERS
INDUSTRIES, INC., et al.,

    Defendants.

_____/

**DEFENDANT CREMER WOOD, INC.'S CONSENT TO MOTION TO DISMISS TRUCKING AND BROKER DEFENDANTS (Dkt. 280)**

    Defendant, CREMER WOOD, INC. ("Cremer Wood"), hereby consents to the relief sought in Plaintiff's Motion to Dismiss Trucking and Broker Defendants (Dkt. 280), filed April 5, 2013.  In consenting to such relief, Cremer Wood does not waive its rights under Rule 41(d) of the Federal Rules of Civil Procedure, in the event Plaintiffs file a subsequent action against Cremer Wood based on or including the same claims as those voluntarily dismissed herein.

    In light of Cremer Wood's consent to the plaintiffs' voluntary dismissal, it does not intend to serve a response to the Amended Complaint (Dkt.309) nor attend the Case Management Conference scheduled for April 17, 2013.

    Respectfully submitted this 16th day of April, 2013.

                                                                       **ROGERS TOWERS, P.A.**

                                       By:      /s/ M. Scott Thomas
                                                **M. SCOTT THOMAS**

        Florida Bar No.:  994898
        100 Whetstone Place, Suite 100
        St. Augustine, Florida 32086
        (904).824.0879 (telephone)
        (904).825.4070 (facsimile)
        **Attorneys for Defendant**
         **Cremer Wood, Inc.**

        **Primary and Secondary E-mail Addresses:**
        sthomas@rtlaw.com
        mvellenga@rtlaw.com

### CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on April 16, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this action.

            /s/ M. Scott Thomas
            M. Scott Thomas