# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

LISA LEE-BOLTON, et al

    VS                                          CASE NO.  1:10cv253-SPM/GRJ

KOPPERS INC

## REFERRAL AND ORDER

Referred to Judge Rodgers on          April 16, 2013

Motion/Pleadings: PLAINTIFF'S MOTION TO DISMISS TRUCKING AND BROKER DEFENDANTS

Filed by PLAINTIFFS          on 4/5/13          Doc.# 280

RESPONSES:

                                                on          Doc.#

                                                on          Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed   _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

## ORDER

    Upon consideration of the foregoing, it is ORDERED this 23rd day of April, 2013, that the plaintiffs' motion to dismiss is granted with respect to Defendant Southern Timberco, Inc., which notified the court that it has no objection to the relief requested therein.

                                            *s/ M. Casey Rodgers*
                                            *M. CASEY RODGERS*
                                    *Chief United States District Judge*