UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON, et al., on behalf of themselves
and all others similarly situated and RICHARD BOLTON
and ROY GEIERSBACH on behalf of themselves,

    Plaintiffs,                           Case No.: 1:10-cv-00253-MCR-GRJ

v.

KOPPERS INC. f/k/a KOPPERS
INDUSTRIES, INC., et al.,

    Defendants.
_____/

## A. L. BAXLEY AND SONS, INC.'S
## MOTION TO DISMISS

Defendant, A. L. Baxley and Sons, Inc., through undersigned counsel and pursuant to Rule 41(a)(2), Fed. R. Civ. P., as well as the Court's Order dismissing A. L. Baxley and Sons and the other trucking and broker defendants, moves this Court for an Order dismissing its crossclaim for contribution against defendants, Koppers/Beazers.

A. L. Baxley and Sons further requests that the Order specify each party shall bear their own costs and attorneys' fees.

WHEREFORE, Defendant, A. L. Baxley and Sons, respectfully requests that the Court dismiss, without prejudice, its crossclaim for contribution against defendants, Koppers/Beazers.

Date: April 29, 2013

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 29, 2013, I electronically filed the foregoing A. L. Baxley and Sons, Inc.'s Motion to Dismiss with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                **REED LAW GROUP, P.A.**

                                */s/ Ronald E. Reed*

Ronald E. Reed, Esquire (FBN 376981)
rreed@reedlawgroupjax.com
Ann W. Licandro, Esquire (FBN 0069580)
alicandro@reedlawgroupjax.com
2119 Riverside Avenue, Third Floor
Jacksonville, Florida 32204
Phone:(904) 619-9050/ Fax: (904) 240-1677
Attorneys for A. L. Baxley and Sons
bmorrison@reedlawgroupjax.com