# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON, *et al.,* on behalf of themselves and all others similarly situated, and RICHARD BOLTON and ROY GEIERSBACH on behalf of themselves, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| KOPPERS INC. f/k/a KOPPERS INDUSTRIES, INC., a Pennsylvania corporation, *et al.,* | ) ) ) |
| Defendants. | ) ) |

## PLAINTIFFS' SUMMARY OF ATTORNEY TIME RECORDS

## APRIL 2013

Pursuant to N.D. Fla. Loc. R. 54.1, Plaintiffs file their summary of time records for

APRIL 2013 as follows:

TOTAL ATTORNEY HOURS APRIL 2013: 60.06

TOTAL NON-ATTORNEY HOURS APRIL 2013: 33.31

Undersigned counsel will file separately under seal in CM/ECF its complete and accurate record of time for each attorney and non-attorney and each specific activity.

Respectfully submitted this 14th day of May, 2013.

/s/W. Stuart Calwell, Jr.
W. Stuart Calwell, Jr.
THE CALWELL PRACTICE, PLLC
Law & Arts Center West
500 Randolph Street
Charleston, WV 25302
Tel: (Toll Free): (800) 876-5529
Tel: (Local): (304) 343-4323
Fax: (304) 344-3684
Email: scalwell@calwelllaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 14th Day of May, 2013, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

By: /s/ W. Stuart Calwell, Jr.
        W. Stuart Calwell, Jr.