UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON, et al., on behalf of themselves and all others similarly situated, and RICHARD BOLTON and ROY GEIERSBACH on behalf of themselves, <br><br> Plaintiffs, <br><br> v. <br><br> KOPPERS INC. f/k/a KOPPERS INSDUSTRIES, INC., a Pennsylvania corporation, et al. <br><br> Defendants. | Case No.: 1:10-cv-00253-SPM-GRJ |

## PLAINTIFFS' NOTICE OF FILING ATTORNEY TIME RECORDS UNDER SEAL

## FOR APRIL, 2013

Pursuant to N.D. Fla. Loc. R. 54.1, Plaintiffs hereby file their accurate record of time, recorded contemporaneously with the time expended for each attorney and non-attorney and each specific activity, for all time in the month of April, 2013, attached hereto as Exhibit "A".

Respectfully submitted this 15th day of May, 2013,

/s/ William J. Dubanevich
William J. Dubanevich
Parker Waichman, LLP
Attorney for Plaintiffs
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 466-6500
Fax: (516) 723-4733
wdubanevich@yourlawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 15th day of May, 2013, by using CM/ECF system which will send notice of electronic filing to all parties of record.

By: /s/ William J. Dubanevich
William J. Dubanevich