UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON, et al., on behalf of )
themselves and all others similarly situated, )
and RICHARD BOLTON and ROY )
GEIERSBACH on behalf of themselves, )
)
    Plaintiffs, )
) Case No.: 1:10-cv-00253-SPM-GRJ
v. )
)
KOPPERS INC. f/k/a KOPPERS )
INSDUSTRIES, INC., a Pennsylvania corporation, )
et al. )
)
    Defendants. )

---

## PLAINTIFFS' SUMMARY OF ATTORNEY TIME RECORDS

## APRIL 2013

---

Pursuant to N.D. Fla. Loc. R. 54.1, Plaintiffs file their summary of time records for April 2013 as follows:

TOTAL ATTORNEY HOURS APRIL 2013:          32.9 Hours

TOTAL NON-ATTORNEY HOURS APRIL 2013:    12.25 Hours

Undersigned counsel will file separately under seal in CM/ECF its complete and accurate records of time for each attorney and non-attorney and each specific activity.

Respectfully submitted this 15th day of May, 2013.

/s/ William J. Dubanevich
William J. Dubanevich
Parker Waichman, LLP
Attorney for Plaintiffs
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 466-6500
Fax: (516) 723-4733
wdubanevich@yourlawyer.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 15th day of April, 2013, by using CM/ECF system which will send notice of electronic filing to all parties of record.

By:  /s/ William J. Dubanevich
William J. Dubanevich

# EXHIBIT "A"

| Attorney Time ||
|---|---|
| August 2012 ||
| Time Keeper | Hours |
| William J. Dubanevich | 21.6 |
| Peter J. Cambs | 11.3 |

| William J. Dubanevich, PARKER WAICHMAN LLP |

| Date | Description of task | Staff | Hrs | Rate | Billed |
|---|---|---|---|---|---|
| William J. Dubanevich, PARKER WAICHMAN LLP |
| 6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500 |
| Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ |
| 4/16/2013 | Draft and Review of Subponea to Arcadis Env. | WJD | 0.5 | 650.00 | $ 325.00 |
| 4/16/2013 | Review of Cabot documents | WJD | 1 | 650.00 | $ 650.00 |
| 4/16/2013 | Review of Defendants' Service list | WJD | 0.1 | 650.00 | $ 65.00 |
| 4/16/2013 | Travel to Gainsville, FL re Court Conf | WJD | 5 | 650.00 | $ 3,250.00 |
| 4/16/2013 | Review and Edit Ps' Resp. to Ds' Joint Motion | WJD | 0.25 | 650.00 | $ 162.50 |
| 4/16/2013 | Meeting with co-counsel | WJD | 1.5 | 650.00 | $ 975.00 |
| 4/17/2013 | Review Motions and Rule 26 Reports/Prep for Court Conferenece | WJD | 0.5 | 650.00 | $ 325.00 |
| 4/17/2013 | Telephone conference with Plaintiffs' counsel and defense counsel RE: Rule 26 | WJD | 2 | 650.00 | $ 1,300.00 |
| 4/17/2013 | Court Conference | WJD | 3 | 650.00 | $ 1,950.00 |
| 4/17/2013 | Travel from Gainsville, FL to NY | WJD | 5 | 650.00 | $ 3,250.00 |
| 4/22/2013 | Editing of Ps' Proposed Rule 23 Report | WJD | 0.75 | 650.00 | $ 487.50 |
| 4/23/2013 | Email communications with Dave Kanter | WJD | 0.25 | 650.00 | $ 162.50 |
| 4/26/2013 | call with co-counsel | WJD | 0.75 | 650.00 | $ 487.50 |
| 4/26/2013 | Review of Defendants' Rule 26 Report | WJD | 0.5 | 650.00 | $ 325.00 |
| 4/30/2013 | Call with co-counsel re Rule 26 Report | WJD | 0.5 | 650.00 | $ 325.00 |
| | | | **21.6** | | **$ 14,040.00** |

PARKER WAICHMAN LLP
6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500
Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ

| Column1 | Column2 | Column3 | Column4 | Column5 | Column6 |
|---|---|---|---|---|---|
| Bill Date | Description of task | Staff | Total Hours | Rate | Total Billed |
| 4/17/2013 | Round trip Gainsevill for Court hearing | PJC | 8.8 | 650.00 | 650.00 |
| 4/17/2013 | Court hearing (SJM Koppers Holdings & case management | PJC | 2.5 | 650.00 | 650.00 |
| | | | 11.3 | | $ 650.00 |

# Non-Attorney Time

| Non-Attorney Time | |
|---|---|
| April 2013 | |
| Time Keeper | Hours |
| Sarah Rheagan Alexander | 12.25 |

| | PARKER WAICHMAN LLP | | | | |
|---|---|---|---|---|---|
| | 6 Harbor Park Drive, Port Washington, NY 11050 (516) 466-6500 | | | | |
| | Bolton et al. v. Koppers Inc. et al. Case No.: 1:10-cv-00253-SPM-GRJ | | | | |
| Bill Date | Description of task | Staff | Total Hours | Rate | Total Billed |
| 4/15/2013 | Telephone conference with co-counsel, re: subpoena, upcoming hearing | SRA | 1.5 | 250.00 | $ 375.00 |
| 4/15/2013 | Preparation and filing of contemporaneous time record for March 2013 | SRA | 2 | 250.00 | $ 500.00 |
| 4/16/2013 | Preparation and arrangements for service of subpoena duces tecum on ARCADIS | SRA | 8 | 250.00 | $ 2,000.00 |
| 4/24/2013 | Telephone conference with WJD and defense counsel, re: Rule 26 Report | SRA | 0.75 | 250.00 | $ 187.50 |
| | | | 12.25 | | $ 3,062.50 |