UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA LEE-BOLTON, JAMES
DUNCAN, CATHERINE MCMAHON,
and NANCY KAREN DAY, on behalf of
themselves and all others similarly
situated, and RICHARD BOLTON and
ROY GEIERSBACH, on behalf of
themselves;

       Plaintiff,                                Case No. 1:10-cv-253-MCR-GRJ

v.

KOPPERS INC., f/k/a KOPPERS
INDUSTRIES, INC., et al.,

       Defendants.
_____/

**PLAINTIFFS' AGREED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE IN OPPOSITION TO BEAZER LIMITED, HANSON LIMITED AND
HEIDELBERG CEMENT AG'S MOTIONS TO DISMISS AND FOR LEAVE TO TAKE
<u>JURISDICTIONAL DISCOVERY</u>**

Plaintiffs file this Motion for Extension of Time to File Response in Opposition to Beazer Limited, Hanson Limited, and Heidelberg Cement AG's Motions to Dismiss and for Leave to Take Jurisdictional Discovery, and request that this Court grant Plaintiffs an extension of time in which to take jurisdictional discovery and respond to Hanson Limited and Beazer Limited's Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim and Memorandum in Support [Doc. 370], and to Heidelberg Cement AG's Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim and Memorandum in Support [Doc. 383], and in support thereof state:

      1.      On May 13, 2013 Defendants Hanson Limited and Beazer Limited filed their Motion to Dismiss, based largely on an alleged lack of personal jurisdiction. In support of that

Motion, Defendants attached two declarations from Edward Gretton, who is both a director of Hanson Limited and a director of Beazer Limited. [Doc. 370-1 ¶ 1; Doc. 370-2 ¶ 1]. On May 31, 2013 Defendant Heidelberg Cement AG filed its Motion to Dismiss, also based largely on an alleged lack of personal jurisdiction. In support of that Motion, Heidelberg attached the declaration of Ingo Schaffernak, who is General Counsel of Heidelberg Cement AG. [Doc. 383-1].

2. In order to properly respond to Hanson Limited, Beazer Limited, and Heidelberg Cement AG's Motions to Dismiss, Plaintiffs require jurisdictional discovery. Plaintiffs intend to propound written discovery to Hanson Limited, Beazer Limited and Heidelberg Cement AG. Depending on the responses to that discovery, Plaintiffs may take the depositions of Edward Gretton, Ingo Schaffernak, and the corporate representatives of Hanson Limited, Beazer Limited, and Heidelberg Cement AG on jurisdictional issues. Edward Gretton is located in England, and Ingo Schaffernak is located in Germany.

3. "Where, as here, the defendant submits affidavits to the contrary, the burden traditionally shifts back to the plaintiff to produce evidence supporting jurisdiction . . . ." *Meier ex rel. Meier v. Sun Intern. Hotels, Ltd.*, 288 F.3d 1264, 1269 (11th Cir. 2002). In order to properly respond to Hanson Limited, Beazer Limited, and Heidelberg Cement AG's Motions to Dismiss, Plaintiffs must be permitted to take jurisdictional discovery.

4. Fed. R. Civ. P. 26(d)(1) provides that parties may not seek discovery until they have conferred as required by Rule 26(f). Because Hanson Limited, Beazer Limited and Heidelberg Cement AG have recently been served, Plaintiffs have not had the opportunity to engage in the Rule 26(f) conference with those Defendants. The Parties submit that it will be

more efficient to postpone the Rule 26(f) conference until after the Court rules on Hanson Limited, Beazer Limited, and HeidelbergCement AG's Motions to Dismiss.

5. The Parties respectfully submit that good cause exists to extend the time to respond to the Motions to Dismiss in order to permit Plaintiffs sufficient time to engage in jurisdictional discovery, according to the following schedule:

    a. Plaintiffs shall have sixty (60) days in which to engage in jurisdictional discovery only, including written discovery and taking depositions, with Hanson Limited, Beazer Limited, and Heidelberg Cement AG;

    b. After the close of the jurisdictional discovery, Plaintiffs shall have fourteen (14) days to respond to Hanson Limited, Beazer Limited, and Heidelberg Cement AG's Motions to Dismiss.

    c. After receipt of Plaintiffs' response Hanson Limited, Beazer Limited, and Heidelberg Cement AG shall have fourteen (14) days to file a reply in support of their Motions to Dismiss pursuant to N.D. Fla. Local Rule 7.1(C)(2).

6. The undersigned attorney for Plaintiffs has consulted with counsel for Defendants Hanson Limited, Beazer Limited, and HeidelbergCement AG who has agreed to the motion.

WHEREFORE, Plaintiffs respectfully move this Court to enter an Order:

    a. Granting Plaintiffs sixty (60) days in which to engage in jurisdictional discovery only, including written discovery and taking depositions, with Hanson Limited, Beazer Limited, and Heidelberg Cement AG;

    b. Granting Plaintiffs fourteen (14) days to respond to Hanson Limited, Beazer Limited, and Heidelberg Cement AG's Motions to Dismiss after the close of the jurisdictional discovery;

      c.      Granting Defendants Hanson Limited, Beazer Limited, and HeidelbergCement AG fourteen (14) days following receipt of Plaintiffs' response to file a reply in support of their motions to dismiss;

      d.      Granting the Parties an extension of time to engage in the Rule 26(f) discovery conference until after the Court rules of the Motions to Dismiss.

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, the undersigned hereby certifies that counsel for Plaintiffs has conferred with counsel for Defendants Hanson Limited, Beazer Limited and Heidelberg Cement AG in a good faith attempt to resolve by agreement the issues raised in the foregoing motion. Defendants Hanson Limited, Beazer Limited and Heidelberg Cement AG have agreed to this Motion.

Date: June 7, 2013

                                                  ___/s/ Paul S. Rothstein____
Paul S. Rothstein
Florida Bar No.: 310123
626 N.E. First Street
Gainesville, Florida 32601
Phone: (352) 376-7650
Fax: (352) 374-7133
psr@rothsteinforjustice.com
*Attorney for Plaintiffs*

W. Stuart Calwell, Jr. (WVSBN 595)
scalwell@calwelllaw.com
The Calwell Practice, PLLC
Law & Arts Center West
500 Randolph Street
Charleston, WV  25302
*Admitted to Northern District Bar*
*Attorney for Plaintiffs*

William J. Dubanevich (NYSBN 4096319)
wdubanevich@yourlawyer.com
Parker, Waichman, LLP

>6 Harbor Park Drive
>Port Washington, NY 11050-4647
>*Admitted to Northern District Bar*
>*Attorney for Plaintiffs*
>
>Peter J. Cambs, Sr. (FBN 84063)
>pcambs@yourlawyer.com
>Parker Waichman LLP
>3301 Bonita Beach Road
>Bonita Springs, FL. 34134
>*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 7, 2013 I electronically filed the foregoing PLAINTIFFS' AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO BEAZER LIMITED'S, HANSON LIMITED'S, AND HEIDELBERGCEMENT AG'S MOTIONS TO DISMISS AND LEAVE TO TAKE JURISDICTIONAL DISCOVERY with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

>    /s/ Paul S. Rothstein
>    Paul S. Rothstein