# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

LISA LEE-BOLTON, et al.

    VS                       CASE NO.  1:10cv253-MCR/GRJ

KOPPERS INC, et al.

## REFERRAL AND ORDER

Referred to Judge Rodgers on    November 6, 2015

Motion/Pleadings: PLAINTIFFS' NOTICE OF APPEAL AND OBJECTION TO DISTRICT JUDGE AND INCORPORATED MEMORANDUM OF LAW

Filed by PLAINTIFFS    on 11/5/15    Doc.# 802

RESPONSES:

DEFENDANTS    on 11/19/15    Doc.# 816

           on    Doc.#

___ Stipulated    ___ Joint Pldg.
___ Unopposed    ___ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 15th day of December, 2015, that the relief requested by Plaintiffs in ECF No. 802 is DENIED.*

/s *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**