**PW Parker | Waichman LLP**
A NATIONAL LAW FIRM
NEW YORK | LONG ISLAND | NEW JERSEY | FLORIDA

27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
Phone: 239-390-1000
Fax: 239-390-0055
800.LAW.INFO (529.4636)
www.yourlawyer.com

February 1, 2016

**VIA FEDEX**
Honorable Chief Judge M. Casey Rodgers
Winston E. Arnow Federal Building
100 N. Palafox Street
Pensacola, Florida 32502

    Case name:    Lee-Bolton, et al. v. Koppers Inc., et al.
    Case No.:    10-CV-253-MCR-GRJ
    Re:    Clarification to the Court

Dear Judge Rodgers:

    I am writing to correct my response to your question during my closing argument regarding the samples taken by the Indoor Dust Committee. At the time of my presentation, I was discussing that the Indoor Dust Committee background samples corroborated Dr. Sawyer's analysis because there was no statistical difference between the results of the background samples of the Indoor Dust Committee and those interpreted by Dr. Sawyer. You then asked for confirmation that those samples were soil samples. I mistakenly responded in the affirmative. However, after discussions with co-counsel, I now write to clarify that the Indoor Dust Committee used CALUX and GC/MS to take indoor dust samples. (*See*, Plaintiffs' Exhibit 7, Affidavit of Expert Witness William R. Sawyer, at pp. 8, 22).

    Dr. Sawyer found no statistical difference between background samples of indoor dust, not soil. Of significance, the Indoor Dust Committee found increasing levels of chlorinated dioxin near-Site as compared to background. This can be seen by comparing Table 2 and Table 3 of Plaintiffs' Exhibit 5. (Health Consultation, July 24, 2014, at pp. 25-26). Table 2 shows background indoor dust samples with geometric mean chlorinated dioxin levels of 13.6 pg/g and CALUX TEQ of 31.6 pg/g. Table 3 shows near-Site indoor dust samples with a geometric mean chlorinated dioxin levels of 27.9 pg/g and CALUX TEQ of 31.8 pg/g. Thus, the Indoor Dust Committee GC/MS sampling shows an increase of 14.3 pg/g chlorinated dioxin near-Site. At the hearing, Dr. Sawyer explained the unreliability of the Indoor Dust Committee CALUX samples.

Sincerely,

Peter J. Cambs, Sr.

CC:    Cal Burnton:    115 South LaSalle St., Ste. 3100, Chicago, IL 60603
        Dennis Waggoner:    101 East Kennedy Boulevard, Ste. 3700, Tampa, FL 33602