IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA LEE-BOLTON, RICHARD BOLTON, JOHN HEWITT, BETTY HEWITT, CHARLES DARBYSHIRE, as legal guardian of ROY GEIERSBACH, | ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| KOPPERS INC., f/k/a KOPPERS INDUSTRIES, INC., a Pennsylvania corporation, BEAZER EAST, INC. f/k/a KOPPERS COMPANY, INC., a Delaware corporation, | ) ) ) ) ) ) ) |
| Defendants. | ) |

CASE NO. 1:10-cv-253-MCR-GRJ

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, LISA LEE-BOLTON, RICHARD BOLTON, JOHN HEWITT, BETTY HEWITT, CHARLES DARBYSHIRE, as legal guardian of ROY GEIERSBACH, and Defendants, KOPPERS INC., f/k/a KOPPERS INDUSTRIES, INC., BEAZER EAST, INC. f/k/a KOPPERS COMPANY, INC., through undersigned counsel and pursuant to Local Rule 16.2, give notice that the parties have reached an agreement to settle this case.

Respectfully submitted this 8th day of December, 2017.

| | |
|---|---|
| /s/ *Stuart W. Calwell, Jr.* | /s/ *Dennis P. Waggoner* |
| W. Stuart Calwell, Jr. (WVSBN 595) | Benjamin H. Hill, III (FBN 094585) |
| Admitted to Northern District Bar | Dennis P. Waggoner (FBN 509426) |
| scalwell@calwelllaw.com | Dennis.waggoner@hwhlaw.com |
| David H. Carriger | HILL, WARD & HENDERSON P.A. |
| Admitted to Northern District Bar | 101 E. Kennedy Blvd., Suite 3700 |
| dcarriger@calwelllaw.com | P.O. Box 2231 |
| The Calwell Practice, PLLC | Tampa, Florida 33602 |
| Law & Arts Center West | Phone: 813-221-3900 |
| 500 Randolph Street | Fax: 813-221-2900 |
| Charleston, West Virginia 25302 | Cal R. Burnton (ILBN 8186365) |

<div style="display: flex;">

<div>

Phone:  304-343-4323
Fax:  304-344-3684
*Attorney for Plaintiffs*

Paul S. Rothstein (FBN 310123)
psr@rothsteinforjustice.com
626 N.E. First Street
Gainesville, Florida 32601
Phone: (352) 376-7650
Fax: (352) 374-7133
*Attorney for Plaintiffs*

William J. Dubanevich (NYSBN 4096319)
Admitted to Northern District Bar
wjd@wjdlawfirm.com
Law Firm of William J. Dubanevich LLC
60 East 42nd Street, Suite 4600
New York, New York 10165
Phone:  212-286-8264
Fax:  212-697-0877
*Attorney for Plaintiffs*

Elliott Tubbs III (FBN 105614)
PWFLPleadings@yourlawyer.com (service)
ETubbs@yourlawyer.com
Parker Waichman LLP
27300 Riverview Center Blvd., Suite 103
Bonita Springs, Florida 34134
Phone:  239-390-1000
Fax:  239-390-0055
*Attorneys for Plaintiffs*

</div>

<div>

Admitted to Northern District Bar 5/12/14
cburnton@steptoe.com
Steptoe & Johnson LLP
115 S. LaSalle, Suite 3100
Chicago, Illinois 60603
Phone:  312-577-1300
Fax:  312-577-1370


*Attorneys for Defendants Koppers Inc. and Beazer East, Inc.*

</div>

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ *Dennis P. Waggoner*